IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br>Plaintiff,<br>v.<br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation;<br>Defendants. | No. 22-2-16255-4 SEA<br><br>COMPLAINT FOR BREACH OF CONTRACT AND INSURANCE BAD FAITH AND VIOLATIONS OF THE INSURANCE FAIR CONDUCT ACT AND CONSUMER PROTECTION ACT |

Comes now the plaintiff above named by and through his respective attorneys of record, and for cause of action against the defendant, alleges as follows:

I.

That plaintiff, Chandrasi Gaekwar, is a single individual who, at all times material hereto resided in the State of Washington, in King County.

II.

That defendant, AMICA Mutual Insurance Company, is and was at all times material hereto an "insurer" as defined in RCW 46.01.050 doing business as AMICA Mutual Insurance Company and doing business in the State of Washington.



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

III.

That plaintiff purchased a policy of automobile liability insurance from defendant Insurance Company, policy number 90054621TQ, effective May 28, 2019 through May 28, 2020. Said policy included coverage for personal injuries caused by an underinsured driver, which UIM limits are $300,000. That a true copy the declarations page of said policy is attached hereto as Exhibit A and incorporated herein by reference.

IV.

That on or about January 25, 2020 plaintiff was injured when the vehicle he was driving was rear ended by an underinsured driver, Edgar Campos Garcia, as described in the traffic collision report, a true copy of which is attached hereto as Exhibit B.

V.

That underlying tortfeasor, Edgar Campos Garcia, had a liability coverage limit of $50,000.

VI.

That demand was made of the tortfeasor for the aforesaid policy limits by letter dated November 4, 2020 which letter was also directed to the defendant herein and which demand included the following documentation:

| Doc. No. | Document Description |
|---|---|
| 1 | Police Report |
| 5 | PD Photos Provided by Gaekwar |
| 5.1 | Amica PD Photos for Gaekwar's Vehicle |
| 5.3 | Revised PD Estimate from Amica |
| 6 | Injury Photos of Chandrasi Gaekwar |
| 10 | Letter from Dr. Kriseman to Suspend Gym Membership |
| 14.1 | 7/28/15 - 3/26/20 Overlake Primary Care Clinic Records |



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

| | |
|---|---|
| 14.2 | 1/27/20 - 3/26/20 Overlake Primary Care Clinic Bills |
| 15 | 1/31/20 Radia Bill |
| 16.1 | 2/4/20 – 9/30/20 Innova PT Records |
| 16.2 | 2/4/20 – 9/30/20 Innova PT Bills |
| 17.1 | 6/14/17 - 3/4/20 Proliance Orthopedics Records |
| 17.2 | 2/18/20 - 3/4/20 Proliance Orthopedics Bills |
| 18.1 | 1/31/20 Evergreen Health X-Ray Record |
| 18.2 | 1/31/20 Evergreen Health X-Ray Bill |
| 7 | Proof of Medicare Form |

VII.

That said demand letter included the following language:

"Plaintiff hereby gives Nationwide the opportunity to settle for Mr. Garcia's policy limits of $50,000. This is subject to a *Hamilton* buy out by Amica…."

VIII.

That defendant AMICA Mutual Insurance Company waived its buyout rights referred to in the foregoing paragraph on November 13, 2020.

IX.

On December 1, 2020, the underlying claim was settled for the policy limits of $50,000. On February 9, 2021, plaintiff sent an updated UIM demand to AMICA asking AMICA to evaluate the claim and expressing the potential need for left total replacement knee surgery. On March 4, 2021 the defendant responded with an offer of a $10,000 PIP waiver, as well as $1,000 new money. Plaintiff rejected this offer on March 22, 2021.

X.

On September 27, 2021 a Medical Records Review was conducted by Dr. Sean Kearney, MD at the request of AMICA Mutual Insurance Company.



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

XI.

That plaintiff continued to treat until his surgery of December 15, 2021 where he had a total left knee replacement follow by physical therapy and other post surgery therapies. An updated demand with the following documentation was sent to AMICA on June 30, 2022.

| Doc. No. | Document Description |
|---|---|
| 20.1 | 10/21/21 - 01/25/22 Tri-County Orthopedics Records |
| 20.2 | 10/21/21 - 01/25/22 Tri-County Orthopedics Bills |
| 21.1 | 11/29/21 - 12/15/21 Morristown Memorial Hospital Records |
| 21.2 | 11/29/21 - 12/15/21 Morristown Memorial Hospital Bills |
| 22.1 | 12/01/21 - 3/31/22 Professional PT & Training Records |
| 22.2 | 12/01/21 - 3/31/22 Professional PT & Training Bills |
| 26.1 | 12/15/21 - 12/24/21 Atlantic Rehab Institute Records |
| 26.2 | 12/15/21 - 12/24/21 Atlantic Rehab Institute Bills |
| 28 | Himalaya Hike Photos |
| 27 | CV of Dr. Robert T. Goldman, MD |
| 27.1 | Declaration of Dr. Robert T. Goldman, MD |

XII.

