UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:22-cv-1551-BJR<br><br>**CORPORATE DISCLOSURE STATEMENT OF AMICA MUTUAL INSURANCE COMPANY** |

In accordance with FRCP 7.1(a), Defendant AMICA MUTUAL INSURANCE COMPANY ("AMICA") hereby provides its Corporate Disclosure Statement.

Defendant AMICA MUTUAL INSURANCE COMPANY is a personal lines carrier primarily writing automobile and homeowners coverage on a direct basis. AMICA MUTUAL INSURANCE COMPANY is licensed in all fifty states and the District of Columbia. Defendant AMICA MUTUAL INSURANCE COMPANY is located at 100 Amica Way, Lincoln, RI, which is also the principal place of business for the Defendant. As a mutual, AMICA is owned by its policyholders.

DATED this 10th day of November 2022, at Seattle, Washington.



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075

*s/ Lucy B. Wilhelm*
Lucy B. Wilhelm, WSBA #57130
*Attorney for Amica*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | lwilhelm@cwlhlaw.com

## CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I caused the *original* of the foregoing to be filed using the King County Superior Court Clerk's e-Filing application, and I caused to be served a true and correct *copy* on the following individual(s) in the manner indicated:

| | |
|---|---|
| **Counsel for Plaintiff:**<br>David J. Balint, WSBA #05881<br>BALINT & ASSOCIATES, PLLC<br>5950 Sixth Avenue South, #200<br>Seattle, WA 98108<br>T : 206 728 7799<br>dbalint@balintlaw.com<br>rettienne@balintlaw.com | **Via Email/E-Service**<br>**Via US Mail** |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 10th day of November 2022, at Seattle, Washington.

*s/ Brianna Asman*
Brianna Asman, Legal Assistant
basman@cwlhlaw.com



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476