UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br><br>Plaintiff,<br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:22-cv-01551-BJR<br><br>**AMICA MUTUAL INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT** |

**COMES NOW**, Amica Mutual Insurance Company ("Amica"), by and through counsel of record, Wathen Leid Hall Rider PC., and submits the following answer to Plaintiff's Complaint for Damages.

I. In response to paragraph I of Plaintiff's complaint, Amica admits on information and belief.

II. In response to paragraph II of Plaintiff's complaint, Amica admits that Amica as an insurer doing business in the state of Washington.

III. In response to paragraph III of Plaintiff's complaint, Amica admits plaintiff purchased policy number 90054621TQ, effective May 28, 2019 through May 28, 2020. That policy provides UIM coverage up to $300,000 subject to the terms and conditions of the policy.



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

IV. In response to paragraph IV of Plaintiff's complaint, Amica admits.

V. In response to paragraph V of Plaintiff's complaint, Amica admits on information and belief.

VI. In response to paragraph VI of Plaintiff's complaint, Amica admits.

VII. In Response to paragraph VII of Plaintiff's complaint, Amica admits.

VIII. In Response to paragraph VII of Plaintiff's complaint, Amica admits.

IX. In response to paragraph IX of Plaintiff's complaint, Amica admits.

X. In response to paragraph X of Plaintiff's complaint, Amica admits Dr. Sean Kearney, MD conducted a medical records review at Amica's behest. The Medical Records Review is dated June 8, 2021.

XI. In response to paragraph XI of Plaintiff's complaint, Amica admits.

XII. In response to paragraph XII of Plaintiff's complaint, Amica denies. On December 6, 2021, Amica increased their offer to $5,000 new money in addition to PIP waiver. Amica maintained this valuation in response to Plaintiff's June 30, 2022, demand letter.

XIII. In response to paragraph XIII of Plaintiff's complaint, Amica asserts that this paragraph calls for a legal conclusion. To the extent a response is required, Amica admits.

XIV. In response to paragraph XIV of Plaintiff's complaint, Amica asserts that this paragraph does not call for an answer and the statutes referenced speak for themselves.

XV. In response to paragraph XV of Plaintiff's complaint, Amica denies the allegations therein and that Plaintiff is entitled to any of the requested



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

recoveries. Amica has provided coverage under the policy at issue pursuant to the terms and conditions of the policy.

XVI. In response to paragraph XVI of Plaintiff's complaint, Amica admits and IFCA notice letter was sent to Amica on July 25, 2022. The remainder of the paragraph calls for a legal conclusion and requires no answer.

XVII. In response to paragraph XVII of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.

XVIII. In response to paragraph XVIII of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.

XIX. In response to paragraph XIX of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.

XX. In response to paragraph XX of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.

XXI. In response to paragraph XXI of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.

XXII. In response to paragraph XXII of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

XXIII. In response to paragraph XVII of Plaintiff's complaint, Amica denies the allegations. Amica has provided coverage under the policy at issue pursuant to the policy's terms and conditions.

PRAYER FOR RELIEF

In response to Plaintiff's Prayer for relief, Amica denies that Plaintiff is entitled to the relief sought.

**DENIAL OF ALL ALLEGATIONS NOT EXPRESSLY ADMITTED**

Amica denies each and every allegation in Plaintiff's complaint that is not specifically and expressly admitted.

**RESERVATION OF RIGHTS**

Amica alleges the following affirmative defenses without assuming the burden of any matter that would otherwise rest with the Plaintiff, and reserves the right to revise, amend, and supplement these affirmative defenses, and/or its answer, as discovery continues, or the facts warrant.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's injuries or damages were proximately caused by his own acts or omissions, and recovery is barred or reduced thereby;
2. Defendant's investigation and adjustment of the Plaintiffs' claim has been in compliance with Washington State law and is reasonable in light of the facts and circumstances surrounding the loss and the claims submitted. As a result, all of Plaintiffs' extracontractual claims are without merit.
3. To the extent that Defendant had any duties to the Plaintiffs, Defendant fulfilled those duties.



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

4. Plaintiffs' damages, if any, were the result of unrelated, or subsequent conditions unrelated to the subject incident;
5. Plaintiffs' recovery, if any, is limited to the terms and conditions of the insurance contract.
6. Amica is entitled to a setoff of any and all amounts paid by Amica, or on Amica's behalf, to Plaintiffs for injuries claimed by Plaintiffs.
7. Plaintiff's IFCA notice is defective.

**PRAYER FOR RELIEF**

Amica prays for the following relief:

1. For dismissal of Plaintiffs' Complaint with prejudice and without recovery;
2. For Amica to be awarded fees and costs, including reasonable attorney fees, as permitted by law and/or statute;
3. For a setoff for any and all amounts paid by Amica or on behalf of Amica in excess of Plaintiffs' recoverable claims; and
4. For such other and further relief as the Court deems just and proper.

Dated this 12th day of December 2022, at Seattle, Washington.

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075

*s/ Lucy B. Wilhelm*
Lucy B. Wilhelm, WSBA #57130
*Attorney for Amica*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | lwilhelm@cwlhlaw.com

## CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I caused the *original* of the foregoing to be filed using the King County Superior Court Clerk's e-Filing application, and I caused to be served a true and correct *copy* on the following individual(s) in the manner indicated:

| | |
|---|---|
| **Counsel for Plaintiff:**<br>David J. Balint, WSBA #05881<br>BALINT & ASSOCIATES, PLLC<br>5950 Sixth Avenue South, #200<br>Seattle, WA 98108<br>T : 206 728 7799<br>dbalint@balintlaw.com<br>rettienne@balintlaw.com | **Via Email/E-Service**<br>**Via US Mail** |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 12th day of December 2022, at Seattle, Washington.

*s/ Brianna Asman*
Brianna Asman, Legal Assistant
basman@cwlhlaw.com



WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476