The Honorable Judge Barbara J. Rothstein
Trial Date: January 8, 2024
*Without Oral Argument*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br><br>Plaintiff,<br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:22-cv-1551-BJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**THIS MATTER** having come before the Court on Defendant Amica's motion for partial summary judgment**,** and the Court having reviewed and considered the following:

1. Defendant Amica's Motion for Partial Summary Judgment;
2. Plaintiff's response brief in opposition to Defendant's motion;
3. All pleadings and materials filed herein;
4. __________________________________

///

///



WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

THE COURT HEREBY ORDERS, ADJUDGES, and DECREES as follows that:

1. Defendant Amica's Motion for Partial Summary Judgment **is GRANTED;** Plaintiff's extracontractual claims for the tort of Bad Faith and violations of the IFCA and CPA are dismissed with prejudice;

2. ______________________________________________________________

______________________________________________________________

3. ______________________________________________________________

4. ______________________________________________________________.

DATED this ____ day of ___________ 2023.

______________________________________________
The Honorable Judge Barbara J. Rothstein

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid*
Rory W. Leid, WSBA #25075

*s/ Lucy B. Wilhelm*
Lucy Blair Wilhelm, WSBA #57130

*s/ Isabella M. Foxen*
Isabella M. Foxen, WSBA #57353
*Attorneys for Defendants*
222 Etruria Street, Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | lwillhelm@cwlhlaw.com
| ifoxen@cwlhlaw.com