UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:22-cv-1551-BJR<br><br>**DECLARATION OF ISABELLA M. FOXEN IN SUPPORT OF AMICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Isabella M. Foxen, make the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

1. I am over eighteen years of age, competent to testify in this matter, and this Declaration is based on direct personal knowledge. I am an employee of Wathen | Leid | Hall | Rider, P.C.

2. Attached as **Exhibit A** is a true and correct copy of the Police Report dated January 25, 2020.

3. Attached as **Exhibit B** is a true and correct copy of Amica Policy No. 90054621TQ.



WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

4. Attached as **Exhibit C** is a true and correct copy of Plaintiff's Demand Letter dated February 9, 2021.

5. Attached as **Exhibit D** is a true and correct copy of the curriculum vitae of Dr. Robert T. Goldman.

6. Attached as **Exhibit E** is a true and correct copy of the Declaration of Dr. Robert T. Goldman dated May 10, 2022.

7. Attached as **Exhibit F** is a true and correct copy of the medical records from Overlake Medical Center.

8. Attached as **Exhibit G** is a true and correct copy of the medical records from Tri-County Orthopedics.

9. Attached as **Exhibit H** is a true and correct copy of Amica's claims notes.

10. Attached as **Exhibit I** is a true and correct copy of the letter sent to Plaintiff from Amca on February 3, 2020.

11. Attached as **Exhibit J** is a true and correct copy of the demand response letter sent to Plaintiff's Counsel by Amica on March 4, 2021.

12. Attached as **Exhibit K** is a true and correct copy of the Personal Injury Protection ledger.

13. Attached as **Exhibit L** is a true and correct copy of the Complaint filed on or about October 06, 2022.

14. Attached as **Exhibit M** is a true and correct copy of the expert report by Dr. Sean Kearney dated June 8, 2021.

15. Attached as **Exhibit N** is a true and correct copy of the medical records from Innova Physical Therapy.



WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

16. Attached as **Exhibit O** is a true and correct copy of the repair estimate from Meridian Adjusting Appraisals dated March 16, 2020.

DATED this 10th day of August 2023, at Seattle, Washington.

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Isabella M. Foxen*
Isabella M. Foxen, WSBA #57353
*Attorneys for Amica*
222 Etruria St. Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | lwilhelm@cwlhlaw.com
ifoxen@cwlhlaw.com

**CERTIFICATE OF SERVICE**

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be served on the following parties in the manner indicated:

| | |
|---|---|
| **Counsel for Plaintiff:**<br>David J. Balint, WSBA #05881<br>BALINT & ASSOCIATES, PLLC<br>5950 Sixth Avenue South, #200<br>Seattle, WA 98108<br>T : 206 728 7799<br>dbalint@balintlaw.com<br>rettienne@balintlaw.com | **Via Email/E-Service** |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 10th day of August 2023, at Seattle, Washington.

*s/ Brianna Asman*
Brianna Asman, Legal Assistant
basman@cwlhlaw.com



WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476