In response to the updated demand letter of June 30, 2022, which included substantial new information, AMICA responded on July 18, 2022, holding firm to their stance of the original offer of $10,000 PIP waiver and $1,000 new money.

XIII

The defendant insurance company was given the reasonable opportunity to investigate the claims of the plaintiff and obtain sufficient information to reasonably know the extent of the damages to the plaintiff.



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

XIV.

The business of insurance, as well as the practice of insurers, agents, and adjusters, are subject to the Consumer Protection Act, RCW 19.86.010, et. seq. and the Washington Insurance Fair Conduct Act, RCW 48.30.010 et. seq.

XV.

The defendant, by and through its agents, employees, and counsel, has violated the Washington Consumer Protection Act, RCW 19.86, et. seq., by its violations of the standards promulgated by the Washington State Insurance Commissioner as contained in WACs 284-30-330 et seq., as described elsewhere herein, thereby entitling the plaintiff to the additional recoveries allowed thereunder, including the trebling of damages and attorneys' fees and actual litigation costs.

XVI.

More than twenty days prior to the commencement of this suit, plaintiff served notice of intent to commence this action on defendant AMICA Mutual Insurance Company and on the Office of the Insurance Commissioner thereby giving AMICA the opportunity to reevaluate the claim without the need for litigation. Plaintiff has thus satisfied any requirements imposed by RCW 48.30.015 (8) (a). A true copy of said notice of intent is attached hereto as Exhibit C and by this reference is incorporated herein.

XVII.

Defendant further violated RCW 48.30.015 et.seq., and the Washington Administrative Code sections promulgated pursuant thereto by including, but not limited to: failing to adopt and implement reasonable standards for the prompt investigation of claims



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

arising out of claims made by its insureds in violation of WAC 284-30-330(3).

XVIII.

Defendant further violated RCW WAC 284-30-370 by, among other things, failing to complete an investigation of plaintiff's claim within thirty days after notification of that claim, which notification occurred no later than the June 30, 2022 demand letter referenced above.

XIX.

Defendant AMICA further violated RCW 48.30.015 et. seq., and the Washington Administrative Code sections promulgated pursuant thereto by, among other things, not attempting in good faith to effectuate prompt, fair, and equitable settlement of plaintiff's claim in which the liability of the underlying tortfeasor had not only become reasonably clear, but was uncontested in violation of WAC 284-30-330 (6).

XX.

Defendant further violated RCW 48.30.015 et.seq., and the Washington Administrative Code sections promulgated pursuant thereto by, among other things, compelling plaintiff to institute litigation (whether by binding arbitration or suit in Superior Court as authorized by RCW 48.30.015 (1)) to recover amounts due under his insurance policy UIM coverage by offering substantially less than the amounts that will ultimately be recovered in violation of WAC 284-30-330 (7).

XXI.

Defendant further violated RCW 48.30.015, et.seq. and the Washington Administrative Code sections promulgated pursuant thereto by, among other things, failing,



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

despite repeated demand to provide a cogent basis and explanation for the aforesaid offer in violation of WAC 284-30-330 (13).

XXII.

Defendant further violated RCW 48.30.015 by, among other things, continuing to fail to adjust the initial offer after receiving substantial new information regarding the plaintiff's surgery on December 15, 2021, information which was provided in the updated demand of June 30, 2022.

XXIII.

Defendant is further in bad faith by, among other things:

- Failing to offer any explanation to justify rejecting the opinions of treating medical practitioners.
- Selecting a records reviewer medical practitioner who may prove to be biased;
- Failing consider all documentation made available to defendant and failing to provide said records reviewer with information available to defendant;
- Failing to give equal consideration to plaintiff's interests and its own interests;
- Making low-ball offers not based on reasonable evaluations and by cherry picking information in a bad faith attempt to support said low-ball offers.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment against the defendant for such sums as will fairly compensate him for his harms and losses sustained, pain and suffering, and all other damages allowable under the laws of the State of Washington, in such sums as are



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

justified and warranted by the evidence in this case and as are determined by the trier of fact, which amount should be trebled in accordance with the Washington Consumer Protection Act and the Washington Insurance Fair Conduct Act, after an offset of $10,000 previously paid by defendant under its PIP coverage and after offset paid by the underlying settling tortfeasor, together with actual and statutory litigation costs, including expert witness fees, including reasonable attorney's fees in amounts to be proved at trial, and for such other and further relief as the court deems just and proper.

Dated this 4th day of October, 2022.

BALINT & ASSOCIATES, PLLC

By [signature]
David J. Balint (WSBA # 5881)
Of Attorneys for Plaintiff



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

## CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury under the laws of the State of Washington that I have served a true and correct copy of the foregoing, except where noted, upon the individual(s) listed by the following means:

AMICA Mutual Insurance Company
C/O Office of the Insurance Commissioner
Service of Legal Process
PO Box 40255
Olympia, WA 98504

[X] U.S. Postal Service (First Class)
[ ] Facsimile to ______________
[ ] Hand Delivery ______________
[ ] Via Legal Messenger for Service by ABC Legal
[ ] E-Service

DATED: 10-6-22

By: [signature]
Name: Reno Ettienne
Title: Paralegal



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729