# EXHIBIT A

STATE OF WASHINGTON
# POLICE TRAFFIC COLLISION REPORT

1591971

**REPORT NO. EA07434**

| | |
|---|---|
| INTERSTATE [ ] | CITY STREET [✓] |
| STATE ROUTE [ ] | OTHER [ ] |
| COUNTY RD [ ] | PRIVATE WAY [ ] |

FIRE RESULTED [ ] · STOLEN VEHICLE [ ] · HIT & RUN INVOLVED [ ]

TRIBAL RESERVATION:

CASE #: 2020-8899

LOCAL AGENCY CODING:

TOTAL # OF UNITS: 02 · OBJECT STRUCK:

Margin codes: 1: 2 · 2: 1 · 3: 4

| DATE OF COLLISION (MM-DD-YYYY) | TIME (2400) | COUNTY # | MILES | N/S | E/W | IN/OF | CITY # |
|---|---|---|---|---|---|---|---|
| 01 - 25 - 2020 | 1909 | 31 | | | | IN [✓] | 0420 |

ON (PRIMARY TRAFFIC WAY): 5TH AVE W · INTERSECTION [ ] · NON INTERSECTION [✓]

BLOCK NO. [✓] / MILE POST [ ]: 8400

DISTANCE: 250 . 00 · MILES [ ] FEET [✓] · N [ ] S [✓] · E [ ] W [ ] · OF (REFERENCE OR CROSS STREET): CASINO RD

Right margin codes: 27: 0 7 · 28: 1 8 · 29: 0 1 · 30: 0 3 · 31: 1 2 · 32: 1 2 · 33: FROM 1 TO 5 · 34: FROM 1 TO 7 · 35 · 36 · 37: 4 · 38: 4 · 39: 3 · 40: 3 · 41: 1 · 42: 1

## UNIT 01

MOTOR VEHICLE [✓] · PEDAL CYCLE [ ] · DAMAGE THRESHOLD MET YES [✓] NO [ ] · PHONE D: 4252228210

| Field | Value |
|---|---|
| 6 LAST NAME | CAMPOS GARCIA (1) |
| FIRST NAME | EDGAR |
| MIDDLE INITIAL | E |
| STREET / NEW ADDRESS | 4305 130TH PL NE |
| CITY | MARYSVILLE |
| ST | WA |
| ZIP | 98271 |
| 7 CDL | |
| IGNITION INTERLOCK REQUIRED | NO [✓] |
| IGNITION INTERLOCK PRESENT | NO [✓] |
| MEDICAL TRANSPORTED | NO [✓] |
| 8 DRIVER'S LICENSE # | WDL29RB0D83B |
| STATE | WA |
| SEX | U |
| D.O.B. MMDDYY | 07 - 01 - 1991 |
| 9 (9) ON DUTY | [ ] |
| STATUS | |
| AIRBAG | 2 |
| RESTR | 4 |
| EJECT | 1 |
| HELMET USE | 2 |
| INJURY CLASS | 1 |
| NATURE OF INJURIES | |
| 10 (9) LICENSE PLATE # | ATL7520 |
| STATE | WA |
| VIN # | 4T1BF1FK0CU599299 |
| 11 (3 5) TRAILER PLATE # | |
| 12 (3 5) TRLR VIN # | |
| 13 (8) VEH. YEAR | 2012 |
| MAKE | TOYT |
| MODEL | CAMRY |
| STYLE | |
| VEHICLE TOWED DUE TO DISABLING DAMAGE | NO [✓] |
| TOWED BY | |
| GOVT. VEHICLE | NO [✓] |
| REGISTERED OWNER INFO | EDGAR CAMPOS GARCIA 4305 130TH PL NE MARYSVILLE WA 98271 D: 4252228210 |
| 14 (8) LIABILITY INSURANCE IN EFFECT | [✓] |
| INSURANCE CO & POLICY # | NATIONWIDE 7246J006248 |
| 15 (2) VEHICLE LEGALLY STANDING | YES [ ] NO [ ] |
| CITATION # | |
| CHARGE | |

VEHICLE NO. 1
SHADE IN DAMAGED AREA




## UNIT 02

16 (2) MOTOR VEHICLE [✓] · PEDAL CYCLE [ ] · PEDESTRIAN [ ] · PROPERTY OWNER [ ] · DAMAGE THRESHOLD MET YES [ ] NO [✓] · PHONE D: 4255016240

| Field | Value |
|---|---|
| LAST NAME | GAEKWAR |
| FIRST NAME | CHANDRASI |
| MIDDLE INITIAL | M |
| 17 STREET / NEW ADDRESS | 34 HAMPSHIRE DRIVE |
| CITY | MENDHAM |
| ST | NJ |
| ZIP | 079452004 |
| 18 CDL | D |
| IGNITION INTERLOCK REQUIRED | NO [✓] |
| IGNITION INTERLOCK PRESENT | NO [✓] |
| MEDICAL TRANSPORTED | NO [✓] |
| 19 DRIVER'S LICENSE # | G01181207409452 |
| STATE | NJ |
| SEX | M |
| D.O.B. MMDDYY | 09 - 22 - 1945 |
| 20 ON DUTY | [ ] |
| STATUS | |
| AIRBAG | 2 |
| RESTR | 4 |
| EJECT | 1 |
| HELMET USE | 2 |
| INJURY CLASS | 1 |
| NATURE OF INJURIES | |
| 21 LICENSE PLATE # | BKG4698 |
| STATE | WA |
| VIN # | 5TDDKRFHXFS139121 |
| 22 TRAILER PLATE # | |
| 23 TRLR VIN # | |
| 24 VEH. YEAR | 2015 |
| MAKE | TOYT |
| MODEL | HIGHLAN |
| STYLE | |
| VEHICLE TOWED DUE TO DISABLING DAMAGE | NO [✓] |
| TOWED BY | |
| GOVT. VEHICLE | NO [✓] |
| REGISTERED OWNER INFO | CHANDRASI GAEKWAR PO BOX 3453 KIRKLAND WA 98083 |
| LIABILITY INSURANCE IN EFFECT | [✓] |
| INSURANCE CO & POLICY # | AMICA 90054621TQ |
| 25 VEHICLE LEGALLY STANDING | YES [ ] NO [ ] |
| CITATION # | |
| CHARGE | |

VEHICLE NO. 2
SHADE IN DAMAGED AREA




| 26 OFFICER'S NAME (PRINT) | OFFICER PHONE | BADGE OR ID # | AGENCY |
|---|---|---|---|
| JOSH GOTTAS | | 1472 | WA0310300 |

STATE OF WASHINGTON
**POLICE TRAFFIC COLLISION REPORT**

1591972

CORRECTION

REPORT NO. **EA07434**

CASE # 2020-8899

ADDITIONAL PERSONS INVOLVED (PASSENGERS AND/OR WITNESSES ONLY)

| NAME (LAST, FIRST, MIDDLE INITIAL) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS & PHONE # | | | | | | SEX | | D.O.B. MMDDYYYY | | - | - |
| PASSENGER ☐ WITNESS ☐ | UNIT # | | SEAT POS. | | AIRBAG | | RESTR. | | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
| NAME (LAST, FIRST, MIDDLE INITIAL) | | | | | | | | | | | |
| ADDRESS & PHONE # | | | | | | SEX | | D.O.B. MMDDYYYY | | - | - |
| PASSENGER ☐ WITNESS ☐ | UNIT # | | SEAT POS. | | AIRBAG | | RESTR. | | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |
| NAME (LAST, FIRST, MIDDLE INITIAL) | | | | | | | | | | | |
| ADDRESS & PHONE # | | | | | | SEX | | D.O.B. MMDDYYYY | | - | - |
| PASSENGER ☐ WITNESS ☐ | UNIT # | | SEAT POS. | | AIRBAG | | RESTR. | | EJECT | HELMET USE | INJURY CLASS | NATURE OF INJURIES |

## NARRATIVE

On 1/25/2020 at approximately 1909 hours, Edgar Campos Garcia was operating unit 1 with WA-ATL7250. Chandrasi Gaekwar was operating unit 2 with WA-BKG4698.

Unit 1 was traveling southbound in the 8400 block of 5th AVE W in the forward-travel lane.

Unit 2 was traveling southbound in the 8400 block of 5th AVE W in the forward-travel lane.

Unit 1's front passenger side bumper collided with unit 2's rear bumper.

Unit 1 was following too close causing this collision.

Unit 1 said that unit 2 did not have his turn signal on when conducting a right turn.

Unit 2 said that he did have his turn signal on when conducting a right turn.

There was no independent witnesses to this collision on scene to help determine the statements made.

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

| INVESTIGATING OFFICER'S SIGNATURE | UNIT OR DIST. DET | DATED | PLACE SIGNED |
|---|---|---|---|
| J OSH GOTTAS | | 01-26-20 07:07 PM | |

| APPROVED BY | DATE |
|---|---|
| J. KARR 1376 | 1/26/2020 7:25:54 PM |

| BADGE OR ID # | ORI # | TIME POLICE DISPATCHED | TIME POLICE ARRIVED |
|---|---|---|---|
| 1472 | WA0310300 | 7:13 PM | 7:16 PM |

**PART B** 3000-345-160 R (7/06)

**REPORT NO.** EA07434 **CASE #** 2020-8899 **DATE AND TIME OF COLLISION** 01/25/20 19:09



# EXHIBIT B

BatchID: 19928 DateScanned: 10/19/2022 12:05:13 PM

# Amica Mutual Insurance Company

Lincoln, Rhode Island



**DECLARATIONS** **PERSONAL AUTO POLICY NO.** 90054621TQ

**NAMED INSURED AND ADDRESS**
CHANDRASI M. GAEKWAR
2825 E LAKE SAMMAMISH PKWY NE
SAMMAMISH WA 98074

**POLICY PERIOD: 12:01 A.M., STANDARD TIME**
**From:** MAY 28, 2019
**To:** MAY 28, 2020

| Auto No. | DESCRIPTION OF AUTO(S) OR TRAILER(S) | LOSS PAYEE |
|---|---|---|
| 1 | 2015 TOYOTA HIGHLANDER LIMITED/PLATIN UTILITY - VIN [redacted] USE: AVERAGE DAILY MILEAGE 10 MILES | |
| | | |
| | | |
| | | |
| | | |
| | | |

The Auto(s) or Trailer(s) described in this policy is principally garaged at the above address unless otherwise stated on the coverage pages.

SAFE DRIVER RATES APPLY.

**RATES ARE BASED ON THE FOLLOWING HOUSEHOLD DRIVERS**

| Driver No. | NAME | DRIVER'S LICENSE NUMBER | Date of Birth Mo. | Day | Year | Male or Female | Married or Single | Date First Licensed Mo. | Year |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CHANDRASI M. GAEKWAR | [redacted] | [redacted] | | 45 | M | S | 09 | 61 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

# EXHIBIT C

***BALINT& ASSOCIATES, PLLC***
*ATTORNEYS AT LAW*
***5950 Sixth Avenue South, Suite 200***
***Seattle, Washington 98108***
*Telephone: (206) 728-7799*
*Facsimile: (206) 728-2729*
*Cell: 206-947-7988*
*E-mail: dbalint@balintlaw.com*
*Website: balintlaw.com*

*David J. Balint (Ext. 111)*
*Donald J Horowitz, Of Counsel*

February 9, 2021
**SENT VIA EMAIL**

Brittany Am
AMICA
BAM@amica.com

**FOR SETTLEMENT PURPOSES ONLY**

| | | |
|---|---|---|
| Re: | Our Client: | Chandrasi Gaekwar |
| | Our File No.: | 2814 (P-17.1) |
| | Date of Collision: | January 25, 2020 |
| | AMICA Claim No.: | 60003757148 |

Dear Ms. Am,

The purpose of this letter is to give AMICA the opportunity to settle the Under Insured Motorist claim of Chandrasi Gaekwar without litigation You have previously received a copy of the demand package that was sent to Nationwide Insurance, as well as declined the opportunity for a Hamilton buyout. As of December 1, 2020, we settled with Nationwide for the policy limits of $50,000. Attached is a copy of the Release of All Claims with Nationwide, the Nationwide Declaration Page, as well as an affidavit of No Additional Coverage from the at fault driver.

The demand is for $140,000 new money to settle this claim.

At this time Mr. Gaekwar is still treating on a maintenance level. Listed below is a summary of the additional care that my client has received since the demand to Nationwide Insurance. Also included is an analyses of the future care that will be needed to maintain the chronic pain brought on by the collision related injuries.

## ADDITIONAL/FUTURE TREATMENT

On December 24, 2020, still suffering from knee pain and stiffness, Chandrasi Gaekwar returned to Proliance Orthopedics & Sports Medicine and met with Dr. Trevor Scott. A thorough intake and exam was completed. In the records it is noted that Mr. Gaekwar is very active and enjoys cycling. He visited Proliance Orthopedics & Sports Medicine in March of 2020 and received a Synvisc One injection, which helped, but the symptoms are now beginning to reoccur. Currently he suffers from pain with weight bearing activities, which is worse with twisting and pivoting,

and he has pain when using stairs, particularly when going down them. With the physical exam there was noted swelling of the left knee, as well as tenderness over the medial, lateral joint line. New x-rays were taken and compared to those from 2/18/20 for a comparison. Dr. Scott noted that the left knee injury is severe enough that at some point the injections will no longer be an effective method to control the pain and that Mr. Gaekwar would benefit from a left total knee replacement. The average cost of a knee replacement is about $30,000 for the hospital and surgeon only. We have not costed the necessary follow-up rehabilitation and physical therapy. Mr. Gaekwar notes that his previous unrelated right knee replacement had severe complications including hospitalization. In making this offer we are assuming no complications. At the end of the exam, Mr. Gaekwar was given a Synvisc injection to the left knee. The Synvisc injections are to be repeated every six months at the cost of approximately $1,200 each.

## DAMAGES

Mr. Gaekwar's medical bills to date as a result of the January 25, 2020 collision are as follows:

| PROVIDERS | | TOTAL CHARGES |
|---|---|---|
| | | |
| Overlake Medical Clinic - Redmond | | $1,156.28 |
| Proliance Orthopedics & Sports Medicine | | $1,650.00 |
| Innova Physical Therapy | | $15,974.50 |
| Radia | | $117.60 |
| Evergreen Hospital | | $357.00 |
| **TOTAL TREATMENT CHARGES** | | **$19,255.38** |

At the time of settlement, we have documented $19,255.38 in medical bills. This does not account for any future care needed to manage the lingering symptoms caused by the crash, the cost of future surgery or the cost of continued injections.

| PROVIDERS | | ADDITIONAL CHARGES |
|---|---|---|
| | | |
| Proliance Orthopedics & Sports Medicine | | $1,670.00 |
| **TOTAL TREATMENT CHARGES** | | **$20,925.38** |

Since that time, Mr. Gaekwar has returned to Proliance Orthopedic & Sports Medicine and had another injection, incurring additional bills in the amount of $1,670, bringing the total treatment charges up to $20,925.38

The medical bills alone are not indicative of my client's total damages. As a result of the crash, Mr. Gaekwar is left with lingering pain and stiffness in his left knee, something that will need to be managed with continued care, Synvisc/cortisone injections and eventually surgery. As stated

by Dr. Scott, injections will eventually become ineffective and Mr. Gaekwar will need to have a knee replacement surgery. Although the time frame for when this will occur is unknown, the surgery is inevitable. Until that time, Mr. Gaekwar will continue to need these injection every 6 months.

From the demand package sent to Nationwide, you can see that prior to the collision Mr. Gaekwar led an active lifestyle, which included regular gym participation and bicycling long distances. Although he has made improvements, he still suffers from knee pain and stiffness, which affects his balance, which in turn affects his ability to ride his bicycle. Mr. Gaekwar highly values his physical health and personal fitness, something which has allowed him to live an active lifestyle even into his later years. His injuries make it difficult to maintain the same fitness level and physical condition he had before the collision. Despite his home exercise program prescribed to him by his physical therapist, he continues to live with knee pain and stiffness.

The records show that Mr. Gaekwar's symptomology, disabilities and suffering from the effects of the January 25, 2020 collision have plateaued and have not changed much over time. A total knee replacement is likely as outlined in the December 24, 2020 orthopedic record. He also risks a future second replacement. His surgeon informed him that delaying the surgery for as long as possible was in his interest because knee replacement surgeries are generally only good for 10 years and so the longer he can delay the first surgery the better off he would be. For settlement purposes only one replacement is assumed.

Mr. Gaekwar was born on September 22, 1945. By the life expectancy tables utilized by our courts, he has 11 more years to endure the residual problems caused by Mr. Garcia. However, Mr. Gaekwar is in excellent shape except for the effects of the collision and he comes from a long line of long lived relatives.

## CONCLUSION

Plaintiff hereby gives AMICA the opportunity to settle the UIM claim for Mr. Gaekwar for $140,000 new money. Please respond to this settlement demand by March 8, 2021, at which point the offer is withdrawn. The settlement check should be made payable to the Balint & Associates, PLLC Trust Account only. Our firm tax identification number is [redacted]

Very truly yours,
BALINT& ASSOCIATES, PLLC

David J. Balint
Attorney at Law

Enclosures

Cc: Client

# EXHIBIT D

**Robert T. Goldman, M.D.**
25 Joanna Way
Short Hills, NJ 07078
H: (973) 376-5996
W: (973) 538-2334
C: (201) 317-7279
E-mail: rgoldman3@comcast.net

**CURRENT POSITION**

8/95 – present Attending Orthopedic surgeon
Morristown Memorial Hospital
100 Madison Avenue
Morristown, NJ 07962

Office Address: Tri-County Orthopaedics/Sports Medicine
160 Hanover Avenue
Box 1446
Morristown, NJ 07962
Tel: (973)538-2334
Fax: (973)829-9174

**POSTGRADUATE TRAINING**

8/94 – 7/95 Insall Scott Kelly Institute for Orthopaedics and Sports Medicine New York,NY
- Fellowship in sports medicine and reconstructive knee and hip surgery

7/90 – 7/94 Hospital for Joint Diseases Orthopaedic Institute New York, NY
- Residency in Orthopaedic Surgery
- 3/93 – 7/93 Orthopaedic trauma elective at the Maryland Institue for Emergency Medical Services (Shock Trauma)
- Recipient of the Frauenthal Fellowship Award

7/89 – 6/90 New York University Medical Center New York, NY
- Internship in General Surgery

**EDUCATION**

9/85 – 6/89 John Hopkins University School of Medicine Baltimore, MD
- Doctor of Medicine awarded in 1989 with Distinction in Surgery
- Franklin Paine Mall prize in Anatomy
- Director of the JHU-Baltimore City Youth Athletic Program
- Speaker at the Education Writer's Association Conference in Washington, DC

9/81 – 6/85 Yale University New Haven, CT
- Bachelor of Arts in Molecular Biophysics and Biochemistry with History minor awarded in 1985
- Cum laude graduate with award for Distinction in the Major
- Varsity baseball
- Chairman of the Social Activities Committee

9/78 – 7/81 Phillips Academy Andover, MA

- Cum laude society
- Varsity baseball and basketball

## PUBLICATIONS

**Goldman RT**, Scuderi GR, Kelly MA: Arthroscopic Treatment of the Degenerative Knee in Older Athletes. *Clinics in Sports Medicine.* 16: 51-68, 1997.

**Goldman RT,** Scuderi GR, Insall JN: Two-Stage Reimplantation for Infected Total Knee Arthroplasty: Long Term Results and Survivorship Analysis. *Clinical orthopaedics and Related Research.* 331: 118-124, 1996.

**Goldman RT,** Koval KJ, Cuomo F, Gallagher MA, and Zuckerman JD: Functional Outcome After Humeral Head Replacement for Acute Three- and Four- Part Fractures. *Journal of Shoulder and Elbow Surgeons.* 4: 81-86, 1995.

Engler PE, **Goldman RT,** Greisler HP, and Stahlgreen LH: A Qualitative Analysis of the Frequency Response Characteristics of a Hydraulic Esophageal Manometry System. *The Mount Sinai Journal of Medicine.* 53: 114-118, 1986

**Goldman RT,** Stuchin SA, and Couper CE: Cementless Total Hip Arthroplasty in Patients Under 40 with Severe Inflammatory Arthritis. Submitted to *Journal of Arthroplasty.*

**Goldman RT,** Rathjen K, Jones L, Bickel C, and Hungerford DS: The Influence of Rotation and Knee Flexion on the Apparent Axial Alignment of the Lower Extremity. Submitted to *Clinical Orthopaedics and Related Research.*

**Goldman RT,** Boskey AL, Gelman B, and Posner AS: A Determination of the Effect of Contrast Media on the Proteolytic Capability of Chymopapain. Submitted to the *Journal of Orthopaedic Research.*

## ABSTRACTS

**Goldman RT,** Zuckerman JD, Cuomo F, and Koval KJ: Humeral Head Replacement for Acute Three and Four- Part Fractures. *Orthopaedic Transactions.* 17(4): 936, 1993/94.

**Goldman RT,** Zuckerman JD, Cuomo F, and Koval KJ: Humeral Head Replacement for Acute Three and Four- Part Fractures. *Orthopaedic Transactions* 18(1): 3, 1994.

**Goldman RT,** Scuderi GR, Insall JN: Two – Stage Reimplantation for Infected Total Knee Arthroplasty: Long Term Results and Survivorship Analysis. *Orhtopaedic Transactions.*

## PRESENTATIONS

**Goldman RT,** Scuderi GR, Insall JN: Two-Stage Reimplantation for Infected Total Knee Arthroplasty: Long Term Results and Survivorship Analysis. American Academy of Orthopaedic Surgeons Annual Metting; Atlanta, GA February, 1996

**Goldman RT,** Scuderi GR, Insall JN: Two-Stage Reimplantation for Infected Total Knee Arthroplasty: Long Term Results and Survivorship Analysis. Knee Society Specialty Day at the AAOS Annual Meeting: Atlanta, GA February, 1996.

**Goldman RT,** Scuderi GR, Insall JN: Two- Stage Reimplantation for Infected Total Knee Arthroplasty: Long term Results and Survivorship Analysis. Hospital for Special Surgery Annuel Meeting; New York, NY November, 1995.

**Goldman RT,** Stuchin SA, and Couper CE: Cementless Total Hip Arthroplasty in Patients Under 40 with Severe Inflammatory Arthritis. American Academy of Orthopaedic Surgeons Annual Meeting; New Orleans, LA February, 1994.

**Goldman RT,** Stuchin SA, and Couper CE: Cementless Total Hip Arthroplasty in Patients Under 40 with Severe Inflammatory Arthritis. Eastern Orthopaedic Association Annual Meeting; Orlando, FL October, 1993.

**Goldman RT,** Zuckerman JD, Cuomo F, and Koval KJ: Humeral Head Replacement for Acute Three and Four- Part Fractures. Hospital for Joint Diseases Orthopaedic Institute Alumni Meeting; New York, NY May, 1993.

**Goldman RT,** Zuckerman JD, Cuomo F, and Koval KJ: Humeral Head Replacement for Acute Three and Four- Part Fractures. American Academy of Orthopaedic Surgeons Annual Meeting; San Francisco, CA February, 1993.

**Goldman RT,** Zuckerman JD, Cuomo F, and Koval KJ: Humeral Head Replacement for Acute Three and Four- Part Fractures. Orthopaedic Trauma Association Annual Meeting; Minneapolis, MN October, 1992.

**Goldman RT,** Rathjen K, Jones L, Bickel C, and Hungerford DS: The Influence if Knee Rotation and Flexion on the Apparent Axial Alignment of the Lower Extremity. American Academy of Orthopaedic Surgeons Annual Meeting; New Orleans, LA February, 1990.

Engler PE, **Goldman RT,** Greisler HP, and Stahlgren LH: A Qualitative Analysis of the Frequency Response Characteristics of a Hydraulic Esophageal Manometry System. American College of Surgeons Annual Meeting; Chicago, IL April, 1984.

## BOOK CHAPTERS

**Goldman RT,** McCann PD: The Elbow and Forearm. In: Sports Medicine; Principles of Primary Care, ed. Scuderi GR, McCann PD, Bruno PJ. New York: Mosby-Year Book, Inc. 1997

## MEDICAL SOCIETIES

American Medical Association
American Academy of Orthopaedic Surgery - Candidate Member
New York State Society of Orthopaedic Surgeons
Morris County Medical Society
Medical Society of New Jersey

## LICENSURE

New York 182984 7/3/90
New Jersey MA62231 6/20/95

## BOARD CERTIFICATION

American Board of Orthopaedic Surgery 7/11/97

## PERSONAL

Born – March 10, 1963 in New York, NY
Raised – Maplewood, NJ
Family – Benjamin Goldman (son)
Cynthia Goldman (daughter)

# EXHIBIT E

# DECLARATION OF DR. ROBERT T. GOLDMAN, MD

I declare that:

My name is Robert T. Goldman. I am a medical doctor licensed and practicing in New Jersey and New York. A copy of my CV is attached hereto as Exhibit A. I am a board-certified orthopedic surgeon.

The statements and opinions expressed herein are on a more probable than not basis.

I began treating Mr. Chandrasi Gaekwar in September 2014 for various bilateral knee problems. His right knee was consistently worse than the left. These symptoms were treated conservatively with a series of Synvisc injections in both knees, and physical therapy which continued through May 2017. At the start of these treatments, both knees responded well. Over time these methods of conservative care stopped having a substantial effect on his right knee. Active symptomology of his left knee resolved by May 2017. I performed a right knee replacement on May 30, 2018.

From May 2017 and through the date which the collision occurred, January 25, 2020, Mr. Gaekwar had no complaints or active symptoms in his left knee. Immediately following the crash, there was pain and visible swelling with his left knee, stiffness and reduced range of motion. In addition, his left knee was locking. The right knee continued to remain symptom free. Mr. Gaekwar's injury care consisted of physical therapy and other conservative treatments, such as more injections. When his pain and symptoms in his left knee no longer responded to conservative treatments, Mr. Gaekwar agreed with my recommendation for left knee replacement surgery, which I performed on December 13, 2021.

In my opinion, the left knee treatments and replacement surgery of December 13, 2021, and the resulting follow up care, including a stay at an inpatient rehabilitation center and physical therapy, were all reasonable and necessary, and related to the crash of January 25, 2020.

Mr. Gaekwar had some pre-existing degenerative changes in his left knee, which included: osteoarthritis, subchondral sclerosis, joint space narrowing, cystic degeneration and osteophyte formation. These conditions had been dormant since May 2017, two and half years before the collision of January 25, 2020. Immediately after the crash, these dormant left knee conditions were greatly aggravated. The only treatments from the date of the collision to the present have been for Mr. Gaekwar's left knee problems.

Mr. Gaekwar has been a cooperative patient, diligently seeking to recover as much as possible from the injuries he received as a result of the January 25, 2020 collision. The left knee surgery of December 13, 2021 and the follow up therapies have enabled him to be more active and functional. He still has some residual pain and disability so, going forward, I prescribed physical therapy for him as needed.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signed in Cedar Knolls, New Jersey this 10th day of May, 2022.

[signature]

Robert T. Goldman, MD

# EXHIBIT F

**Progress Notes by James D Kriseman, DO at 8/22/2017 2:20 PM (continued)**

wheezes. He has no rales.
**Pacemaker the left subclavicular location**
Abdominal: Soft. Bowel sounds are normal. He exhibits no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits no edema.
**Evidence of DJD is seen in the knees more so on the right the left, decreased joint space. Evidence of pes planus bilaterally. This does not represent any changes from previous.**
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. No cranial nerve deficit.
Skin: Skin is warm. No rash noted. He is not diaphoretic. No erythema.
**His rash was completely resolved with prednisone.**
Psychiatric: He has a normal mood and affect. His behavior is normal. Thought content normal.
Nursing note and vitals reviewed.

Laboratory results were reviewed.

**Assessment:**

| | | |
|---|---|---|
| **1.** | **Elevated C-reactive protein** | **methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet** |
| 2. | Polyarthralgia | methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet |
| 3. | Uncomplicated asthma, unspecified asthma severity | |
| 4. | Arthritis of right knee | |

**Plan:**

Health maintenance issues discussed, diet, exercise and weight loss/control discussed. Monitor blood pressure and pulse as an out patient. CV risk reductions discussed. Follow up labs and visit scheduled. Regular eye and dental exams discussed. Questions answered, patient was pleased with the care rendered today.
See AVS for patient information as based on diagnosis and discussed.
No orders of the defined types were placed in this encounter.

**Requested Prescriptions**

| Signed Prescriptions | Disp | Refills |
|---|---|---|
| • methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet<br>Sig: follow package directions | 21 tablet | 0 |

Return in about 3 months (around 11/22/2017), or if symptoms worsen or fail to improve, for Recheck.

**Progress Notes by James D Kriseman, DO at 8/22/2017 2:20 PM (continued)**

Supportive and conservative care discussed. Joint protection, range of motion and core strengthening discussed. The Medrol Dosepak above will only be used if there is any exacerbation of his joint pain, otherwise he will not take it. GI side effects discussed and I advised GI precautions if he uses the medication. I also advised him to heed his rheumatologist recommendations and consider starting the low-dose methotrexate since it does have a slow onset of activity and it would be of no benefit for acute control of pain. Side effects were again discussed. Hydration discussed. I did advise B complex and vitamin D daily. We also discussed numerous forms of alternative medicine and the pros and cons as best as I could help him. He will have his blood work performed once he comes back from vacation. I advised him to please keep the joints warm and that warm showers do help along with warm compresses. Extensive discussion regarding today's diagnoses, treatment options and complications, greater than 50% of today's 25 minute visit was spent face-to-face.

Electronically Signed by James D Kriseman, DO on 8/22/2017 2:50 PM

**Progress Notes by James D Kriseman, DO at 5/9/2018 11:00 AM**

| | | |
|---|---|---|
| Author: James D Kriseman, DO | Service: — | Author Type: Physician |
| Filed: 5/9/2018 12:56 PM | Encounter Date: 5/9/2018 | Note Type: Progress Notes |
| Status: Signed | Editor: James D Kriseman, DO (Physician) | |

**Subjective:**

**Patient ID:** Chandrasi M Gaekwar is a 72 y.o. male.

HPI patient was in New Jersey and saw his doctor in New Jersey where he was found to have anemia. Follow-up showed his anemia was getting better. His physician, Dr. Jain stopped the patient's Plavix. He also did complete blood work on him and found that his new white blood cell count was 6.2 with hemoglobin at 13 and hematocrit at 42.6 with MCV of 90. Hemoglobin A1c was 5.0. Iron was slightly low at 43 and he was placed on iron supplementation. Glucose was normal. Liver enzymes were normal, kidney function was normal. Cholesterol 135, triglycerides are at 70. High sensitivity C-reactive protein was elevated at 13. Vitamin D was 48, TSH was 3.562 testosterone was low normal at 371 PSA was 2.82. His percent free PSA was 32 which revealed a low probability of cancer. My patient then followed up with his vascular doctor, Dr. Vossler and had a stress test performed that was negative. He also had performed by his doctor in New Jersey, he had MRI of cervical spine which revealed degenerative changes at C5-C7. My patient still has his severe pain at the right knee and is anticipating surgery in the near future. He will likely get a parking disability placard. He was cleared for surgery by Dr. Vossler. Surgery is to be performed by Dr. Goldman.
Patient also states that when he was in New Jersey upon arrival back home he was having some scratchiness in his throat with some postnasal discharge but no fever or chill or other symptoms. The present time he doesn't have any sore throat and even the postnasal discharge has resolved. He does not have a scratchy throat.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list

Review of Systems
Constitutional: Negative for appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.

**Progress Notes by James D Kriseman, DO at 5/9/2018 11:00 AM (continued)**

HENT: Negative for congestion, facial swelling, mouth sores, nosebleeds, postnasal drip, sinus pressure, sore throat, tinnitus and trouble swallowing.
Eyes: Negative for photophobia, pain, discharge, redness, itching and visual disturbance.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Musculoskeletal: Positive for arthralgias. Negative for back pain, gait problem, joint swelling, neck pain and neck stiffness.
Skin: Negative for rash and wound.
Allergic/Immunologic: Positive for environmental allergies **(unknown type).**
**He is allergic "to any smoke."**
Psychiatric/Behavioral: Negative for confusion and sleep disturbance. The patient is not nervous/anxious.

**Objective:**

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: No scleral icterus.
**Glasses are worn for appropriate vision.**
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. He has no wheezes. He has no rales.
**Pacemaker the left subclavicular location**
Abdominal: Soft. Bowel sounds are normal. He exhibits no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits no edema.
**Evidence of DJD is seen in the knees more so on the right the left, decreased joint space. Evidence of pes planus bilaterally. This does not represent any changes from previous.**
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. No cranial nerve deficit.
Skin: Skin is warm. No rash noted. He is not diaphoretic. No erythema.
**His rash was completely resolved with prednisone.**
Psychiatric: He has a normal mood and affect. His behavior is normal. Thought content normal.
Nursing note and vitals reviewed.

Labs were reviewed as previously dictated. These will be copied and put into his chart.

**Assessment:**

1. **Arthritis of right knee**
2. Anemia, unspecified type
3. Coronary artery disease involving native heart without angina pectoris, unspecified vessel or

**Disabled Parking Permit:**

**Progress Notes by James D Kriseman, DO at 5/9/2018 11:00 AM (continued)**

lesion type
4. Pacemaker

**Plan:**

Health maintenance issues discussed, diet, exercise and weight loss/control discussed. Monitor blood pressure and pulse as an out patient. CV risk reductions discussed. Follow up labs and visit scheduled. Regular eye and dental exams discussed. Questions answered, patient was pleased with the care rendered today.
See AVS for patient information as based on diagnosis and discussed.

**Orders Placed This Encounter**

Procedures

- Disabled Parking Permit:

**Requested Prescriptions**

No prescriptions requested or ordered in this encounter

Return in about 4 months (around 9/9/2018), or if symptoms worsen or fail to improve, for Recheck.
Disability parking prescription was presented to the patient. Cardiovascular and cardia pulmonary risks and complications discussed. I have discussed with him also about joint protection. He is to follow-up with Dr. Goldman. I have notified the patient that Dr. Vossler did clear him for surgery and that this will not last forever. Nasal and throat care was also discussed.

Electronically Signed by James D Kriseman, DO on 5/9/2018 12:56 PM

**Progress Notes by James D Kriseman, DO at 12/13/2018 1:20 PM**

| | | |
|---|---|---|
| Author: James D Kriseman, DO | Service: — | Author Type: Physician |
| Filed: 12/13/2018 2:28 PM | Encounter Date: 12/13/2018 | Note Type: Progress Notes |
| Status: Signed | Editor: James D Kriseman, DO (Physician) | |

**Subjective:**

**Patient ID:** Chandrasi M Gaekwar is a 73 y.o. male.

HPI patient is here to follow-up with me after having his right knee replaced when he was in New Jersey. He states that the surgery went well but he had quite a bit of blood loss and therefore his hemoglobin and hematocrit is low but they also found he had low iron. He was started on iron, one tablet a day and his iron count did not go up very much. He has not had any active blood loss. He was then increased to 2 tablets of

OVERLAKE
MEDICAL CENTER & CLINICS

OMC RED TC PRIMARY C
Redmond WA 98052-7800

Gaekwar, Chandrasi M
MRN: H002049456[redacted]1945, Sex: M
Enc. Date: 12/13/2018

**Progress Notes by James D Kriseman, DO at 12/13/2018 1:20 PM (continued)**

iron per day and we will need to have follow-up blood work. He denies any shortness of breath, syncope or nausea or vomiting. He denies any hematuria or hematochezia or epistaxis. His had no fever or chill. He does have pain in both his feet, he notes have a history of flat feet. He does typically wear firm orthotics.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.
HENT: Negative for congestion, nosebleeds, sore throat and trouble swallowing.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, flank pain and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and neck pain.
Skin: Negative for rash and wound.
Neurological: Negative for dizziness, weakness and headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

**Objective:**
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: No scleral icterus.
**Glasses are worn for appropriate vision.**
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. He has no wheezes. He has no rales.
**Pacemaker the left subclavicular location**
Abdominal: Soft. Bowel sounds are normal. He exhibits no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits deformity (**pes planus bilaterally.**). He exhibits no edema.
**Evidence of right knee replacement. No signs of infection. DJD seen at the left knee.**
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. No cranial nerve deficit.
Skin: Skin is warm. No rash noted. He is not diaphoretic. No erythema.
**His rash was completely resolved with prednisone.**
Psychiatric: He has a normal mood and affect. His behavior is normal. Thought content normal.
Nursing note and vitals reviewed.

Labs from his physician in New Jersey were reviewed. His latest labs show hemoglobin 10.3, hematocrit at 33.4, MCV at 93, iron load 49 with a percent saturation at 18. Vitamin D was normal at 41.1 albumin was 3.3

OVERLAKE
MEDICAL CENTER & CLINICS

OMC RED TC PRIMARY C
Redmond WA 98052-7800

Gaekwar, Chandrasi M
MRN: H002049456, [redacted]1945, Sex: M
Enc. Date: 12/13/2018

**Progress Notes by James D Kriseman, DO at 12/13/2018 1:20 PM (continued)**

liver enzymes were not elevated. Estimate ejection fraction was 87.8. Cholesterol 112, LDL 52, triglycerides at 99.

**Assessment:**

| | | |
|---|---|---|
| 1. | **Microcytic anemia** | **CBC With Auto Differential**<br>**Iron Profile**<br>**Ferritin** |
| 2. | Iron deficiency anemia secondary to inadequate dietary iron intake | CBC With Auto Differential<br>Iron Profile<br>Ferritin |
| 3. | Pes planus of both feet | Ambulatory referral to Podiatry |

**Plan:**

Health maintenance issues discussed, diet, exercise and weight loss/control discussed. Monitor blood pressure and pulse as an out patient. CV risk reductions discussed. Follow up labs and visit scheduled. Regular eye and dental exams discussed. Questions answered, patient was pleased with the care rendered today.
See AVS for patient information as based on diagnosis and discussed.

**Orders Placed This Encounter**

Procedures

- CBC With Auto Differential
  - Standing Status: Future
  - Standing Expiration Date: 4/13/2019
- Iron Profile
  - Standing Status: Future
  - Standing Expiration Date: 4/13/2019
- Ferritin
  - Standing Status: Future
  - Standing Expiration Date: 4/13/2019
- Ambulatory referral to Podiatry
  - Referral Priority: Routine
  - Referral Type: Consultation
  - Referral Reason: Specialty Services Required
  - Referral Location: Bellevue Podiatric Physicians
  - Requested Specialty: Podiatry
  - Number of Visits Requested: 1
  - Expiration Date: 12/13/2019

**Requested Prescriptions**

**Progress Notes by James D Kriseman, DO at 12/13/2018 1:20 PM (continued)**

No prescriptions requested or ordered in this encounter

Return in about 3 months (around 3/13/2019), or if symptoms worsen or fail to improve, for Recheck.
Follow up labs to be obtained. These have been entered today. I will also refer him to podiatry for innersoles. Orthotics with a metatarsal bridge may be very beneficial for him. Gen. foot care was also discussed.
He had a complete hematologic workup in New Jersey complete bone marrow testing, once we have follow up labs and I will follow-up with him accordingly. Dietary issues also discussed to increase iron in/by food products.
He will be going to New Jersey next year to have a left knee replaced.

Electronically Signed by James D Kriseman, DO on 12/13/2018 2:28 PM

**Progress Notes by Jocelyn Calimag Dela Rosa, ARNP at 1/27/2020 1:20 PM**

| | | |
|---|---|---|
| Author: Jocelyn Calimag Dela Rosa, ARNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 1/27/2020 3:17 PM | Encounter Date: 1/27/2020 | Note Type: Progress Notes |
| Status: Signed | Editor: Jocelyn Calimag Dela Rosa, ARNP (Nurse Practitioner) | |

**Subjective:**

Chandrasi M Gaekwar is a 74 y.o. male who presents for a follow up on:

CC: Motor Vehicle Crash (accident on 1/25/2020)

He was rear ended on 1/25/2020, said he was going about 5mph and about to take a right turn when a driver from the rear - rear ended him. He was wearing his seatbelt. He states during the accident, he jolted front and back several times, felt "shocked and numb." He does not remember where he hit his head but does have a small superficial laceration on top of the head with very trace swelling. He states his right sided neck, left medial knee, and right lower back hurts. The neck hurts when he turns from side to side, up and down. The left knee is swollen on the side. He denies visual changes, HA, chest pains or palpitations. He is able to walk but with pain on stepping. He has put ice and he states the knee swelling is a lot less. Right lower back pain below the belt line without sciatica or radiculopathy. It is achy. No bowel and bladder dysfunction. No numbness or tingling of the upper and lower extremities.

**Objective:**

Review of Systems
Constitutional: Negative for chills, fatigue and fever.
HENT: Negative for congestion, nosebleeds and trouble swallowing. + right sided neck pain.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.

**Progress Notes by Jocelyn Calimag Dela Rosa, ARNP at 1/27/2020 1:20 PM (continued)**

Genitourinary: Negative for flank pain. No blood in urine
Musculoskeletal: + back pain and +neck pain.
Skin: Negative for rash.
Neurological: Negative for dizziness, weakness and headaches.
Psychiatric/Behavioral: Negative for sleep disturbance.

Physical Exam
Constitutional: he is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic. + superficial laceration on the top of the head. Very trace swelling, non tender to palpation. No signs of bruising or skin discoloration. Laceration is healing. No oozing.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion.TTP right sided neck muscles with pain on resistance from side to side. No cervical spine tenderness to palpation.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. he has no wheezes. he has no rales.
Musculoskeletal: Normal range of motion on slow movement. Left knee: he Exhibits localized swelling on the medial lower aspect of the lower thigh the size of a golf ball. There is no overt effusion of the left knee. There is no redness. He has limited range of motion to varus and valgus maneuver due to pain. Right knee: WNL
Neurological: he is alert and oriented to person, place, and time. No focal deficit.
Skin: Skin is warm and dry. No rash noted. No erythema. No pallor.
Psychiatric: he has a normal mood and affect. Thought content normal.

**Assessment/Plan**

**1. Contusion of left thigh, initial encounter**
--Ace wrap to the left lower thigh down to the knee to decrease swelling. Remove at night. Ice to the knee and thigh. Slow range of motion,.
-return on Friday (4 days from now) for re-evaluation. Will most likely need PE
--may apply diclofenac gel before applying ace wrap.

**2. Strain of neck muscle, initial encounter**

- diclofenac (VOLTAREN) 1 % Gel topical gel; Apply 2 g topically 3 (three) times daily as needed Dispense: 100 g; Refill: 0
- cyclobenzaprine (FEXMID) 7.5 MG tablet; Take 1 tablet (7.5 mg total) by mouth 3 (three) times daily as needed for up to 10 days for Muscle spasms Dispense: 30 tablet; Refill: 0

-soft cervical collar to use during the day or activities. Remove at night. Slow range of motion as tolerated. He is to take flexeril at night and none during the day if he anticipates to pursue outdoor activities. Otherwise, may take flexeril q8 hours prn if he plans to stay home.

**3. Acute right-sided low back pain without sciatica**
--diclofenac gel
-tylenol extra strength to take as directed

**Progress Notes by Jocelyn Calimag Dela Rosa, ARNP at 1/27/2020 1:20 PM (continued)**

**4) contusion left knee**
**See #1**

**I discussed with the patient the diagnosis, treatment plan, indication to return to clinic, and for expected follow up. The patient verbalized an understanding. The patient is asked if there are any questions or concerns. We discussed the case, until all issues were addressed to the patient's satisfaction.**

Electronically Signed by Jocelyn Calimag Dela Rosa, ARNP on 1/27/2020 3:17 PM

**Progress Notes by Sadia F Habib, MD at 1/31/2020 11:20 AM**

| | | |
|---|---|---|
| Author: Sadia F Habib, MD | Service: — | Author Type: Physician |
| Filed: 2/2/2020 7:52 PM | Encounter Date: 1/31/2020 | Note Type: Progress Notes |
| Status: Signed | Editor: Sadia F Habib, MD (Physician) | |

**Subjective:**

**Patient ID:**
CC: Back shoulder and knee pain.
HPI: Patient was in a car accident 7 days ago on 1/25/20. He was rear-ended when going at 5 miles per hour. He had a small laceration on his forehead. He is complaining of back pain, shoulder pain and left knee pain since then. He was seen here 4 days ago. Supportive measures were recommended. He was given cyclobenzaprine and Voltaren prescriptions. Reports he felt worse the day after MVA. Flexeril causes drowsiness. He is wearing ACE bandage on left knee. Swelling has improved a little. Medial knee pain occurs when he moves his knee and when he walks. Also pain in bed. 5/10 in intensity. Intolerant to oral NSAIDs. Takes Tylenol prn.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: No change in weight or appetite.
CVS: No orthopnea or PND. No chest pain.
GI: No nausea, vomiting, or diarrhea. No abdominal pain.
GU: No dysuria or hematuria. No abnormal discharge.
Skin: No rash. No change in color.
Psych: No confusion.
Neurological: No focal weakness or numbness.
Hematological: No bleeding. No clotting.

**Objective:**
Physical Exam

OVERLAKE
MEDICAL CENTER & CLINICS

OMC RED TC PRIMARY C
Redmond WA 98052-7800

Gaekwar, Chandrasi M
MRN: H002049456, [redacted]/1945, Sex: M
Enc. Date: 1/31/2020

**Progress Notes by Sadia F Habib, MD at 1/31/2020 11:20 AM (continued)**

BP 145/76 (BP Location: Left arm, Patient Position: Sitting) | Pulse 81 | Temp 36.9 °C (98.4 °F) (Oral) | Resp 16 | Ht 1.702 m (5' 7") | Wt 77.6 kg (171 lb) | SpO2 99% | BMI 26.78 kg/m²
GENERAL: well-hydrated, well-developed, in no acute distress.
MUSC:Pain with left knee fleion. localized tenderness over medial joint line and superiorly. effusion left knee. Normal R knee. Non tener lumbar region and neck. Full ROM in neck. SLR test is Normal bilaterally.
Psych: AAO. No evidence of mood disorder. Appropriate affect.

**Assessment and Plan**

| | | |
|---|---|---|
| **1.** | **Medial knee pain, left** | **Ambulatory referral to Physical Therapy**<br>**X-ray Knee Left Min 4 View** |
| 2. | Injury of left knee, initial encounter | Ambulatory referral to Physical Therapy<br>X-ray Knee Left Min 4 View |
| 3. | Effusion of left knee | Ambulatory referral to Physical Therapy<br>X-ray Knee Left Min 4 View |
| 4. | Strain of neck muscle, initial encounter | Ambulatory referral to Physical Therapy |
| 5. | Strain of lumbar region, initial encounter | Ambulatory referral to Physical Therapy |

Recommend that he start physical therapy as swelling is improved in his knee.
Continue to wear the neck brace as he finds it is helpful. Continue to wrap the knee with Ace bandage.

See AVS for patient information as based on diagnosis and discussed.

**Orders Placed This Encounter**

Procedures

- X-ray Knee Left Min 4 View

| | |
|---|---|
| Standing Status: | Future |
| Standing Expiration Date: | 1/31/2021 |
| Order Specific Question: | Reason for Exam: |
| Answer: | pain and swelling after MVA |
| Order Specific Question: | Which set of view? |
| Answer: | 1. Per Radiology Protocol |

- Ambulatory referral to Physical Therapy

| | |
|---|---|
| Referral Priority: | Routine |
| Referral Reason: | Specialty Services Required |
| Referral Location: | Innova Physical Therapy |
| Requested Specialty: | Physical Therapy |
| Number of Visits Requested: | 3 |
| Expiration Date: | 1/31/2021 |

**Requested Prescriptions**

| Signed Prescriptions | Disp | Refills |
|---|---|---|
| • methocarbamol (ROBAXIN) 500 MG tablet<br>Sig: Take 1 tablet (500 mg total) by mouth 4 (four) times daily as needed for up to 10 days | 40 tablet | 0 |

Return in about 2 weeks (around 2/14/2020).

# EXHIBIT G

TRI-COUNTY
ORTHOPEDICS

*World-Class Team. Hometown Choice.*

PO BOX 1446, Morristown, NJ 07962-1446 Main: 973-538-2334 Billing: 973-538-0329

| 197 Ridgedale Ave, 3rd floor | 1590 Route 206 | 109 Route 46 East, Suite 1 | 757 Route 15 S. |
|---|---|---|---|
| Cedar Knolls, NJ 07927 | Bedminster, NJ 07921 | Denville, NJ 07834 | Lake Hopatcong, NJ 07849 |
| *Fax: 973-267-6882 (Sport)* | *Fax:908-234-2022* | *Fax:973-625-1594* | *Fax: 973-829-9174* |
| *Fax 973-538-4081 (Joint)* | | | |

| | | | |
|---|---|---|---|
| Patient: | **Chandrasin M Gaekwar** | Date: | **10/21/2021** |
| DOB: | [redacted]1945 | Provider: | **Robert T. Goldman M.D.** |
| Patient #: | 2003300 | Referring: | |

[redacted]

## Patient Note

**Active Problems**
- Pain in right knee

**Reason For Visit**
Left knee pain.

**History of Present Illness**
Chandrasin Gaekwar is a 76 year old male.
• Allergy list reviewed • Medication reconciliation performed

The patient comes in for evaluation for left knee pain. He underwent right knee replacement three years ago and did very well with that. The left knee is the main problem for him now. He was planning to have a knee replacement done a year and a half ago, but it was cancelled due to the COVID pandemic, and he comes in now for reevaluation.

**Current Medication**
- Advair Diskus 100-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated 0 days, 0 refills
- Metoprolol Succinate ER 25 MG Oral Tablet Extended Release 24 Hour 90 days, 0 refills
- Montelukast Sodium 10 MG Oral Tablet 0 days, 0 refills
- Pravastatin Sodium 40 MG Oral Tablet 0 days, 0 refills

Medication list reviewed.

**Past Medical/Surgical History**
**Physical Exam:**
Cardiac pacemaker present
**Diagnoses:**
Asthma
**Surgical:**
• Knee replacement

**Social History**
Tobacco use: Tobacco non-user. Not a smoker. Never smoked.
Alcohol: Never drank alcohol.
Drug Use: Not using drugs. Never used drugs.

[redacted]

**Allergies**
- seasonal allergies

**Family History**
**Fraternal:**
Heart disease
Hypertension

**Review Of Systems**
**Systemic:** No symptoms and not feeling tired. No fever, no chills, no bleeding, no recent weight loss, and no recent weight gain.
**Neck:** No neck pain.
**Eyes:** No partial visual field loss and no blurred vision. No pain in or around the eyes and no discharge from the eyes.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No shortness of breath. No cough.
**Gastrointestinal:** No heartburn. No nausea, no vomiting, and no abdominal pain.
**Genitourinary:** No hematuria, no change in urinary frequency, and no feelings of urinary urgency.
**Musculoskeletal:** No upper back pain, no midback pain, and no lower back pain. No muscle aches, no localized soft tissue swelling in a hand, and not of the foot. No muscle cramps and not occurring at night. No limb pain.
**Neurological:** No dizziness, no paralysis, and no frequent falls while walking. No difficulty with balance, no tingling, and no numbness.
**Psychological:** No anxiety and no depression.
**Skin:** No localized skin discoloration and no rash.

**Physical Examination**
- Vitals taken 10/21/2021 07:58 am

| | |
|---|---|
| Height | 66 in |
| Weight | 175 lbs |
| Body Mass Index | 28.2 kg/m2 |
| Body Surface Area | 1.89 m2 |
| Pain Level | 5 |

On examination, the patient is neurovascularly intact. Varus deformity of the left knee is noted. There is positive joint line tenderness medially. No pain is noted laterally. Moderate effusion is present. No instabilities are noted.

General: NAD, conversant.
Head: Normal cephalic, atraumatic.
Eyes: Pupils equally round, no sclera abnormalities.
Cardiovascular: Normal perfusion, normal skin tone.
Pulmonary: Normal respiratory rate.
Skin: No rash, lesions or ulcers.
Psychiatric: Normal mood and affect.
Neuro: Alert and orientated to person, place and time.
Normal gross movements. No abnormal movements.

**Radiographs**
X-rays of bilateral knees taken today including AP standing, lateral and patella skyline views show severe osteoarthritis of the left knee and confirm subchondral sclerosis, joint space narrowing, cystic degeneration and osteophyte formation. The right knee replacement is in good position, with no signs of loosening or wear.

[redacted]

**Assessment**
Assessment is severe arthritis left knee, right knee replacement in good position.

**Counseling/Education**
- Body mass index
- Education and counseling
- Patient education about a special diet

**Plan**
- **Pain in left knee**
  (X-Ray): Knee Xray 1V during today's visit - Right, Knee Xray 3V during today's visit - Left

At this point the patient has undergone six months of physical therapy. He has not had much improvement with this. He has been on meloxicam 15 mg a day for pain, but he has had multiple cortisone shots and hyaluronic acid injections, and it has not been very effective for him. He would like to proceed now with left total knee replacement. The procedure was reviewed in detail. He understands this and would like to have it scheduled for the near future.

**Practice Management**
Use of tobacco assessment performed and patient screened for future fall risk using OASIS-C (M1910) Review of medications documented.

**Robert T. Goldman M.D.**
**Electronically signed by: Robert T. Goldman Date: 12/10/2021 15:19**

# EXHIBIT H

| | |
|---|---|
| **By:** | **-Grundy, Thomas W. (05/31/2022 11:16 AM)** |
| **Topic:** | **Other** |
| **Text:** | **Sent f/u email to PC for the records.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Rottler, Alex J. (04/26/2022 12:22 PM)** |
| **Topic:** | **Review** |
| **Text:** | **Awaiting additional records. Plaintiff back to work now.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **Yes** |
| **By:** | **-Grundy, Thomas W. (04/04/2022 01:49 PM)** |
| **Topic:** | **Other** |
| **Text:** | **PC advised:**<br><br>**Reno is returning to work next week. By copy of this email I'll have him email the records and bills you don't already have. Our client is still in rehab following surgery. Thanks for your patience.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (04/04/2022 11:16 AM)** |

| | |
|---|---|
| **Topic:** | **Other** |
| **Text:** | **Sent email to PC:**<br><br>**Just wanted to see if you had received the records in yet?** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| | |
| **By:** | **-Grundy, Thomas W. (02/01/2022 01:49 PM)** |
| **Topic:** | **Other** |
| **Text:** | **PC provided: $ccDocLink(91568082) which went forward on 11/29/2021.**<br><br>**PC advised:**<br><br>**Attached are the client copy of the surgery bill from AHS Hospital for $81,009.91 and the rehab bill from Atlantic Rehab for $26,342.02. This treatment was approved by Mr. Gaekwar's surgeon and approved by Medicare as reasonable and unnecessary. We are ordering the supporting medical records.**<br><br>**I will review once in. I think PC made a typo and intended to say "necessary".** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| | |
| **By:** | **-Grundy, Thomas W. (01/31/2022 04:25 PM)** |
| **Topic:** | **Other** |
| **Text:** | **PC advised:** |

| | |
|---|---|
| | **An offer of $5k is not really an offer and is rejected. Once Mr. Gaekar recovers a bit more from surgery and we know if there will be any residuals, then we will proceed to suit. David**<br><br>**Responded with:**<br><br>**I respectfully disagree that $5K new money is not a real offer given the prior money paid, review of the records, and expert's review.**<br><br>**Can you please provide me with the surgery records? I would also encourage your client to make a counter demand. Perhaps we can work together to reach a fair agreement.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (01/31/2022 12:19 PM)** |
| **Topic:** | **Other** |
| **Text:** | **Sent email to PC:**<br><br>**I just wanted to follow up on below. Have you had the opportunity to run this by your client yet?** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (12/06/2021 05:21 PM)** |
| **Topic:** | **Other** |
| **Text:** | **PC advised:** |

| | |
|---|---|
| | Tom, Thank you for your persistence. Without being disrespectful, the Amica number was not a real offer nor a realistic assessment of Amica's exposure. We'll be happy to negotiate but not starting with Amica's number. All the best, David<br><br>-------------<br><br>Responded with:<br><br>Our offer of $1,000 was taking into consideration that he had already been compensated $60,000 in prior payments (underlying limits and PIP). In an effort to reach a fair settlement, I can increase our offer to $5,000 new money. Please run this by your client and let me know your thoughts. |
| **Related To:** | Entire Claim File |
| **Home Office:** | No |
| **By:** | -Grundy, Thomas W. (12/06/2021 04:13 PM) |
| **Topic:** | Other |
| **Text:** | PC has provided $ccDocLink(90646799). He is scheduled for a left knee total replacement on 12/13/2021.<br><br>He also noted that he reviewed the Defense MRR report and it does not change the case valuation.<br><br>I have Responded with:<br><br>Dr. Kearney noted that your client had pre-existing moderate-to-severe left knee tricompartmental osteoarthritis with associated varus malalignment prior to the accident. He further noted that any ongoing treatment would not be related to the accident.<br><br>Furthermore, his unrelated tricompartmental osteoarthritis of the left knee would be a condition would continue to worsen over time, especially given |

| | |
|---|---|
| | the moderate-to-severe changes noted on imaging.<br><br>That being said, I wanted to see if you wanted to present a counter demand to our last offer. |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (11/29/2021 10:51 AM)** |
| **Topic:** | **Other** |
| **Text:** | **Sent follow up email to PC:**<br><br>**Just wanted to follow up and see if you had the opportunity to review the MRR report? Are you free this week to discuss this claim?** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Rottler, Alex J. (10/25/2021 03:09 PM)** |
| **Topic:** | **Review** |
| **Text:** | **MRR completed. provided to PC. Awaiting response to our previous $1K offer.**<br><br>**$140k previous demand.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **Yes** |
| **By:** | **-Grundy, Thomas W. (10/25/2021 12:53 PM)** |

| | |
|---|---|
| **Topic:** | **Other** |
| **Text:** | **Sent email to PC:**<br><br>**Have you had the opportunity to review the MRR report yet?** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (09/27/2021 09:35 AM)** |
| **Topic:** | **Other** |
| **Text:** | **Spoke with PC. He requested a copy of the MRR report for their review. I see no issues with forwarding to them. I have emailed as requested.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (09/20/2021 03:52 PM)** |
| **Topic:** | **Other** |
| **Text:** | **Called out to PC and LVM for contact back.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (09/14/2021 10:55 AM)** |
| **Topic:** | **Other** |
| **Text:** | **Call set with PC for Monday at 1pm.** |

| | |
|---|---|
| **By:** | **-Grundy, Thomas W. (06/02/2021 04:37 PM)** |
| **Topic:** | **Other** |
| **Text:** | **DC recommend Dr. Sean Ghidella for the MRR. Awaiting contact info from DC.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (06/01/2021 06:15 PM)** |
| **Topic:** | **Other** |
| **Text:** | **Sent email to PC:**<br><br>**Please be advised that I have been reassigned to handle you client's UIM claim. I look forward to working with you.**<br><br>**We will be lining up a Medical Record Review at this time. Upon receipt of that report, I will be in touch so we can continue settlement discussions.**<br><br>**Please let me know if your client has had any additional treatment that we are not aware of.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Grundy, Thomas W. (06/01/2021 06:06 PM)** |
| **Topic:** | **Other** |
| **Text:** | **Reviewing new reassignment.**<br><br>**Chief complaint is to the left knee. 75 M.** |

| | |
|---|---|
| | History of bilateral osteoarthritis - known persistent osteoarthritis that was aggravated by mva. History of synvisc injection lmt rec injections.<br><br>Recs support on 3/26/2020 -2 months after mva, patient is having no physical complaints at<br>this time, gait is strong and good. Patient went on a hike<br><br>TOTAL Medical Specials $20,925.38<br><br>Demand requested $140K in new money and adjuster offered $1K.<br><br>PC claims that sx is inevitable. PC claims that Dr. Scott advised Clmt would benefit from a left total knee replacement with avg cost of $30K.<br><br>In review of the recs, it notes that the pt is not ready for opp tx which is very reasonable as he had recd good relief from Synvisc One previously.<br><br>He is aware that his arthritis is sever enough that some day he may need sx.<br><br>Sent email to local DC for ortho referral for an MRR. |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Finsterbush, Barkley (05/05/2021 12:33 PM)** |
| **Topic:** | **Review** |
| **Text:** | **Hi Tom,**<br><br>**Please see this new WA reassignment. TF resolved for $50K. We also paid out $10K in PIP. $60K in damages offsets. PC is alleging the need for a future sx and injections every six months. We may want to to consider an MRR/IME at this point.** |

| | |
|---|---|
| | CSL 300 |
| | Diary set for review and response. |
| Related To: | Entire Claim File |
| Home Office: | No |
| By: | -Macdonald-Conill, Kim (05/05/2021 09:40 AM) |
| Topic: | |
| Text: | UDBI reassignment from BAm to TGrundy |
| Related To: | (5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M. |
| Home Office: | No |
| By: | -Rottler, Alex J. (05/04/2021 10:31 AM) |
| Topic: | Review |
| Text: | Offer of $1K new money rejected. Per PC, client moving forward with surgery. Increasing rsv to $95k |
| Related To: | Entire Claim File |
| Home Office: | Yes |
| By: | -Am, Brittany A. (04/21/2021 04:43 PM) |
| Topic: | Investigation |
| Subject | Auto Status Update |
| Text: | CLAIMS PENDING: |

| | |
|---|---|
| | 5UDBI Chandrasi Gaekwar<br><br>NEW INFORMATION:<br>Received letter from PC - rejected settlement offer of $1,000 new money. PC advised insd knee injury is a direct result of the mvc and knee surgery is inevitable. Insd has reached a plateau in his care and will continue to get injections every six months until surgery. PC asks us to change our position or they will be in contact once Mr. Gaekwar has scheduled a surgery date.<br><br>Medical specials: $20,925.38<br>Insd received $50,000 from TF and $10,000 in PIP payments, offset of $60,000<br><br>O/B call to PC - left vm with Reno - requested callback to discuss insd possible knee surgery and to discuss claim value; advised insd progressed throughout treatment prior to covid, received $50K from TF and $10K in PIP, provided contact information, thanked<br><br>RECOMMENDATIONS:<br>-Monitor for contact from PC<br>-Set 30 day diary |
| Related To: | Entire Claim File |
| Home Office: | No |
| By: | -Am, Brittany A. (03/19/2021 12:28 PM) |
| Topic: | Investigation |
| Subject | Auto Status Update |
| Text: | CLAIMS PENDING:<br>5UDBI Chandrasi Gaekwar<br><br>NEW INFORMATION:<br>Sent demand response 3/4 - no contact from PC to date |

| | |
|---|---|
| | Sent $ccDocLink(85929101)<br><br>RECOMMENDATIONS:<br>-Monitor for contact from PC<br>-Set 30 day diary |
| Related To: | Entire Claim File |
| Home Office: | No |
| By: | -Van Kooten, Thomas (03/05/2021 11:37 AM) |
| Topic: | Demand |
| Subject | Demand Reviewed |
| Text: | The demand has been responded to - $ccDocLink(85641713) / $ccDocLink(85638884). |
| Related To: | (5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M. |
| Home Office: | No |
| By: | -Am, Brittany A. (03/04/2021 06:47 PM) |
| Topic: | Demand |
| Subject | Demand Reviewed |
| Text: | Sent $ccDocLink(85638884) - POA screen updated |
| Related To: | (5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M. |
| Home Office: | No |
| By: | -Am, Brittany A. (03/04/2021 01:58 PM) |

| | |
|---|---|
| **Topic:** | **Investigation** |
| **Text:** | **5UDBI Chandrasi M Gaekwar**<br>**DOB: 9/22/1945, Age: 75, Male**<br><br>**DEMAND**<br>**Medical Specials $20,925.38**<br>**Demand $140,000 new money**<br><br>**LIMITS**<br>**Insd has a $300,000 UD limit**<br><br>**MEDICAL RECORDS**<br>**Evergreen Health**<br>**1/31/2020**<br>**X-ray left knee - no fractures**<br><br>**Overlake Medical Center and Clinics**<br>**Diagnosis: medial left knee pain, primary osteoarthritis of left knee**<br>**History of right knee replacement**<br>**3/26/2020 -2 months after mva, patient is having no physical complaints at this time, gait is strong and good. Patient went on a hike**<br><br>**Innova Physical Therapy**<br>**Initial Evaluation 2/4/2020**<br>**Diagnosis: pain in right shoulder, pain in left knee, unspecified injury of left lower leg, effusion, left knee, strain of muscle at neck level, strain of muscle, lower back**<br>**Impression: moderate to advanced tri-compartmental osteoarthritis, diffuse demineralization**<br>**Exam: left knee radiography**<br>**Findings: diffuse demineralization. No fracture or aggressive osseous lesion**<br>**3/10/2020 - pain resolved, more stiffness**<br>**3/26/2020 - no discomfort, patient is feeling good with progressing his exercises and biking more for exercise without any flares in knee pain**<br>**3/31/2020 - patient is feeling pretty good and tolerated increased resistance in exercises without difficulty or pain.** |

| | |
|---|---|
| | 4/16/2020 - missing PT due to covid, took a step backward in progression<br>5/26/2020 - remaining dysfunction in left knee - whole body is otherwise holding good function<br>7/30/2020 - knee has better ROM, better strength - Discharge date 9/30/2020<br>-Missing SOAP notes<br><br>Proliance Orthopedics & Sports Medicine<br>2/18/2020<br>History of bilateral osteoarthritis - known persistent osteoarthritis that was aggravated by mva. History of synvisc injection<br>3/4/2020 - left knee injection<br>12/24/2020 - left knee injection<br>-Patients arthritis is severe enough that at some point the injections may no longer be effective. Patient wishes to proceed with injections and will return as needed.<br><br>MEDICAL BILLS<br>Overlake Medical Clinic $1,156.28<br>Proliance Orthopedics & Sports Medicine $1,650.00<br>Innova Physical Therapy $15,974.50<br>Radia $117.60<br>Evergreen Hospital $357.00<br>Proliance Orthopedics & Sports Medicine $1,670.00<br><br>TOTAL Medical Specials $20,925.38 |
| **Related To:** | **(5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Glazier, Samuel L. (02/11/2021 02:01 PM)** |
| **Topic:** | **Demand** |
| **Subject** | **Demand Reviewed** |
| **Text:** | **Reviewed for TLD activity.** |

| | |
|---|---|
| | Appropriate diaries set to ensure response. Setting diary to confirm response. |
| **Related To:** | **(5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Van Kooten, Thomas (02/11/2021 11:57 AM)** |
| **Topic:** | **Demand** |
| **Subject** | **Demand Reviewed** |
| **Text:** | **Primary Injury Claimed:**<br>**Left knee osteoarthritis**<br><br>**Policy Limits:**<br>**The insured has a $300,000 UD limit. 5UDBI is the only pending claim.**<br><br>**The insured has received $50,000 from the TF for his BI claim and $10,000 from Amica for his PIP claim. We have waived our rights to recovery for these payments. We are able to count these payments as an offset for damages. As such, any offer will be "New Money" in addition to the $60,000 that the insured has received.**<br><br>**Extension Requested:**<br>**TBD**<br><br>**The demand requests $140,000 in new money. Claimed medical specials total $20,925.38. A response to the demand is requested by 3/8/21.** |
| **Related To:** | **(5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (02/10/2021 06:35 PM)** |

| | |
|---|---|
| **Topic:** | **Investigation** |
| **Subject** | **Auto Status Update** |
| **Text:** | **CLAIMS PENDING:**<br>**5UDBI Chandrasi Gaekwar**<br><br>**NEW INFORMATION:**<br>**Received $ccDocLink(85208174)**<br><br>**RECOMMENDATIONS:**<br>**-Respond to demand**<br>**-Set 30 day diary** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| | |
| **By:** | **-Am, Brittany A. (01/11/2021 02:35 PM)** |
| **Topic:** | **Investigation** |
| **Subject** | **Auto Status Update** |
| **Text:** | **CLAIMS PENDING:**<br>**5UDBI Chandrasi Gaekwar**<br><br>**NEW INFORMATION:**<br>**Settled with AIC - No demand to date**<br>**Sent $ccDocLink(84702185)**<br><br>**RECOMMENDATIONS:**<br>**-Monitor for update/ demand from insd atty**<br>**-Set 30 day diary** |
| **Related To:** | **Entire Claim File** |

| | |
|---|---|
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (12/09/2020 03:24 PM)** |
| **Topic:** | **Investigation** |
| **Subject** | **Auto Status Update** |
| **Text:** | **CLAIMS PENDING:**<br>**5UDBI Chandrasi Gaekwar**<br><br>**NEW INFORMATION:**<br>**O/B call to insd atty David, advised they have settled with nationwide for policy limits but received no payment to date. Advised he is in the process of creating settlement demand for Amica, thanked for update**<br><br>**RECOMMENDATIONS:**<br>**-Monitor for update/settlement demand from insd atty**<br>**-Set 30 day diary** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (12/02/2020 06:15 PM)** |
| **Topic:** | **Subrogation** |
| **Text:** | **PIP subro is being waived.**<br><br>**file assigned to BI for further handling.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |

| | |
|---|---|
| **By:** | **-Am, Brittany A. (12/02/2020 06:02 PM)** |
| **Topic:** | **Subrogation** |
| **Text:** | **Hi Lanesheia,**<br>**Yes we are waiving subro rights** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (12/02/2020 03:38 PM)** |
| **Topic:** | **Subrogation** |
| **Text:** | **Hello Brittany,**<br><br>**Will be be waiving our PIP Subro?** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (11/18/2020 04:04 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **Sent $ccDocLink(83875795)** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |

**By:** -Rottler, Alex J. (11/12/2020 11:42 AM)

**Topic:**

**Text:** ***NEW CONVERSION - MEDS EXCEED $12k***

APPLICABLE LAW:
-WA Policy / WA Loss
-Pure Comparative
-No Tort Threshold
-3 yr SOL(3rd) / 6 yr SOL(1st)

APPLICABLE POLICY:
-$300k UMBIPD
-PIP - $10k

TORTFEASOR:
-Edgar Garcia - Owner/Operator
-$50K Nationwide. Authority granted to waive subro

ACCIDENT:
-1/25/20 - Everett, WA(Snohomish) - Insured made a left turn on Fifth Ave West and was attempting to make a right into a mobile gas station & was rear ended by claimant. Liability doubtful.

05UDBI - CHANDRASI GAEKWAR
-Age 75, Male, Single, Represented

Injuries:
Treatment:
-PCP - 2 days post accident - Neck/back, laceration on top of the head, left knee swollen. Dx: Left thigh contusion, neck muscle strain, and lower back pain.
-Physical therapy
-Left knee pain/underlying osteoarthritis. Xrays showed significant varus deformity of the left knee with valgus pseudo laxity, which impacted his gait. Arthroplasty discussed, but he had been getting along well before the

| | |
|---|---|
| | crash, he elected to save the option of surgery for last.<br>-Synvisc-one injection to knee.<br><br>Medical Specials:<br>-$19,255.38<br><br>RESERVE:<br>-Based on current information, setting $40k rsv |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **Yes** |
| **By:** | **-Rottler, Alex J. (11/12/2020 11:33 AM)** |
| **Topic:** | **Authority Request** |
| **Text:** | **I am in agreement with waiving subro and signing off on the underlying settlement. Thank you** |
| **Related To:** | **(5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Crozier, Todd F. (11/10/2020 04:16 PM)** |
| **Topic:** | **Subrogation** |
| **Text:** | **Alex,**<br><br>**See recent notes in file in support of the current request. Although the adverse Dec Page is heavily redacted, it shows limits ($50k), loss vehicle (2012 Camry), TF operator and policy number. While the policy period is not shown, the policy number when cross referenced against the policy report verifies it was enforce on date of loss or TF would have been cited for no insurance.** |

| | |
|---|---|
| | I agree with request to allow 5 UDBI to settle with adverse carrier, declining the Hamilton buyout option. Do you agree? |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Vito, Benjamin L. (11/10/2020 04:00 PM)** |
| **Topic:** | |
| **Text:** | **BV for TVK:**<br>**Todd,**<br>**Please see below from Brittany, OK to waive 50k subro rights and decline Hamilton?** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (11/09/2020 06:04 PM)** |
| **Topic:** | **Investigation** |
| **Text:** | **$ccDocLink(83695848)**<br>**Based on information on file, I don't think there are any significant assets. I recommend we waive subrogation rights, please advise** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (11/09/2020 03:11 PM)** |

| | |
|---|---|
| **Topic:** | **Investigation** |
| **Subject** | **Auto Status Update** |
| **Text:** | **CLAIMS PENDING:**<br>**5UDBI Chandrasi Gaekwar**<br><br>**NEW INFORMATION:**<br>**Received $ccDocLink(83664541) to AIC for policy limits**<br><br>**Received $ccDocLink(83676581) - split bodily injury limits of $50,000/$100,000**<br><br>**Tortfeasor Eduardo Campos Garcia**<br>**$ccDocLink(83695847) - policy in effect**<br>**$ccDocLink(83695848) - 1 past property deed, no other assets**<br><br>**RECOMMENDATIONS:**<br>**-Respond to Hamilton Buyout**<br>**-Review/ Respond to Demand**<br>**-set 30 day diary** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Blie, Victoria E. (11/05/2020 12:36 PM)** |
| **Topic:** | **Other** |
| **Text:** | **Log noted for UDBI.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |

| | |
|---|---|
| **By:** | **-Van Kooten, Thomas (11/05/2020 12:12 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **$ccDocLink(83675166)** |
| **Related To:** | **(5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Van Kooten, Thomas (11/05/2020 11:53 AM)** |
| **Topic:** | **Review** |
| **Text:** | **$ccDocLink(83664541) has been added to file.**<br><br>**The letter does not contain any supporting documents. Rather, it is a copy of the BI demand letter that has been sent to the TF's insurance carrier.**<br><br>**The letter requests the TF's policy limits of $50,000 (we do not have AIC's dec page at this time).**<br><br>**This letter serves as a Hamilton buy-out request. As such, I have submitted an asset check for the TF so that we may properly respond.** |
| **Related To:** | **(5) Underinsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Van Kooten, Thomas (11/05/2020 11:52 AM)** |
| **Topic:** | **Other** |
| **Text:** | **UM opened in error. I am opening a UD claim.** |
| **Related To:** | **(4) Uninsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |

| | |
|---|---|
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (10/30/2020 01:03 PM)** |
| **Topic:** | **Subrogation** |
| **Text:** | **I called the atty office and I spoke w/ DAvid. he stated that the insrd is still treating they have not sent a demand yet but when they do they will try to negotiate. i thankd call ended.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (09/23/2020 01:38 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **pending subro atty office**<br><br>**diary reset** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (09/09/2020 05:45 PM)** |
| **Topic:** | **Investigation** |
| **Subject** | **Auto First Report** |
| **Text:** | **LIMITS: UD/UMBI single limit of $300,000. PIP coverage $10,000**<br><br>**COVERAGE: TF had active insurance on DOL, atty has requested UMBI claim** |

ACCIDENT: This MVA took place on 410 West Casino Rd and 5th Ave West in Everett, WA. Insd was rear ended when turning right into gas station

POLICE: $ccDocLink(79097405) - favorable to the insd as the clmt was following too closely

WITNESSES: No witnesses

NAMED INSURED/INSURED OPERATOR - NAME: Chandrasi Gaekwar DOB: 9/22/1945, Age: 74, Male

COLLISION: Chandrasi Gaekwar
2015 Toyota Highlander - rear end and driver side quarter panel damage

TORTFEASOR: Edgar Campos Garcia - Coverage with Nationwide
20212 Toyota Camry - total loss, front, p/s bumper damage

LIABILITY: TF carrier has accepted liability as clmt was following too closely and rear ended insd

4UMBI Chandrasi Gaekwar
Claimed Injury: neck and back pain, left knee pain
Claimed Treatment: clinic, physical therapy
Claimed Medical Specials: $11,664.21
Claimed Disability/Lost Wages: Unknown to date
PIP Exhausted $10,000

RECOMMENDATIONS:
-Monitor for contact from insd atty - TF limits exhausted? Injury status?
-Set 60 day diary

| | |
|---|---|
| Related To: | Entire Claim File |
| Home Office: | No |
| By: | -Am, Brittany A. (09/03/2020 01:35 PM) |

| | |
|---|---|
| **Topic:** | **Investigation** |
| **Text:** | **O/B call to atty office 206-728-7799, provided with atty email Brenna Holscher bholscher@balintlaw.com Sent $ccDocLink(82528684) - requesting update, TF limits exhausted?** |
| **Related To:** | **(4) Uninsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (08/27/2020 04:03 PM)** |
| **Topic:** | **Subrogation** |
| **Text:** | **pending subro atty office**<br><br>**diary reset** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (08/06/2020 02:45 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **I/B call from insd atty - advised he is in process of making demand for Nationwide, I explained my involvement of UD coverage once TF limits are exhausted, atty understood, agreed to check in next month, thanked.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Am, Brittany A. (08/04/2020 06:23 PM)** |

| | |
|---|---|
| **Topic:** | **Contact** |
| **Text:** | **O/B call to insd atty 206-728-7799 left vmm - advised TF had coverage at the time of the accident with Nationwide, provided contact information for further questions, thanked.** |
| **Related To:** | **(4) Uninsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Van Kooten, Thomas (08/04/2020 11:23 AM)** |
| **Topic:** | **Review** |
| **Text:** | **Brittany, please see this new WA UMBI assignment. The insured's $10,000 in PIP has been exhausted at this time. The notes on file suggest that Nationwide has accepted liability for this accident. Since the tortfeasor had active insurance on the DOL, this Uninsured motorist BI claim is unnecessary. However, it appears that the insured's attorney has requested that we open up an underinsured motorist BI claim. Please make sure that the insured's attorney is aware of Nationwide's involvement.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Macdonald-Conill, Kim (08/03/2020 03:07 PM)** |
| **Topic:** | |
| **Text:** | **UMBI assigned to BAm** |
| **Related To:** | **(4) Uninsured Motorist Bodily Injury - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |

| | |
|---|---|
| **By:** | **-Macdonald-Conill, Kim (08/03/2020 01:01 PM)** |
| **Topic:** | |
| **Text:** | **Lanesheia - As per your note earlier today, OK for you open UM claim. This will trigger an activity to an assignment queue where an Assignment Coordinator will assign the claim to the appropriate handler. Thks.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |

| | |
|---|---|
| | **necessary."** |
| **Related To:** | **Nationwide Mutual Ins Co.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (05/11/2020 05:55 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **rcvd email from atty office that they would like a updated pip ledger.**<br><br>**I emailed the atty office and I provided the pip ledger that we sent to them on 4/29. I advised them that going forward documents will be emailed so that I am not duplicating my work** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (04/29/2020 06:35 PM)** |
| **Topic:** | **Medical issues** |
| **Subject** | **payment** |
| **Text:** | **payment issued to**<br><br>**Overlake Medical Clinic**<br>**date of service 3/26.......$289.07**<br><br>**Innova Physical Therapy**<br>**date of service 2/27,3/3, 3/5,3/10,3/12, 3/17, 3/19, 3/24, 3/26, 3/31.....$2417.00**<br><br>**Proliance Orthopaedics**<br>**date of service 3/4.....$1,410.00** |

| | |
|---|---|
| | **notification letter sent to the atty office w/ bills/records and payment log** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (04/01/2020 03:04 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **rcvd call from Reno w/ the atty office. he wanted to know if we could provide the pip pay out amount and he stated that a providers office advised the insrd that we denied their billings because they need to bill medicare.**<br><br>**i advised him of the amount paid. i advised that we have not advised any providers that medicare needed to be billed. we are primary so all medical needs to come to us. he stated that he would call the providers office and make sure that they have what the need from us. he also asked me to send them a copy of the repair est. i emailed the est to them. thankd call ended** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (03/31/2020 12:33 PM)** |
| **Topic:** | **Medical issues** |
| **Subject** | **Payment** |
| **Text:** | **Payment issued to**<br><br>**Innova Physical Therapy** |

| | |
|---|---|
| **Related To:** | **Nationwide Mutual Ins Co.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (03/02/2020 06:52 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **rcvd a vm msg from Wanona w/ Proliance, she wanted to get info on pip claim. 425-507-0814**<br><br>**I called Wanona and I advised that we do have pip open. we do not preauthorize treatment. thankd call ended.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/27/2020 06:01 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **notification letter of payment details/bills/records/payment log sent to atty office.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/27/2020 05:39 PM)** |
| **Topic:** | **Medical issues** |
| **Subject** | **Payment** |

| | |
|---|---|
| **Text:** | **Payment issued to**<br><br>**Evergreen Hospital Medical Center**<br>**date of service 1/31/20.....$357.00**<br><br>**Overlake Medical Center Clinics**<br>**date of service 1/27, 1/31, 2/13.....$867.21**<br><br>**Innova Physical Therapy LLC**<br>**date of service 2/4, 2/7, 2/10, 2/12.....$1,565.00** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/27/2020 02:27 PM)** |
| **Topic:** | **Investigation** |
| **Subject** | **ISO** |
| **Text:** | **ISO reviewed**<br><br>**9/2/18 coll/rental/pd claim #60003322313**<br>**4/16/18 coll/rental/pd/bi claim # 60003153491**<br>**10/26/17 coll claim #60002984096**<br><br>**no prior injury losses/no matches** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/26/2020 12:57 PM)** |
| **Topic:** | **Medical issues** |

| | |
|---|---|
| **Text:** | **rcvd email from atty office, they asked if we have statement from the insrd.**<br><br>**written statement came in on 2/20, I emailed the statement to the atty office.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/20/2020 03:31 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **rcvd pip apps/release/medicare forms. completed/signed/dated.**<br><br>**no wage loss indicated** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/18/2020 06:48 PM)** |
| **Topic:** | **Medical issues** |
| **Text:** | **rcvd atty repd letter.**<br><br>**I responded to the letter and I provided the atty w/ the policy/dec pages, photos of the veh, est, bills/records to date, pip apps.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |

| | |
|---|---|
| **By:** | **-User, System (02/18/2020 04:23 PM)** |
| **Topic:** | **Automated Outbound Text** |
| **Text:** | **Amica: Payment(s) have been issued on claim 60003757148. Please log in to www.amica.com/mcc to view details.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/18/2020 04:17 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **Email from Nationwide FH advising that they have accepted liability and asked if we are taking care of IV. Replied advising that we are taking care of damage to IV, I will advance ded. Thanked.**<br><br>**Called insd 425-501-6240. No answer, left message on vm. Advised AC accepted liability so I am sending check for ded reimbursement** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/12/2020 11:56 AM)** |
| **Topic:** | **Contact** |
| **Text:** | **Called Nationwide FH Dalia Rosales 720-889-3249 Claim #143745GK. No answer, left message on vm. Requested cb to discuss liability. Asked if PR received, Emailed PR to rosald1@nationwide.com**<br><br>**Also emailed insd a copy of PR as requested** |

| | |
|---|---|
| **Related To:** | **(1) Collision - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/12/2020 11:25 AM)** |
| **Topic:** | **Investigation** |
| **Text:** | **Police report received. Narrative states: both vehs traveling SB. C was following too close and hit insd's rear bumper.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/07/2020 04:05 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **Email from IA with updated estimate that included the addl comment about how liftgate didn't open during inspection. Emailed insd a copy of the updated estimate** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/06/2020 06:59 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **Vm from insd asking if we received the PR and if we were able to open claim with AC. Insd advised to cb or email.**<br><br>**Emailed insd advising we do not have the PR yet. Advised this can sometimes** |

| | |
|---|---|
| | take weeks to receive. Advised we were able to open a claim with AC, they are now investigating. |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Clark, Helen G. (02/06/2020 01:40 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **I/C from Insd Mr. 425-501-6460 Insd upset with FH. Wanted her supervisor gave him her supervisor name and Ext. Wanted FH physical address. Gave him this info. Insd will be sending us doc for Hunter. Asked insd can we pls get you over to FH, insd said yes, Put him on hold and did a warm transfer** |
| **Related To:** | **(1) Collision - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/06/2020 01:39 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **Email from insd with statement form. Another email from insd asking if we got the PR and question on estimate**<br><br>**Call from insd. Insd is concerned that there is going to be a supplement. Tried to explain to the insd multiple times that no matter what the sup is for, sup needs to go through the IA. Shop needs to discuss with IA any sup. Insd wants the appraiser to add a note to his report that he could not open the trunk lid. Insd is concerned that the addl damage is under the trunk. Advised insd we will take care of anything related to the accident to get IV back to condition it was before the accident. Insd then wants a copy of the report once that is ordered. Thanked.** |

| | |
|---|---|
| | Called IA Max 206-582-9945. Explained insd wants a sentence added to IA report advising that IA was unable to open the trunk lid. IA to add and submit later today. Thanked |
| **Related To:** | (1) Collision - Gaekwar, Chandrasi M. |
| **Home Office:** | No |
| **By:** | -Messenger, Claims (02/05/2020 05:58 PM) |
| **Topic:** | Inbound Web Message |
| **Text:** | From: Chandrasi M. Gaekwar<br><br>Hunter:<br>Would you please call me at 425.501.6240 at your earliest.<br><br>Trust you received my e-mails that I sent to you on February 3 and February 4.<br>Looking forward to talk to you soon.<br><br>Thanks,<br><br>Chandu Gaekwar<br>425.501.6240 |
| **Related To:** | Entire Claim File |
| **Home Office:** | No |
| **By:** | -Knauss, Wendy L. (02/04/2020 12:40 PM) |
| **Topic:** | Contact |
| **Subject** | Nationwide |
| **Text:** | Nationwide 800-421-3535 Claim had been filed |

| | |
|---|---|
| | **Claim #143745GK**<br>**FH: Dalia Rosales**<br>**720-889-3249**<br>**PO Box 182068**<br>**Columbus OH 43218-2068** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-White, Lanesheia N. (02/03/2020 05:15 PM)** |
| **Topic:** | **Medical issues** |
| **Subject** | **1st PIP contact** |
| **Text:** | **I called the insrd Chandrasi and I advised that I will be his main contact for the medical portion of the claim. I confirmed his injuries. I advised that we can cover his medical for 3 yrs and his limit is $10k. I advised that he needs to give the claim # to the dr office and all bills need to come to us. i advised that he will be sent PIP 4 forms that he needs to complete and send back to us. all the forms are required including the medicare forms. if something does not apply to him to please write in NA and if something is unknown to please write in unknown. i advised that we will seek reimbursement from the aic/or the clmt upon completion of his treatment. He thankd. no questions call ended.** |
| **Related To:** | **(3) Personal Injury Protection - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/03/2020 12:52 PM)** |
| **Topic:** | **Contact** |
| **Text:** | **Vm from insd asking why we are sending check with C at fault. Insd asked if** |

| | |
|---|---|
| | PR received.<br><br>Called insd 425-501-6240. Advised we sent insd check as insd filed claim through us, we are taking care of damage to IV. Reviewed sup process. Emailed insd a copy of estimate to share with shop of choice. Advised as well, we are still trying to figure out if C was insured with Nationwide, AC was not able to find a policy when we called. Insd read policy number again, thinks some of the numbers/letters may be wrong as on scene C was waving insurance card around and it was hard to get the number. Advised we ordered PR as well but not sure how long it will take to get that back. Advised we will call Nationwide again and keep insd updated. Advised will let insd know once we are able to open claim with AC. Insd advised he is treating for injuries, opened PIP. Advised PIP handler to get in touch. Thanked. |
| **Related To:** | **(1) Collision - Gaekwar, Chandrasi M.** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (02/03/2020 11:14 AM)** |
| **Topic:** | **Investigation** |
| **Text:** | **IVIPS received, we had C's name wrong. Updated last name and address** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (01/31/2020 04:59 PM)** |
| **Topic:** | **Investigation** |
| **Text:** | **SIU carrier discovery and asset check submitted** |
| **Related To:** | **Entire Claim File** |

| | |
|---|---|
| **Home Office:** | **No** |
| **By:** | **-User, System (01/31/2020 04:54 PM)** |
| **Topic:** | **Automated Outbound Text** |
| **Text:** | **Amica: Payment(s) have been issued on claim 60003757148. Please log in to www.amica.com/mcc to view details.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Knauss, Wendy L. (01/31/2020 12:49 PM)** |
| **Topic:** | **Contact** |
| **Subject** | **Nationwide** |
| **Text:** | **Nationwide 1-800-421-3535 Bryon Policy #WDL29RB0D83B isn't a valid policy #. He tried every which way to find a policy. Was not successful. They need plate or address, phone number etc before they can identify the policy.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (01/31/2020 10:16 AM)** |
| **Topic:** | **Contact** |
| **Text:** | **Vm from insd asking if we received PR**<br><br>**Called insd 425-501-6240. No answer, left message on vm. Reviewed estimate,** |

| | |
|---|---|
| | sending check less ded with a copy of estimate. Advised of sup process. Asked if C has any addl info on C, Nationwide was unable to locate a policy with what we have. Advised we will further investigate and keep insd updated. Thanked.<br><br>ISOs reviewed, no issues, sending check |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Timothy, Hunter O. (01/28/2020 04:28 PM)** |
| **Topic:** | **Insured First Contact** |
| **Text:** | **Called insd 425-501-6240. No answer, left message on vm. Advised I am the fh. Advised IA set up, I will contact insd once I receive the estimate.<br>Left my info** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-Reed, Thelma S. (01/27/2020 02:36 PM)** |
| **Topic:** | **First notice of loss** |
| **Subject** | **FNOL** |
| **Text:** | **COVERAGES: Coll $500// RR 50/1500// PIP $10K<br><br>CONTACT INFORMATION: Verified<br><br>SERVICES: Text Alerts- enrolled//Direct Bill RR//Appraiser Assigned //Amica.com//Offered DRP - declined//Subro Explained<br><br>OTHER: Adv insured that PIP is covered under his policy. Adv claim # and** |

| | |
|---|---|
| | f/h info. Adv the appraiser will contact the insured in 24/48 business hours. Insured was informed that the at fault party is responsible for his medical and I adv that his PIP coverage would apply. Insured is concerned about how PIP impacts his rates. |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |
| **By:** | **-User, System (01/27/2020 02:35 PM)** |
| **Topic:** | **Automated Outbound Text** |
| **Text:** | **Amica: Auto appraiser from Meridian Adjusting and Appraisals, Inc. will contact you soon. Contact: 425-481-3507.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |

| | |
|---|---|
| **By:** | **-User, System (01/27/2020 02:35 PM)** |
| **Topic:** | **Automated Outbound Text** |
| **Text:** | **Amica: Auto claim #60003757148, representative is Hunter Timothy. Contact: 800-882-6422 x59309, HTIMOTHY@AMICA.COM.** |
| **Related To:** | **Entire Claim File** |
| **Home Office:** | **No** |

# EXHIBIT I

Claims Processing - Amica Scan Center
PO Box 9690
Providence, RI 02940-9690

Toll Free: 1-800-88-AMICA
(1-800-882-6422)
Fax: 1-866-759-3298

February 3, 2020

Mr Chandrasi M Gaekwar
PO Box 3453
Kirkland, WA 98083-3453

File Number: 60003757148
Date of Loss: 01/25/2020

Dear Mr. Gaekwar:

I have been assigned to handle your Personal Injury Protection claim.

Under the Personal Injury Protection portion of Your policy, coverage provides for $10,000 in medical expenses, $2,000 funeral expenses, $10,000 in wage/income continuation benefits (subject to a two week grace period and maximum of $200/week thereafter), and $5,000 in Loss of Services (not to exceed $40/day or $200/week). We are required, in accordance with statute WAC 284-30-395, to notify you that we, as insurer, can deny, limit, or terminate benefits if we determine that the services are not: a) reasonable, b) necessary, c) related to the accident in question, or d) incurred within three years from the date of accident. If you need assistance with any questions or complaints you can contact the Office of the Insurance Commissioner at www.insurance.wa.gov or 1-800-562-6900.

Please be advised that in order for us to consider payment of any medical bill we require an itemized bill and the medical records for each date of treatment. These documents are necessary whether we pay a provider, insurance carrier or reimburse a patient.

In addition, any massage therapy or physical therapy must be ordered by a physician and we must have a copy of this order/referral to process payments.

Please supply your medical providers the above PO Box for all their medical billing.

Federal law requires us to determine if an injured party is Medicare eligible. It is necessary for the injured person to read, complete, and return the enclosed Medicare Eligibility Form in order to promptly process the claim.

Please complete the enclosed forms and return them, along with any medical bills you now have as a result of the accident, in the enclosed self addressed envelope.

If we make a payment under the Personal Injury Protection coverage of this policy and the person to or for whom payment was made has a right to recover damages from another, we then assume the right to recover those payments made.

Please call me with any questions.

Sincerely,

*Lanesheia N. White*

Lanesheia N. White
Claims Department
800-882-6422 x59312
LWHITE2@AMICA.COM

# EXHIBIT J

Claims Processing - Amica Scan Center
PO Box 9690
Providence, RI 02940-9690

Toll Free: 1-877-97-AMICA
(1-877-972-6422)
Fax: 1-888-818-2386

March 4, 2021

Balint & Associate, PLLC
5950 Sixth Ave S
Ste 200
Seattle, WA 98108

Our File Number: 60003757148
Our Insured: Chandrasi M. Gaekwar
Your Client(s): Chandrasi Gaekwar
Date of Loss: January 25, 2020

Dear Attorney Balint :

Thank you for providing us with the requested documents pertaining to the underlying bodily injury claim against the tortfeasor’s personal auto policy. This letter will now serve as our formal response to your demand letter dated February 9, 2021 in which you make settlement demand of $140,000, “New Money,” on behalf of your client, Chandrasi Gaekwar, against the Underinsured Motorist Bodily Injury section of his Amica policy.

We acknowledge that Nationwide has decided to pay $50,000. We have independently developed an estimate of the damages and believe that your client has already received full compensation for his injuries. Along with the $50,000 from Nationwide, your client has received $10,000 from Amica through his Personal Injury Protection coverage. As such, Chandrasi Gaekwar has received total compensation of $60,000 for his injuries that resulted from this accident.

Since we acknowledge that there can be room for disagreement as to the amount of damages, we are willing to review and consider any additional information you wish to provide.

With that in mind, we are prepared to make a good faith attempt to resolve this claim. As such, we are waiving our rights to Medical Payment reimbursement. Additionally, we are willing to extend an offer of compromise in the amount of $1,000 “New Money” to your client in an effort to resolve his UIM claim. Please review this offer with your client and provide us with her response at your earliest convenience.

Sincerely,

*Brittany A. Am*

Brittany A. Am
Claims Department
877-972-6422 x21875
BAM@AMICA.COM

# EXHIBIT K

# (3) PIP - Insured's loss - Gaekwar, Chandrasi M.

## Payments

| Check Number | Paid Date | Payee | Service Period Start | Service Period End | Amount | Deductible Applied Amount | Status | Claim # | Coverage Peril | Transaction Type | Injury Payment Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1190997 | 02/27/2020 | Evergreen Hospital Medical Center | 01/31/2020 | 01/31/2020 | $357.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1191076 | 02/27/2020 | Overlake Medical Clinic's L.L.C. | 01/27/2020 | 02/13/2020 | $867.21 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1191270 | 02/27/2020 | Innova Physical Therapy LLC | 02/04/2020 | 02/12/2020 | $1,323.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1191276 | 02/27/2020 | Innova Physical Therapy LLC | 02/18/2020 | 02/18/2020 | $242.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1222713 | 03/31/2020 | Innova Physical Therapy LLC | 02/25/2020 | 02/25/2020 | $245.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1222721 | 03/31/2020 | Proliance Orthopaedics & Sports Medicine | 02/18/2020 | 02/18/2020 | $240.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1243976 | 04/29/2020 | Overlake Medical | 03/26/2020 | 03/26/2020 | $289.07 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |

| Check Number | Paid Date | Payee | Service Period Start | Service Period End | Amount | Deductible Applied Amount | Status | Claim # | Coverage Peril | Transaction Type | Injury Payment Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Clinic's L.L.C. | | | | | | | | | |
| 1243979 | 04/29/2020 | Innova Physical Therapy LLC | 02/27/2020 | 03/31/2020 | $2,417.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1243982 | 04/29/2020 | Proliance Orthopaedics & Sports Medicine | 03/04/2020 | 03/04/2020 | $1,410.00 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |
| 1262664 | 05/29/2020 | Innova Physical Therapy LLC | 02/07/2020 | 05/21/2020 | $2,609.72 | $0.00 | Submitted | 3 | Personal Injury Protection | Loss | Medical |

## Credits

| | |
|---|---|
| Total Loss Paid | $10,000.00 |
| Total Loss Credit | $0.00 |
| Net Paid | $10,000.00 |
| Total Medical | $10,000.00 |

**Claim File Number** **60003757148**

# EXHIBIT L

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br>Plaintiff,<br>v.<br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation;<br>Defendants. | No. 22-2-16255-4 SEA<br>COMPLAINT FOR BREACH OF CONTRACT AND INSURANCE BAD FAITH AND VIOLATIONS OF THE INSURANCE FAIR CONDUCT ACT AND CONSUMER PROTECTION ACT |

Comes now the plaintiff above named by and through his respective attorneys of record, and for cause of action against the defendant, alleges as follows:

I.

That plaintiff, Chandrasi Gaekwar, is a single individual who, at all times material hereto resided in the State of Washington, in King County.

II.

That defendant, AMICA Mutual Insurance Company, is and was at all times material hereto an "insurer" as defined in RCW 46.01.050 doing business as AMICA Mutual Insurance Company and doing business in the State of Washington.



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

III.

That plaintiff purchased a policy of automobile liability insurance from defendant Insurance Company, policy number 90054621TQ, effective May 28, 2019 through May 28, 2020. Said policy included coverage for personal injuries caused by an underinsured driver, which UIM limits are $300,000. That a true copy the declarations page of said policy is attached hereto as Exhibit A and incorporated herein by reference.

IV.

That on or about January 25, 2020 plaintiff was injured when the vehicle he was driving was rear ended by an underinsured driver, Edgar Campos Garcia, as described in the traffic collision report, a true copy of which is attached hereto as Exhibit B.

V.

That underlying tortfeasor, Edgar Campos Garcia, had a liability coverage limit of $50,000.

VI.

That demand was made of the tortfeasor for the aforesaid policy limits by letter dated November 4, 2020 which letter was also directed to the defendant herein and which demand included the following documentation:

| **Doc. No.** | **Document Description** |
|---|---|
| 1 | Police Report |
| 5 | PD Photos Provided by Gaekwar |
| 5.1 | Amica PD Photos for Gaekwar's Vehicle |
| 5.3 | Revised PD Estimate from Amica |
| 6 | Injury Photos of Chandrasi Gaekwar |
| 10 | Letter from Dr. Kriseman to Suspend Gym Membership |
| 14.1 | 7/28/15 - 3/26/20 Overlake Primary Care Clinic Records |



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

| | |
|---|---|
| 14.2 | 1/27/20 - 3/26/20 Overlake Primary Care Clinic Bills |
| 15 | 1/31/20 Radia Bill |
| 16.1 | 2/4/20 – 9/30/20 Innova PT Records |
| 16.2 | 2/4/20 – 9/30/20 Innova PT Bills |
| 17.1 | 6/14/17 - 3/4/20 Proliance Orthopedics Records |
| 17.2 | 2/18/20 - 3/4/20 Proliance Orthopedics Bills |
| 18.1 | 1/31/20 Evergreen Health X-Ray Record |
| 18.2 | 1/31/20 Evergreen Health X-Ray Bill |
| 7 | Proof of Medicare Form |

VII.

That said demand letter included the following language:

"Plaintiff hereby gives Nationwide the opportunity to settle for Mr. Garcia's policy limits of $50,000. This is subject to a *Hamilton* buy out by Amica...."

VIII.

That defendant AMICA Mutual Insurance Company waived its buyout rights referred to in the foregoing paragraph on November 13, 2020.

IX.

On December 1, 2020, the underlying claim was settled for the policy limits of $50,000. On February 9, 2021, plaintiff sent an updated UIM demand to AMICA asking AMICA to evaluate the claim and expressing the potential need for left total replacement knee surgery. On March 4, 2021 the defendant responded with an offer of a $10,000 PIP waiver, as well as $1,000 new money. Plaintiff rejected this offer on March 22, 2021.

X.

On September 27, 2021 a Medical Records Review was conducted by Dr. Sean Kearney, MD at the request of AMICA Mutual Insurance Company.



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

XI.

That plaintiff continued to treat until his surgery of December 15, 2021 where he had a total left knee replacement follow by physical therapy and other post surgery therapies. An updated demand with the following documentation was sent to AMICA on June 30, 2022.

| Doc. No. | Document Description |
|---|---|
| 20.1 | 10/21/21 - 01/25/22 Tri-County Orthopedics Records |
| 20.2 | 10/21/21 - 01/25/22 Tri-County Orthopedics Bills |
| 21.1 | 11/29/21 - 12/15/21 Morristown Memorial Hospital Records |
| 21.2 | 11/29/21 - 12/15/21 Morristown Memorial Hospital Bills |
| 22.1 | 12/01/21 - 3/31/22 Professional PT & Training Records |
| 22.2 | 12/01/21 - 3/31/22 Professional PT & Training Bills |
| 26.1 | 12/15/21 - 12/24/21 Atlantic Rehab Institute Records |
| 26.2 | 12/15/21 - 12/24/21 Atlantic Rehab Institute Bills |
| 28 | Himalaya Hike Photos |
| 27 | CV of Dr. Robert T. Goldman, MD |
| 27.1 | Declaration of Dr. Robert T. Goldman, MD |

XII.

In response to the updated demand letter of June 30, 2022, which included substantial new information, AMICA responded on July 18, 2022, holding firm to their stance of the original offer of $10,000 PIP waiver and $1,000 new money.

XIII

The defendant insurance company was given the reasonable opportunity to investigate the claims of the plaintiff and obtain sufficient information to reasonably know the extent of the damages to the plaintiff.



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

XIV.

The business of insurance, as well as the practice of insurers, agents, and adjusters, are subject to the Consumer Protection Act, RCW 19.86.010, et. seq. and the Washington Insurance Fair Conduct Act, RCW 48.30.010 et. seq.

XV.

The defendant, by and through its agents, employees, and counsel, has violated the Washington Consumer Protection Act, RCW 19.86, et. seq., by its violations of the standards promulgated by the Washington State Insurance Commissioner as contained in WACs 284-30-330 et seq., as described elsewhere herein, thereby entitling the plaintiff to the additional recoveries allowed thereunder, including the trebling of damages and attorneys' fees and actual litigation costs.

XVI.

More than twenty days prior to the commencement of this suit, plaintiff served notice of intent to commence this action on defendant AMICA Mutual Insurance Company and on the Office of the Insurance Commissioner thereby giving AMICA the opportunity to reevaluate the claim without the need for litigation. Plaintiff has thus satisfied any requirements imposed by RCW 48.30.015 (8) (a). A true copy of said notice of intent is attached hereto as Exhibit C and by this reference is incorporated herein.

XVII.

Defendant further violated RCW 48.30.015 et.seq., and the Washington Administrative Code sections promulgated pursuant thereto by including, but not limited to: failing to adopt and implement reasonable standards for the prompt investigation of claims



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

arising out of claims made by its insureds in violation of WAC 284-30-330(3).

XVIII.

Defendant further violated RCW WAC 284-30-370 by, among other things, failing to complete an investigation of plaintiff's claim within thirty days after notification of that claim, which notification occurred no later than the June 30, 2022 demand letter referenced above.

XIX.

Defendant AMICA further violated RCW 48.30.015 et. seq., and the Washington Administrative Code sections promulgated pursuant thereto by, among other things, not attempting in good faith to effectuate prompt, fair, and equitable settlement of plaintiff's claim in which the liability of the underlying tortfeasor had not only become reasonably clear, but was uncontested in violation of WAC 284-30-330 (6).

XX.

Defendant further violated RCW 48.30.015 et.seq., and the Washington Administrative Code sections promulgated pursuant thereto by, among other things, compelling plaintiff to institute litigation (whether by binding arbitration or suit in Superior Court as authorized by RCW 48.30.015 (1)) to recover amounts due under his insurance policy UIM coverage by offering substantially less than the amounts that will ultimately be recovered in violation of WAC 284-30-330 (7).

XXI.

Defendant further violated RCW 48.30.015, et.seq. and the Washington Administrative Code sections promulgated pursuant thereto by, among other things, failing,



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

despite repeated demand to provide a cogent basis and explanation for the aforesaid offer in violation of WAC 284-30-330 (13).

XXII.

Defendant further violated RCW 48.30.015 by, among other things, continuing to fail to adjust the initial offer after receiving substantial new information regarding the plaintiff's surgery on December 15, 2021, information which was provided in the updated demand of June 30, 2022.

XXIII.

Defendant is further in bad faith by, among other things:

- Failing to offer any explanation to justify rejecting the opinions of treating medical practitioners.
- Selecting a records reviewer medical practitioner who may prove to be biased;
- Failing consider all documentation made available to defendant and failing to provide said records reviewer with information available to defendant;
- Failing to give equal consideration to plaintiff's interests and its own interests;
- Making low-ball offers not based on reasonable evaluations and by cherry picking information in a bad faith attempt to support said low-ball offers.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment against the defendant for such sums as will fairly compensate him for his harms and losses sustained, pain and suffering, and all other damages allowable under the laws of the State of Washington, in such sums as are



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

justified and warranted by the evidence in this case and as are determined by the trier of fact, which amount should be trebled in accordance with the Washington Consumer Protection Act and the Washington Insurance Fair Conduct Act, after an offset of $10,000 previously paid by defendant under its PIP coverage and after offset paid by the underlying settling tortfeasor, together with actual and statutory litigation costs, including expert witness fees, including reasonable attorney's fees in amounts to be proved at trial, and for such other and further relief as the court deems just and proper.

Dated this 4th day of October, 2022.

BALINT & ASSOCIATES, PLLC

By____________________
David J. Balint (WSBA # 5881)
Of Attorneys for Plaintiff



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

**CERTIFICATE OF SERVICE**

I hereby declare under the penalty of perjury under the laws of the State of Washington that I have served a true and correct copy of the foregoing, except where noted, upon the individual(s) listed by the following means:

AMICA Mutual Insurance Company
C/O Office of the Insurance Commissioner
Service of Legal Process
PO Box 40255
Olympia, WA 98504

[X] U.S. Postal Service (First Class)
[ ] Facsimile to ________________
[ ] Hand Delivery _______________
[ ] Via Legal Messenger for Service by ABC Legal
[ ] E-Service

DATED: 10-6-22

By: [signature]
Name: Reno Ettienne
Title: Paralegal



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE SOUTH, #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

# EXHIBIT M

505 S. 336TH STREET
SUITE 150
FEDERAL WAY, WA 98003
(253) 765-2980

AMICA MUTUAL
PO BOX 9690
PROVIDENCE, RI 02940

Fax: (866) 934-5967

| | |
|---|---|
| Injury Date: | 01/25/2020 |
| Birth Date: | [redacted]1945 |
| Jurisdiction: | WA |
| Appointment Date: | 06/08/2021 |
| Location: | 505 S. 336TH STREET SUITE 150, FEDERAL WAY ,WA 98003 |

Dear TOM GRUNDY:

Enclosed is a record review report regarding CHANDRASI GAEKWAR (claim # 60003757148) by SEAN KEARNEY, M.D.,Orthopaedic Surgery.

Thank you for the opportunity to be of service. If you have any questions or concerns regarding this report, or if we can be of any further assistance, please do not hesitate to contact us at the above number. We look forward to the opportunity of serving you again in the future.

Sincerely,

BOBBIE LOPARDI
MES Solutions

Enc.
File # 21721008864

This communication, along with any documents, files or attachments is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing, or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or, the sender's employer, or the employer's parent company, affiliates or subsidiaries.

MES SOLUTIONS SINCE 1978

**Sean Kearney, M.D.**
**Orthopaedic Surgeon**

**Date:** June 8, 2021

| | | | |
|---|---|---|---|
| **Claimant:** | Chandrasi Gaekwar | **Client:** | Amica Mutual |
| **Date of Incident:** | January 25, 2020 | **Referred by:** | Tom Grundy |
| **MES File #:** | 21721008864 | **Claim #:** | 60003757148 |
| **Date of Birth:** | [redacted] 1945 | | |

At your request, I reviewed the submitted records regarding Chandrasi Gaekwar. I did not examine Mr. Gaekwar.

This is a record review only. The claimant is not available for interview or physical examination. All opinion and conclusions are based solely on review of the available medical records.

**<u>History of Present Injury</u>**

At the time of the motor vehicle accident on January 25, 2020, the claimant was a 75-year-old male. According to the medical records, he was rear-ended while going 5 miles per hour and struck his left knee and scalp on the dashboard. *[Examiner's Note: There are no further descriptions of the motor vehicle accident in the medical records.]*

The claimant presented six days after the motor vehicle accident for evaluation on January 31, 2020. At that time, he noted ongoing right shoulder pain, cervical pain, lumbar pain, and left knee pain since the motor vehicle accident of January 25, 2020. He was noted to have a previous history of a right knee replacement. Diagnoses included left knee pain, left knee injury, left knee effusion, neck strain, and lumbar strain. He was referred to physical therapy and advised to use ongoing anti-inflammatories and activity modification. The claimant underwent left knee x-rays on January 31, 2020, which showed moderate-to-severe tricompartmental osteoarthritis, particularly noted in the medial compartment.

The claimant then followed up for reevaluation on March 26, 2020. At that office visit, he was noted to be better after attending physical therapy. He was also noted to have undergone an injection with Synvisc to the left knee by Dr. Mandt on March 24, 2020, which had helped as well. *[Examiner's Note: The note by Dr. Mandt is not available in the medical records.]* He was advised to continue physical therapy and continue to observe the benefits of the injection.

The claimant completed 28 sessions of physical therapy from February 19, 2020, through May 21, 2020. By May 21, 2020, the right shoulder strain, cervical strain, and lumbar strain had resolved. The claimant continued with ongoing left knee pain with notable severe tricompartmental osteoarthritic changes. Further physical therapy was performed from May 25, 2020, through September 30, 2020, for a total of an additional 33 visits of physical therapy for the left knee. On May 30, 2020, the claimant was discharged to a home exercise program as he had completed over 60 visits of physical therapy.

Reevaluation on December 24, 2020, noted some ongoing left medial knee pain. Repeat x-rays at this visit showed continued left knee tricompartmental osteoarthritis with varus malalignment. Given his previous benefit from Synvisc in the past, a repeat Synvisc injection was recommended. *[Examiner's Note: It is unclear if the claimant received a repeat Synvisc injection to the left knee.]* There is also a discussion of possible left total knee arthroplasty if he continued with symptoms despite nonoperative management.

**Review of Records**

There are a series of photographs for review.

Photograph #1 dated March 10, 2020. This depicts a taillight fixture which appears to be the right rear taillight of an unidentifiable vehicle. No apparent damage.

Photograph #2, March 10, 2020, showing the right rear taillight of a vehicle with the trunk open. There is no damage to the taillight; however, there appears to be some damage to the trim about the right rear quarter panel.

Photograph #3, March 10, 2020, showing what appears to be the left rear taillight of an unidentifiable vehicle with the trunk open. The taillight is intact; however, there is either removal or some damage to the left rear bumper assembly.

Photograph #4, a removed portion of a bumper assembly of a Ford vehicle with a Washington license plate that is not fully visible. Date is March 10, 2020. There is some cracking and damage to the bumper cover assembly.

Photograph #5 is an unidentifiable close-up of a part of a vehicle. There are some scratches with some markups noted. Date is March 10, 2020.

Photograph #6, the rear of an unidentifiable vehicle with the trunk open. The rear bumper cover has been removed completely exposing the bumper cushion and the trailer hitch assembly. The taillights have also been removed. There does not appear to be any gross damage. Date is March 10, 2020.

Photograph #7 of the left rear taillight assembly of an unidentifiable vehicle with the trunk open. Date is March 10, 2020. There is some debris within the gutter, but no identifiable damage.

Photograph #8 of the rear of an unidentifiable vehicle with the bumper cover assembly and taillights removed. The trunk is open. The bumper cushion and the trailer hitch are identified and appear intact. There appears to be no gross damage. Date is March 10, 2020.

Photograph #9 identifying the close-up of an unidentifiable portion of a vehicle. Date is March 10, 2020. There is a metal flange that is dented. This is unidentifiable.

Photograph #10 of an unidentifiable close-up of a portion of a vehicle with a date of March 10, 2020. There is some scratching and scuffing of this. This appears to be a part of the bumper cover assembly.

Photograph #11 of the close-up of a front of a vehicle. The radiator cooling screen is identified in this photograph with a date of March 10, 2020. There is a dent in a structural bar traversing the radiator cooling assembly.

Photograph #12 of a close-up of an unidentifiable portion of a vehicle. There are some markups, but no significant damage noted. This is dated March 10, 2020.

Photograph #13 identifying the close-up of an unidentifiable portion of a vehicle. Again there are some markups with the date of March 10, 2020. No significant damage is noted.

Photograph #14 of the close-up of an unidentifiable portion of a vehicle. This is a structural bar that traverses what appears to be a radiator cooling assembly. There is a markup with a dent noted. Date is March 10, 2020.

Photograph #15 of an unidentifiable part of a vehicle dated March 10, 2020. There are markups on this part of the vehicle with no apparent damage.

Photograph #16 of a close-up of a structural bar overlying a radiator assembly. There is a dent noted. Date is March 10, 2020.

Photograph #17 of a close-up of an unidentifiable portion of a vehicle with some markups dated March 10, 2020. No apparent damage.

X-ray report of a left knee dated January 31, 2020. Findings include diffuse demineralization. No fractures. Moderate joint effusion. Moderate-to-advanced tricompartmental osteoarthritis most advanced in the medial compartment. This report notes that included in the contralateral knee (the right knee) there is a revision total knee arthroplasty with intact femoral and tibial components which are incompletely imaged. Overall impression is:

1. Moderate-to-advanced tricompartmental osteoarthritis.
2. Diffuse demineralization.

This is read by Erin Moran, M.D.

Office visit with Sadia Habib, M.D., on January 31, 2020. Chief complaint is back, shoulder, and knee pain. The claimant presents for evaluation after a motor vehicle accident seven days prior to presentation, on January 25, 2020. The claimant was rear-ended going about 5 miles per hour. He notes a small laceration on his forehead. He also has back pain, shoulder pain, and left knee pain since the motor vehicle accident. He was seen at this office four days prior to this

visit. Supportive measures were recommended. He was prescribed muscle relaxants and Voltaren. He has been using an ACE bandage on the left knee. Swelling has improved a little. He notes pain about the medial left knee when walking. Physical exam shows pain with left knee flexion and localized tenderness over the left medial joint line of the knee. Positive knee effusion. Normal right knee. Nontender lumbar region and neck. Full range of motion of the neck. Straight leg raise is normal bilaterally. Assessment:

1. Left medial knee pain.
2. Left knee injury.
3. Left knee effusion.
4. Neck strain.
5. Lumbar strain.

Plan is for imaging of the left knee as well as referral to physical therapy for the left knee, neck, and back pain. Continue to wear the knee brace as needed. He is prescribed methocarbamol.

Office visit with James Kriseman, D.O., on March 26, 2020. The claimant follows up after a motor vehicle accident. He is now two months after the motor vehicle accident. He has had an injection performed to the left knee and is doing much better. He continues with physical therapy. The physical therapy is helping to improve his strength and stability of the knee. He has a history of a previous right knee replacement. There are no physical complaints at this visit. His gait is strong and good. Physical exam shows normal cervical range of motion. There is a pacemaker noted in the left subclavicular region. There is evidence of degenerative joint disease seen in both knees, on the right more so than the left. Evidence of a previous right knee surgery is noted. Good strength of the quadriceps and hamstrings bilaterally. No effusion of the left knee. Assessment is:

1. Motor vehicle accident sequela.
2. Left medial knee pain.
3. Left knee primary osteoarthritis with exacerbation status post motor vehicle accident.
4. Moderate persistent asthma without complication.

There is discussion of general health maintenance. No specific orders were placed at this encounter. Plan is for follow-up in about six months for annual physical examination. Continue physical therapy for the knee. Strength appears to be quite good. Continue to follow-up with physical therapy and orthopaedic surgeon. The claimant also is noted to have underlying asthma and preventative recommendations are discussed.

Office visit on December 24, 2020, with Trevor Pearson Scott, M.D. This is for left knee pain. The claimant presents with several month history of left knee pain. The claimant was involved in a motor vehicle accident on January 25, 2020, where he describes striking his knee on the dashboard. He has had left knee pain since. He previously has seen Dr. Mandt and had a Synvisc injection with good relief on March 4, 2020. He has also been doing physical therapy, which helps. He has had a previous right total knee arthroplasty in 2018 in New Jersey and is satisfied with the outcome. He is very active and enjoys cycling. He notes pain throughout the left knee, which is worse with twisting and pivoting activities. He is able to walk several blocks. No use of assistive devices. Exam of the left knee shows swelling and effusion. There is tenderness over the medial and lateral joint lines. Stable ligamentous exam. Range of motion is

0 to 120 degrees. Mild patellofemoral crepitus. X-rays of the left knee are reviewed from February 18, 2020, and a new standing lower extremity series was ordered at this office visit. These show severe tricompartmental osteoarthritis with marked varus alignment of the left knee. There is "bone-on-bone osteoarthritis" of the medial compartment of the left knee. There is well-aligned total knee arthroplasty on the right knee. Impression is left knee osteoarthritis. The claimant is not ready for operative treatment. There has been good relief from a Synvisc injection previously and he would like to try that again. There is a discussion that his arthritis is severe enough that at some point he may want to proceed with total knee arthroplasty.

There are series of physical therapy notes at Innova Physical Therapy spanning February 4, 2020, through September 30, 2020.

The initial examination on February 4, 2020, indicates diagnoses of:
1. Pain in the right shoulder.
2. Pain in the left knee.
3. Unspecified injury of the left lower leg.
4. Effusion of the left knee.
5. Strain of the neck.
6. Strain of the low back.

The note indicates that the claimant was involved in a motor vehicle accident on January 25, 2020. He was rear-ended at a slow speed and reported that he hit his left knee and scalp on the dashboard. There is a history of a previous right total knee arthroplasty. The claimant presents with left knee pain, low back pain, cervicalgia, and right shoulder pain. The left knee pain is worsened by walking. The low back pain is worsened by prolonged sitting and lifting. The cervical and shoulder pain is exacerbated by range of motion, especially extension. Physical exam shows some decreased cervical and lumbar range of motion. Knee range of motion shows normal extension bilaterally with flexion to 90 degrees in the left and normal on the right. There is pain at the end range of right shoulder flexion. Plan is for physical therapy formal treatment one to two times per week for eight weeks. This is signed by Kevin Bonilla, P.T.

The claimant completes 28 visits of physical therapy through May 21, 2020. At the reevaluation on May 21, 2020, the claimant is walking and doing home exercise program. He has started to get medial knee pain again after the walk and took the day off. He talked to his physician and was advised to continue physical therapy. Assessment is remaining dysfunction in the left knee. Whole body is otherwise holding good function. Plan is for continued physical therapy and a home exercise program for knee strengthening. This is signed by Bret Swigard, physical therapist.

The claimant undergoes an additional 33 physical therapy visits through September 30, 2020. At this visit, the claimant continues with left knee pain and is now using orthotics. He is doing a home exercise program. He thinks the physical therapy is helping. The physical therapist notes that "we have opted to discharge the patient as he has been in physical therapy for quite some time and can do the home exercise program at home." His left knee has good range of motion,

no effusion, better tolerance to loading, but it remains varus deformed secondary to degenerative joint disease. Plan is for discharge from physical therapy.

## Conclusions

### Diagnoses

1. Left knee strain/contusion, related to the motor vehicle accident of January 25, 2020, resolved by May 21, 2020.
2. Cervical strain, related to the motor vehicle accident of January 25, 2020, resolved by May 21, 2020.
3. Right shoulder strain, related to the January 25, 2020, motor vehicle accident, resolved by May 21, 2020.
4. Lumbar strain, related to the January 25, 2020, motor vehicle accident, resolved by May 21, 2020.
5. Scalp laceration, related to the January 25, 2020, motor vehicle accident, resolved shortly after the motor vehicle accident.
6. Left knee moderate-to-severe tricompartmental osteoarthritis with noted varus malalignment, pre-existing and neither caused by nor permanently aggravated by the motor vehicle accident of January 25, 2020.

## Response to Questions Posed

**1. Is the diagnosis properly stated and supported by objective and subjective findings?**

The diagnoses as stated above in the *Diagnoses* section are properly stated and supported by objective and subjective findings in the medical records.

**2. Does medical documentation support a causal relationship between the accident and/or injury and the diagnoses assigned to the claimant? Please explain.**

It is the examiner's opinion that the medical records support documentation of causal relationship between the motor vehicle accident of January 25, 2020, and the following diagnoses:

1. Left knee strain/contusion.
2. Cervical strain.
3. Right shoulder strain.
4. Lumbar strain.
5. Scalp laceration.

The medical records document strains to these regions immediately after the motor vehicle accident of January 25, 2020.

**3. Are the claimant's current complaints related to the original injury? List objective findings to support your opinion.**

This is a records review only and the claimant's current symptoms are unknown. It is the examiner's opinion that the diagnoses specifically related to the motor vehicle accident of January 25, 2020, have resolved. These would include diagnoses of left knee strain/ contusion, cervical strain, right shoulder strain, lumbar strain, and scalp laceration. Physical therapy notes dated May 21, 2020, support resolution of these diagnoses. It is the examiner's opinion that any ongoing symptoms would be related to the pre-existing left knee moderate-to-severe tricompartmental osteoarthritis.

**4. Explain the history of prior injuries and/or pre-existing conditions, if applicable. Were these aggravated and/or do they impact the current injury? If so, explain.**

It is the examiner's opinion that the claimant had pre-existing moderate-to-severe left knee tricompartmental osteoarthritis with associated varus malalignment prior to the motor vehicle accident of January 25, 2020. This diagnosis was neither caused by nor permanently aggravated by the motor vehicle accident. The natural history of this condition is that symptoms will arise and will continue to worsen over time. It is the examiner's opinion that these symptoms would have arisen regardless of the motor vehicle accident of January 25, 2020.

**5. Is the claimant continuing to experience symptoms that are a result of the injury?**

This is a records review only and the claimant's current symptoms are unknown. If the claimant were to be experiencing any current symptoms, it is the examiner's opinion that these symptoms are not related to the injury of January 25, 2020, but rather to the pre-existing left knee tricompartmental osteoarthritis.

**6. Was past treatment appropriate and related? Explain and cite source documentation for your rationale.**

It is the examiner's opinion that treatment for the claimant's condition to include the left knee strain/contusion, cervical strain, right shoulder strain, lumbar strain, and scalp laceration would be considered appropriate and related from the time of the injury of January 25, 2020, through the claimant completing 28 visits of physical therapy on May 21, 2020. Specifically, the four months that the claimant underwent treatment for the above-mentioned conditions would be considered an appropriate amount of time for physical therapy modalities to allow for resolution of the conditions caused by the motor vehicle accident. Any treatment beyond May 21, 2020, would be considered unrelated to the motor vehicle accident of January 25, 2020. It would be considered related to the pre-existing left knee tricompartmental osteoarthritis.

**7. Is current treatment appropriate and still related to the original injury? Please explain.**

It is the examiner's opinion that any ongoing treatment would be considered unrelated to the original accident of January 25, 2020. The four months of treatment from the time of the injury through May 21, 2020, for the above-related diagnoses would be considered adequate for resolution of these diagnoses.

**8. What further medical care would be reasonable, medically necessary, and related to the original injury? If further care is indicated, outline a treatment plan and indicate a date after which further care would be considered unnecessary. If not, note a specific date after which documentation no longer supports reasonable and necessary care. Cite source documentation for your rationale.**

It is the examiner's opinion that no further medical care would be considered reasonable, medically necessary, and related to the injury of January 25, 2020. It is the examiner's opinion that any treatment rendered after May 21, 2020, would be considered unsupported and no longer reasonable and necessary as related to the motor vehicle accident.

**9. What further durable medical equipment and/or diagnostic testing would be considered medically necessary for this claimant? Please explain.**

No further durable medical equipment and/or diagnostic testing would be considered medically necessary.

**10. What is the natural history of the injury or injuries sustained by the claimant? Please explain.**

The natural history of the related conditions of left knee strain/contusion, cervical strain, right shoulder strain, lumbar strain, and scalp laceration are that they would resolve with four months of nonsurgical treatment as the claimant underwent, to include physical therapy, activity modification, anti-inflammatories, and rest. The natural history of the unrelated tricompartmental osteoarthritis of the left knee would be that this condition would continue to worsen over time, especially given the moderate-to-severe changes noted on imaging.

**11. Is continued use of medications reasonable and necessary and still related to the original injury? Please explain your rationale.**

The continued use of medications would be considered unreasonable, unnecessary, and unrelated to the original injury of January 25, 2020. Medication use for up to four months after the motor vehicle accident to include anti-inflammatories and acetaminophen would be considered reasonable and related to the motor vehicle accident

of January 25, 2020. Any use of medications after May 21, 2020, would be considered unreasonable and unrelated to the claim.

**12. What medications to date have been reasonable and necessary and related to the original injury? Please explain your rationale.**

It is the examiner's opinion that the initial medications used by the claimant to include the Voltaren, methocarbamol, Flexeril, and any other nonsteroidal anti-inflammatory prescribed would be considered reasonable and necessary and related to the original injury of January 25, 2020. These are typical medications prescribed for the diagnoses related to the claim.

**13. Based on the medical documentation provided, is the claimant a surgical candidate? Explain your answer and cite source documentation for your rationale. If surgery is required, please state the name of the proposed procedure and expected outcomes, with your treatment and recovery plan.**

Specifically in relation to the claim of January 25, 2020, all related conditions have resolved in the examiner's opinion. It should be noted that the claimant does have moderate-to-severe left knee tricompartmental osteoarthritis with associated varus malalignment which can result in elective total knee arthroplasty if symptoms continue to cause significant dysfunction. It is the examiner's opinion that this condition was pre-existing and neither caused by nor permanently aggravated by the motor vehicle accident and therefore any surgery proposed for this condition would be considered unrelated to the motor vehicle accident of January 25, 2020. If the claimant were to proceed with left total knee arthroplasty, this would be considered outside of the claim. Expected outcomes are good with this procedure and recovery from this surgery typically takes four to six months of formal postoperative physical therapy. Again, this would be considered unrelated to the claim.

**14. Does the claimant's current condition prevent him/her from returning to work? If so, what date would you anticipate that the claimant could return to work? On a temporary basis? On a permanent basis?**

No, the claimant can return to work with no restrictions.

**15. Is the claimant restricted from work? If so, what are the specific restrictions? Are they temporary or permanent? If they are temporary, please state how long the restrictions will be necessary.**

No, the conditions as related to the claim of January 25, 2020, have resolved and the claimant would not be restricted from work.

**16. Has the claimant reached pre-accident status?**

It is the examiner's opinion that all of the conditions related to the claim of January 25, 2020, have resolved and the claimant has reached pre-accident status.

Thank you for the opportunity to assist you in the evaluation of this case. If you have any questions or concerns, please feel free to contact MES.

Sincerely,

Sean Kearney, M.D.
Orthopaedic Surgeon

Dictated, reviewed, and opinion verified.

SK:ANL/rng/bl

# LTC Sean P. Kearney, MD, MPH

**CONTACT INFORMATION**

1035 Seagull Drive, Vass, NC 28394
Cell Phone (253) 651-2043
Work Email: sean.p kearney8 mil@mail mil
Personal Email: spkearney1@gmail.com

**EDUCATION**

**Pediatric Orthopaedic Surgery Fellowship**
Children's Hospital of Philadelphia, University of Pennsylvania, Philadelphia, PA
August 2012-January 2013

**Orthopaedic Surgery Residency**
PGY 1: Madigan Army Medical Center, Tacoma, WA, June 2006-June 2007
PGY 2-5: Madigan Army Medical Center, Tacoma, WA, July 2007-June 2011

**MD, MPH**, University of Connecticut School of Medicine, Farmington, CT
August 2001-May 2006
**MPH Thesis:** "Perceptions of emergency preparedness: A focus group study of suburban Atlanta homeowners."

BS, Furman University, Greenville, SC, March 1998-June 2000
Major: Biology, ***summa cum laude***

Clarkson University, Potsdam, NY, August 1996-December 1997

**CURRENT POSITION**

**Staff Orthopaedic Surgeon**
Womack Army Medical Center, Fort Bragg, NC
November 2018 - present
Duties: General orthopaedic surgical care; teaching residents, PA students, and USU students

**PROFESSIONAL EXPERIENCE**

**Chief Orthopaedic Surgeon (Combat Deployment)**
HKIA Role 2E Trauma Hospital, Kabul, Afghanistan
June 2018-November 2018

**Chief, Orthopaedic Surgery**
Womack Army Medical Center, Fort Bragg, NC
October 2015 – October 2017

**Staff Orthopaedic Surgeon**
Womack Medical Center, Fort Bragg, NC
February 2013-September 2015

**Chief US Orthopaedic Surgeon (Combat Deployment)**
Bastion Role 3 Trauma Hospital, Camp Bastion, Afghanistan
April 2014-October 2014

**Fellow, Pediatric Orthopaedic Surgery**
Children's Hospital of Philadelphia**,** Philadelphia, PA
August 2012-January 2013

**Chief of Orthopaedic Surgery; Chief of Surgery**
Munson Army Health Center, Fort Leavenworth, KS
July 2011-July 2012

**ACADEMIC APPOINTMENTS**

**Assistant Professor of Surgery**
Department of Surgery
Uniformed Services University of the Health Sciences
Bethesda, MD
October 2017 – present

| | |
|---|---|
| **RESEARCH FELLOWSHIP** | **CDC Experience Fellow**<br>Centers for Disease Control and Prevention, Atlanta, GA<br>National Center for Injury Prevention and Control<br>Division of Unintentional Injury Prevention<br>September 2004-June 2005 |
| **MILITARY SERVICE** | Lieutenant Colonel, Medical Corps, United States Army<br>June 2018-present<br>**Combat Deployment: Kabul, Afghanistan June-November 2018**<br><br>Major, Medical Corps, United States Army<br>June 2011-June 2018<br>**Combat Deployment: Camp Bastion, Afghanistan April-October 2014**<br><br>Captain, Medical Corps, United States Army<br>June 2006-June 2011<br><br>Second Lieutenant, Medical Service Corps, United States Army Reserve<br>June 2000-May 2006<br><br>Cadet, Reserve Officers Training Corps (ROTC), United States Army Reserve<br>September 1996-June 2000 |
| **ORTHOPAEDIC COURSES** | AO Basic Principles of Fracture Management, Mar 2007<br>Orthotics and Prosthetics Course, Oct 2007<br>Enneking Seminar in Musculoskeletal Pathology, Oct 2009<br>AO Spine Principles and Treatment of Spinal Disorders, Jan 2010<br>AO Advanced Principles of Fracture Management, Jun 2010<br>Surgical Approaches for Internal Fixation, Aug 2010<br>AANA Masters Experience in Shoulder Arthroscopy, Oct 2010<br>International Pediatric Orthopaedic Symposium, Dec 2008-2012<br>Combat Extremity Surgery Course, Dec 2010<br>Advanced Surgical Skills for Exposure in Trauma Course (ASSET), Oct 2013<br>Advanced Trauma Operative Management Course (ATOM), Oct 2013<br>Emergency War Surgery Course, Oct 2013<br>Stryker Advanced Hip Arthroscopy Course, Oct 2016<br>Musculoskeletal Ultrasound Imaging Workshop, Dec 2016 |
| **CERTIFICATION/ LICENSURE** | **Diplomate, American Board of Orthopaedic Surgery**<br>**Medical Licenses**: Nebraska, North Carolina, Washington<br>**Advanced Trauma Life Support**, May 2018 |
| **PROFESSIONAL MEMBERSHIPS** | American Academy of Orthopaedic Surgeons<br>Arthroscopy Association of North America<br>Society of Military Orthopaedic Surgeons |
| **HONORS/AWARDS** | |
| **Scholastic** | -**Phi Beta Kappa**, Furman University, May 2000<br>-**First Team Academic All-American**, Clarkson University Ski Team, 1997<br>-**Eagle Scout**, Boy Scouts of America, 1996 |
| **Military** | -**2 Army Commendation Medals**<br>-**5 Army Achievement Medals**<br>-Graduate, Captain's Career Course, Ft. Sam Houston, TX, December 2013<br>-**Distinguished Honor Graduate**, Officer Basic Course, Ft. Sam Houston, TX, July 2002<br>-**Distinguished Military Graduate**, Furman University, May 2000<br>-**Cadet Battalion Commander**, Furman University ROTC, 1999-2000<br>-**Superior Cadet Award**, Furman University ROTC, 1998, 2000<br>-**United States Airborne Course**, June 1998 |

**PUBLICATIONS**

1. Bankamp B, **Kearney SP**, Liu X, Bellini WJ, and Rota PA. Activity of polymerase proteins of vaccine and wild-type measles virus strains in a minigenome replication assay. *Journal of Virology*, vol 76 (14), 7073-81, 2002.

2. Diekman ST, **Kearney SP**, O'Neil ME, and Mack KA. Qualitative study of homeowners' emergency preparedness: Experiences, perceptions, and practices. *Prehospital and Disaster Medicine*, vol 22 (6), 494-501, 2007.

3. **Kearney SP**, Bluman EM, Lonergan KT, Arrington ED, Ficke JR. Preparedness of orthopaedic surgeons for modern battlefield surgery. *Military Medicine*, vol 177(9), 1058-64, 2012.

4. Dormans JP, **Kearney SP**. Expert's comment concerning Grand Rounds case entitled "Solid variant of aneurysmal bone cyst on the cervical spine of a child: case report, differential diagnosis, and treatment rationale", *European Spine Journal*, vol 22, 532, 2013.

5. **Kearney SP**, Dormans JP. Orthopedic diseases: Non-sports-related pathologies in young athletes. In: Guzzanti V (ed) *Pediatric and Adolescent Sports Traumatology*. Springer-Verlag Italia 2014, pp 237-245.

6. **Kearney SP**, Mosca VS. Selective hemiepiphyseodesis for patellar instability with associated genu valgum. *Journal of Orthopedics*, vol 12, 17-22, 2015.

**PRESENTATIONS**

1. **Kearney SP**. Emergency preparedness among metro Atlanta homeowners. National Injury Prevention and Control Conference, Denver, CO, May 9, 2005

2. **Kearney SP**, Bluman EM, Lonergan KT, Arrington ED, Ficke JR. Preparedness of orthopaedic surgeons for modern battlefield surgery.
-- North Pacific Orthopaedic Society, Sun River, OR, Oct 1-3, 2009
-- Society of Military Orthopaedic Surgeons, Honolulu, HI, Dec 15-19, 2009
-- American Academy of Orthopaedic Surgeons, New Orleans, LA, Mar 9-13, 2010

3. **Kearney SP**, Benfanti PL. Parental attendance during pediatric reductions.
-- Western Orthopaedic Association, Maui, HI, Jul 23-26, 2008
-- International Pediatric Orthopaedic Symposium, Orlando, FL, Dec 3-7, 2008
-- Society of Military Orthopaedic Surgeons, Las Vegas, NV, Dec 8-12, 2008
-- North Pacific Orthopaedic Society, Sun River, OR, Oct 1-3, 2009. **Winner of Resident Research Award**.
-- Washington State Orthopaedic Association, Seattle, WA, Nov 13-14, 2009. **Winner of Resident Research Award.**

4. **Kearney SP**, Tompkins BJ, Baird GO, Caskey PM. Effectiveness of a single incision percutaneous epiphysiodesis technique for treating leg length discrepancy.
-- International Pediatric Orthopaedic Symposium, Orlando, FL, Dec 1-5, 2009
-- Society of Military Orthopaedic Surgeons, Honolulu, HI, Dec 15-19, 2009
-- Pediatric Orthopaedic Society of North America, Waikoloa, HI, May 4-7, 2010
--American Orthopaedic Association, San Diego, CA, Jun 9-12, 2010
--Western Orthopaedic Association, Monterrey, CA, Aug 4-7, 2010. **Winner of Resident Research Award.**
--American Academy of Orthopaedic Surgeons, San Diego, CA, Feb 15-19, 2011.

5. **Kearney SP**, Mosca VS. Selective hemiepiphyseodesis for patellar instability with associated genu valgum.
-- International Pediatric Orthopaedic Symposium, Orlando, FL, Dec 1-4, 2010.
-- Society of Military Orthopaedic Surgeons, Vail, CO, Dec 13-17, 2010.
-- Pediatric Orthopaedic Society of North America, Montreal, Quebec, Canada, May 11-14, 2011.

6. **Kearney SP**. Low return to active duty after hip arthroscopy: A prospective cohort study. Society of Military Orthopaedic Surgeons, Scottsdale, AZ, Dec 12-15, 2017.

# EXHIBIT N

INNOVA PHYSICAL THERAPY TRANSFORMED

**Innova Physical Therapy LLC**
8630 164th Ave NE Suite 203
Redmond, WA 980523606
Call to pay (425) 658-4980

To: **CHANDRASIN GAEKWAR**
**PO BOX 3453**
**KIRKLAND, WA 98083**

## Statement Balance: $0.00

**This statement covers the period: 01/25/2016 to 03/30/2023**

| Date | CPT® | Diag | Class | Units | Prov | POS | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/20 | 97162.GP | 0 | | 1.00 | 14575 | 11 | PT EVAL MOD COMPLEX 30 MIN | 175.00 | 0.00 | 175.00 |
| 02/04/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 240.00 |
| 02/04/20 | 97110.GP | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 299.00 |
| 02/04/20 | 97140.GP | 0 | | 1.00 | 14575 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 355.00 |
| 02/07/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 473.00 |
| 02/07/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 538.00 |
| 02/07/20 | 97140.GP | 0 | | 1.00 | 14575 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 594.00 |
| 02/10/20 | 97110.GP | 0 | | 3.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 177.00 | 0.00 | 771.00 |
| 02/10/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 836.00 |
| 02/12/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 954.00 |
| 02/12/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1019.00 |
| 02/12/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1081.00 |
| 02/18/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1146.00 |
| 02/18/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1208.00 |
| 02/18/20 | 97110.GP | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 1267.00 |
| 02/18/20 | 97140.GP | 0 | | 1.00 | 14575 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 1323.00 |
| 02/20/20 | 97112.GP | 0 | | 2.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 1447.00 |
| 02/20/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1565.00 |
| 02/25/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1683.00 |
| 02/25/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1748.00 |
| 02/25/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1810.00 |
| 02/27/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1928.00 |
| 02/27/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1993.00 |
| 02/27/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2055.00 |
| 03/03/20 | 97112.GP | 0 | | 2.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 2179.00 |
| 03/03/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2297.00 |
| 03/05/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2415.00 |
| 03/05/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 2480.00 |
| 03/05/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2542.00 |
| 03/10/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2660.00 |
| 03/10/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2722.00 |
| 03/10/20 | 97140.GP | 0 | | 1.00 | 14575 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 2778.00 |
| 03/11/20 | | | | | | | Insurance payment (Chk #1191270) | 0.00 | 1323.00 | 1455.00 |
| 03/11/20 | | | | | | | Insurance payment (Chk #1191276) | 0.00 | 242.00 | 1213.00 |
| 03/12/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1331.00 |
| 03/12/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1396.00 |
| 03/12/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1458.00 |
| 03/17/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1576.00 |
| 03/17/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1641.00 |
| 03/17/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1703.00 |
| 03/19/20 | 97110.GP | 0 | | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1821.00 |
| 03/19/20 | 97530.GP.59 | 0 | | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1886.00 |
| 03/19/20 | 97112.GP | 0 | | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1948.00 |
| 03/24/20 | 97110.GP | 0 | | 3.00 | 10013 | 11 | THERAPEUTIC EXERCISES | 177.00 | 0.00 | 2125.00 |
| 03/24/20 | 97530.GP.59 | 0 | | 1.00 | 10013 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 2190.00 |
| 03/26/20 | 97110.GP | 0 | | 4.00 | 10013 | 11 | THERAPEUTIC EXERCISES | 236.00 | 0.00 | 2426.00 |
| 03/31/20 | 97110.GP | 0 | | 2.00 | 10013 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2544.00 |
| 03/31/20 | 97112.GP | 0 | | 1.00 | 10013 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2606.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/20 | 97140.GP | 0 | 1.00 | 10013 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 2662.00 |
| 04/09/20 | | | | | | Insurance payment (Chk #1222713) | 0.00 | 245.00 | 2417.00 |
| 04/16/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2535.00 |
| 04/16/20 | 97112.GP | 0 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2597.00 |
| 04/16/20 | 97140.GP | 0 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 2653.00 |
| 04/20/20 | 97110.GP | 0 | 3.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 177.00 | 0.00 | 2830.00 |
| 04/20/20 | 97112.GP | 0 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2892.00 |
| 04/23/20 | 97110.GP | 0 | 3.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 177.00 | 0.00 | 3069.00 |
| 04/23/20 | 97530.GP.59 | 0 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3134.00 |
| 04/27/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3252.00 |
| 04/27/20 | 97530.GP.59 | 0 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3317.00 |
| 04/27/20 | 97140.GP | 0 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 3373.00 |
| 04/30/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3503.00 |
| 04/30/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3621.00 |
| 05/04/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3751.00 |
| 05/04/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3869.00 |
| 05/06/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3999.00 |
| 05/06/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 4117.00 |
| 05/07/20 | | | | | | Insurance payment (Chk #1243979) | 0.00 | 2417.00 | 1700.00 |
| 05/11/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 1830.00 |
| 05/11/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1948.00 |
| 05/14/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 2078.00 |
| 05/14/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2196.00 |
| 05/18/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 2326.00 |
| 05/18/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2444.00 |
| 05/21/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 2574.00 |
| 05/21/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2692.00 |
| 05/26/20 | 97530.GP.59 | 0 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 2822.00 |
| 05/26/20 | 97110.GP | 0 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2940.00 |
| 05/28/20 | 97530.GP.59 | 0 | 2.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3070.00 |
| 05/28/20 | 97110.GP | 0 | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3129.00 |
| 05/28/20 | 97116.GP | 0 | 1.00 | 14575 | 11 | GAIT TRAINING THERAPY | 65.00 | 0.00 | 3194.00 |
| 06/01/20 | 97110.GP | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3253.00 |
| 06/01/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3318.00 |
| 06/01/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3380.00 |
| 06/01/20 | 97140.GP | 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 3436.00 |
| 06/01/20 | | | | | | Adjustments applied | 0.00 | 82.28 | 3353.72 |
| 06/01/20 | | | | | | Insurance payment (Chk #1262664) | 0.00 | 2609.72 | 744.00 |
| 06/04/20 | 97112.GP | 1 | 2.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 868.00 |
| 06/04/20 | 97530.GP.59 | 1 | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 933.00 |
| 06/04/20 | 97110.GP | 1 | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 992.00 |
| 06/08/20 | 97112.GP | 1 | 2.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 1116.00 |
| 06/08/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1181.00 |
| 06/08/20 | 97110.GP | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 1240.00 |
| 06/11/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1305.00 |
| 06/11/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1367.00 |
| 06/11/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 1485.00 |
| 06/15/20 | 97110.GP | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 1544.00 |
| 06/15/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1606.00 |
| 06/15/20 | 97140.GP | 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 1662.00 |
| 06/15/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1727.00 |
| 06/16/20 | MRRI | 1 | 0.00 | 10006 | 11 | | 10.50 | 0.00 | 1737.50 |
| 06/18/20 | 97110.GP | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 1796.50 |
| 06/18/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 1858.50 |
| 06/18/20 | 97140.GP | 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 1914.50 |
| 06/18/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 1979.50 |
| 06/23/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2097.50 |
| 06/23/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2159.50 |
| 06/23/20 | 97140.GP | 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 2215.50 |
| 06/25/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2333.50 |
| 06/25/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2395.50 |
| 06/25/20 | 97140.GP | 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 2451.50 |
| 06/29/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 2569.50 |
| 06/29/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 2631.50 |
| 06/29/20 | 97164.GP.59 | 1 | 1.00 | 10006 | 11 | PT RE-EVAL EST PLAN CARE | 75.00 | 0.00 | 2706.50 |
| 07/02/20 | 97110.GP.KX | 1 | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 2765.50 |
| 07/02/20 | 97140.GP.KX | 1 | 2.00 | 14575 | 11 | MANUAL THERAPY 1/> REGIONS | 112.00 | 0.00 | 2877.50 |
| 07/02/20 | 97164.GP.59.KX | 1 | 1.00 | 14575 | 11 | PT RE-EVAL EST PLAN CARE | 75.00 | 0.00 | 2952.50 |
| 07/06/20 | 97110.GP.KX | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3011.50 |
| 07/06/20 | 97140.GP.KX | 1 | 2.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 112.00 | 0.00 | 3123.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/06/20 | 97530.GP.59.KX | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3188.50 |
| 07/09/20 | 97140.GP | 1 | 2.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 112.00 | 0.00 | 3300.50 |
| 07/09/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3365.50 |
| 07/09/20 | 97110.GP | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3424.50 |
| 07/09/20 | | | | | | Client payment by check (Chk #26410) | 0.00 | 10.50 | 3414.00 |
| 07/14/20 | 97110.GP | 1 | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3532.00 |
| 07/14/20 | 97112.GP | 1 | 2.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 3656.00 |
| 07/16/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3774.00 |
| 07/16/20 | 97112.GP | 1 | 2.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 3898.00 |
| 07/20/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 4016.00 |
| 07/20/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 4078.00 |
| 07/20/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 4143.00 |
| 07/23/20 | 97110.GP | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 4261.00 |
| 07/23/20 | 97112.GP | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 4323.00 |
| 07/23/20 | 97530.GP.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 4388.00 |
| 07/27/20 | 97110.GP.KX | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 4506.00 |
| 07/27/20 | 97112.GP.KX | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 4568.00 |
| 07/27/20 | 97530.GP.KX.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 4633.00 |
| 07/27/20 | | | | | | Adjustments applied | 0.00 | 247.42 | 4385.58 |
| 07/27/20 | | | | | | Insurance payment (Chk #890825631) | 0.00 | 203.66 | 4181.92 |
| 07/30/20 | 97110.GP.KX | 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 4299.92 |
| 07/30/20 | 97112.GP.KX | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 4361.92 |
| 07/30/20 | 97530.GP.KX.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 4426.92 |
| 07/30/20 | | | | | | Adjustments applied | 0.00 | 235.94 | 4190.98 |
| 07/30/20 | | | | | | Insurance payment (Chk #890836669) | 0.00 | 198.46 | 3992.52 |
| 08/03/20 | | | | | | Adjustments applied | 0.00 | 118.63 | 3873.89 |
| 08/03/20 | | | | | | Insurance payment (Chk #890844160) | 0.00 | 103.50 | 3770.39 |
| 08/04/20 | 97112.GP.KX | 1 | 2.00 | 10008 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 3894.39 |
| 08/04/20 | 97140.GP.KX | 1 | 2.00 | 10008 | 11 | MANUAL THERAPY 1/> REGIONS | 112.00 | 0.00 | 4006.39 |
| 08/04/20 | | | | | | Adjustments applied | 0.00 | 362.25 | 3644.14 |
| 08/04/20 | | | | | | Insurance payment (Chk #890847872) | 0.00 | 293.41 | 3350.73 |
| 08/07/20 | 97112.GP.59.KX | 1 | 2.00 | 10008 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 3474.73 |
| 08/07/20 | 97763.GP.KX | 1 | 2.00 | 10008 | 11 | RTHC/PROSTC MGMT SBSQ ENC | 130.00 | 0.00 | 3604.73 |
| 08/07/20 | | | | | | Adjustments applied | 0.00 | 237.14 | 3367.59 |
| 08/07/20 | | | | | | Insurance payment (Chk #890859041) | 0.00 | 199.90 | 3167.69 |
| 08/11/20 | 97110.GP.59.KX | 1 | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3226.69 |
| 08/11/20 | 97112.GP.59.KX | 1 | 2.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 124.00 | 0.00 | 3350.69 |
| 08/11/20 | 97116.GP.59.KX | 1 | 1.00 | 14575 | 11 | GAIT TRAINING THERAPY | 65.00 | 0.00 | 3415.69 |
| 08/13/20 | | | | | | Adjustments applied | 0.00 | 119.17 | 3296.52 |
| 08/13/20 | | | | | | Insurance payment (Chk #890874179) | 0.00 | 100.67 | 3195.85 |
| 08/14/20 | 97110.GP.KX | 1 | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3254.85 |
| 08/14/20 | 97112.GP.KX | 1 | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3316.85 |
| 08/14/20 | 97116.GP.KX | 1 | 1.00 | 14575 | 11 | GAIT TRAINING THERAPY | 65.00 | 0.00 | 3381.85 |
| 08/14/20 | 97530.GP.KX.59 | 1 | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3446.85 |
| 08/18/20 | 97110.GP.KX | 1 | 1.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3505.85 |
| 08/18/20 | 97112.GP.KX | 1 | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3567.85 |
| 08/18/20 | 97116.GP.KX | 1 | 1.00 | 14575 | 11 | GAIT TRAINING THERAPY | 65.00 | 0.00 | 3632.85 |
| 08/18/20 | 97530.GP.KX.59 | 1 | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3697.85 |
| 08/18/20 | | | | | | Adjustments applied | 0.00 | 119.17 | 3578.68 |
| 08/18/20 | | | | | | Insurance payment (Chk #890885456) | 0.00 | 100.67 | 3478.01 |
| 08/20/20 | 97110.GP.KX | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3537.01 |
| 08/20/20 | 97112.GP.KX | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3599.01 |
| 08/20/20 | 97116.GP.KX | 1 | 1.00 | 10006 | 11 | GAIT TRAINING THERAPY | 65.00 | 0.00 | 3664.01 |
| 08/20/20 | 97530.GP.KX.59 | 1 | 1.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3729.01 |
| 08/21/20 | | | | | | Adjustments applied | 0.00 | 238.31 | 3490.70 |
| 08/21/20 | | | | | | Insurance payment (Chk #890896279) | 0.00 | 194.16 | 3296.54 |
| 08/24/20 | L3000.GP.KX | 1 | 2.00 | 10006 | 11 | Ft insert ucb berkeley shell | 310.00 | 0.00 | 3606.54 |
| 08/24/20 | 97110.GP.KX | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3665.54 |
| 08/24/20 | 97112.GP.KX | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3727.54 |
| 08/24/20 | 97530.GP.KX.59 | 1 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3857.54 |
| 08/24/20 | | | | | | Client credit card payment (Auth #00533D) | 0.00 | 248.00 | 3609.54 |
| 08/27/20 | 97110.GP.KX | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3668.54 |
| 08/27/20 | 97112.GP.KX | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3730.54 |
| 08/27/20 | 97530.GP.59.KX | 1 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3860.54 |
| 08/27/20 | | | | | | Adjustments applied | 0.00 | 95.01 | 3765.53 |
| 08/27/20 | | | | | | Insurance payment (Chk #890911261) | 0.00 | 127.19 | 3638.34 |
| 08/31/20 | 97110.GP.KX | 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3697.34 |
| 08/31/20 | 97112.GP.KX | 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3759.34 |
| 08/31/20 | 97530.GP.59.KX | 1 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3889.34 |
| 09/02/20 | | | | | | Insurance payment (Chk #49094604) | 0.00 | 23.73 | 3865.61 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/02/20 | | | | | Insurance payment (Chk #49140557) | 0.00 | 49.25 | 3816.36 |
| 09/02/20 | | | | | Insurance payment (Chk #49140558) | 0.00 | 24.09 | 3792.27 |
| 09/02/20 | | | | | Adjustments applied | 0.00 | 127.76 | 3664.51 |
| 09/02/20 | | | | | Insurance payment (Chk #890926089) | 0.00 | 96.19 | 3568.32 |
| 09/03/20 | 97110.GP.KX 1 | 1.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 59.00 | 0.00 | 3627.32 |
| 09/03/20 | 97140.GP.KX 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 3683.32 |
| 09/03/20 | 97530.GP.59.KX 1 | 2.00 | 10006 | 11 | THERAPEUTIC ACTIVITIES | 130.00 | 0.00 | 3813.32 |
| 09/09/20 | | | | | Adjustments applied | 0.00 | 250.78 | 3562.54 |
| 09/09/20 | | | | | Insurance payment (Chk #890941931) | 0.00 | 200.98 | 3361.56 |
| 09/10/20 | | | | | Adjustments applied | 0.00 | 125.39 | 3236.17 |
| 09/10/20 | | | | | Insurance payment (Chk #890945174) | 0.00 | 100.49 | 3135.68 |
| 09/15/20 | 97110.GP.KX 1 | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3253.68 |
| 09/15/20 | 97116.GP.KX 1 | 1.00 | 14575 | 11 | GAIT TRAINING THERAPY | 65.00 | 0.00 | 3318.68 |
| 09/15/20 | 97530.GP.KX 1 | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3383.68 |
| 09/16/20 | | | | | Insurance payment (Chk #49238023) | 0.00 | 25.16 | 3358.52 |
| 09/16/20 | | | | | Insurance payment (Chk #49282806) | 0.00 | 25.16 | 3333.36 |
| 09/16/20 | | | | | Adjustments applied | 0.00 | 120.06 | 3213.30 |
| 09/16/20 | | | | | Insurance payment (Chk #890958362) | 0.00 | 104.75 | 3108.55 |
| 09/18/20 | 97110.GP.KX 1 | 2.00 | 14575 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3226.55 |
| 09/18/20 | 97112.GP.KX 1 | 1.00 | 14575 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3288.55 |
| 09/18/20 | 97530.GP.59.KX 1 | 1.00 | 14575 | 11 | THERAPEUTIC ACTIVITIES | 65.00 | 0.00 | 3353.55 |
| 09/23/20 | 97110.GP.KX 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3471.55 |
| 09/23/20 | 97112.GP.KX 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3533.55 |
| 09/23/20 | 97140.GP.KX 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 3589.55 |
| 09/24/20 | 97110.GP.KX 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3707.55 |
| 09/24/20 | 97112.GP.KX 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3769.55 |
| 09/24/20 | 97140.GP.KX 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 3825.55 |
| 09/24/20 | | | | | Insurance payment (Chk #49323653) | 0.00 | 23.37 | 3802.18 |
| 09/24/20 | | | | | Insurance payment (Chk #49323654) | 0.00 | 25.16 | 3777.02 |
| 09/24/20 | | | | | Insurance payment (Chk #49379304) | 0.00 | 31.80 | 3745.22 |
| 09/24/20 | | | | | Insurance payment (Chk #49435852) | 0.00 | 24.05 | 3721.17 |
| 09/24/20 | | | | | Adjustments applied | 0.00 | 240.12 | 3481.05 |
| 09/24/20 | | | | | Insurance payment (Chk #890978158) | 0.00 | 209.50 | 3271.55 |
| 09/30/20 | 97110.GP.KX 1 | 2.00 | 10006 | 11 | THERAPEUTIC EXERCISES | 118.00 | 0.00 | 3389.55 |
| 09/30/20 | 97112.GP.KX 1 | 1.00 | 10006 | 11 | NEUROMUSCULAR REEDUCATION | 62.00 | 0.00 | 3451.55 |
| 09/30/20 | 97140.GP.KX 1 | 1.00 | 10006 | 11 | MANUAL THERAPY 1/> REGIONS | 56.00 | 0.00 | 3507.55 |
| 09/30/20 | | | | | Adjustments applied | 0.00 | 225.16 | 3282.39 |
| 09/30/20 | | | | | Insurance payment (Chk #890993311) | 0.00 | 212.68 | 3069.71 |
| 10/05/20 | | | | | Insurance payment (Chk #49504656) | 0.00 | 50.24 | 3019.47 |
| 10/12/20 | | | | | Insurance payment (Chk #49518588) | 0.00 | 25.12 | 2994.35 |
| 10/12/20 | | | | | Insurance payment (Chk #49578908) | 0.00 | 26.19 | 2968.16 |
| 10/12/20 | | | | | Insurance payment (Chk #49655650) | 0.00 | 26.19 | 2941.97 |
| 10/12/20 | | | | | Insurance payment (Chk #49714241) | 0.00 | 25.12 | 2916.85 |
| 10/14/20 | | | | | Adjustments applied | 0.00 | 125.93 | 2790.92 |
| 10/14/20 | | | | | Insurance payment (Chk #891030294) | 0.00 | 97.66 | 2693.26 |
| 10/15/20 | | | | | Insurance payment (Chk #49655650) | 0.00 | 26.19 | 2667.07 |
| 10/16/20 | | | | | Adjustments applied | 0.00 | 119.17 | 2547.90 |
| 10/16/20 | | | | | Insurance payment (Chk #891039870) | 0.00 | 100.67 | 2447.23 |
| 10/21/20 | | | | | Adjustments applied | 0.00 | 241.76 | 2205.47 |
| 10/21/20 | | | | | Insurance payment (Chk #891053234) | 0.00 | 184.20 | 2021.27 |
| 10/27/20 | | | | | Insurance payment (Chk #49741812) | 0.00 | 76.15 | 1945.12 |
| 10/27/20 | | | | | Insurance payment (Chk #49842470) | 0.00 | 24.41 | 1920.71 |
| 10/27/20 | | | | | Adjustments applied | 0.00 | 585.32 | 1335.39 |
| 10/27/20 | | | | | Insurance payment (Chk #891069828) | 0.00 | 500.57 | 834.82 |
| 10/28/20 | MRRI 0 | 0.00 | 10006 | 11 | | 7.60 | 0.00 | 842.42 |
| 11/02/20 | | | | | Client payment by check (Chk #26491) | 0.00 | 7.60 | 834.82 |
| 11/02/20 | | | | | Adjustments applied | 0.00 | 120.88 | 713.94 |
| 11/02/20 | | | | | Insurance payment (Chk #891085212) | 0.00 | 92.10 | 621.84 |
| 11/04/20 | | | | | Adjustments applied | 0.00 | 117.31 | 504.53 |
| 11/04/20 | | | | | Insurance payment (Chk #891092116) | 0.00 | 94.96 | 409.57 |
| 11/11/20 | | | | | Insurance payment (Chk #49884795) | 0.00 | 25.16 | 384.41 |
| 11/11/20 | | | | | Insurance payment (Chk #49931704) | 0.00 | 46.04 | 338.37 |
| 11/23/20 | | | | | Insurance payment (Chk #00046375) | 0.00 | 23.02 | 315.35 |
| 11/23/20 | | | | | Insurance payment (Chk #00074851) | 0.00 | 23.73 | 291.62 |
| 12/10/20 | | | | | Adjustments applied | 0.00 | 62.00 | 229.62 |
| 02/23/21 | | | | | Adjustments applied | 0.00 | 3.93 | 225.69 |
| 02/23/21 | | | | | Insurance payment (Chk #132920881) | 0.00 | 202.67 | 23.02 |
| 03/12/21 | | | | | Insurance payment (Chk #136692590) | 0.00 | 23.02 | 0.00 |
| | | | | | **Totals:** | **15815.10** | **15815.10** | |

**Innova Physical Therapy**
8630 164th Ave NE Ste 203
Redmond, WA 98052-3606
Phone: (425)658-4980
Fax: (425)658-4977

# Daily Note / Billing Sheet

INNOVA PHYSICAL THERAPY

**Patient Name:** Gaekwar, Chandrasi
**Date of Birth:** [redacted]1945
**Referring Physician(s):** Habib, Sadia MD

**Date of Daily Note:** 02/04/2020
**Injury/Onset/Change of Status Date:** 02/04/2020
**Diagnosis:** ICD10: M25.511: Pain in right shoulder, M25.562: Pain in left knee, S89.92XA: Unspecified injury of left lower leg, initial encounter, M25.462: Effusion, left knee, S16.1XXA: Strain of muscle, fascia and tendon at neck level, initial encounter, S39.012A: Strain of muscle, fascia and tendon of lower back, initial encounter

**Date of Original Eval:** 02/04/2020
**Treatment Diagnosis:** ICD10: M25.511: Pain in right shoulder, M25.562: Pain in left knee, S89.92XA: Unspecified injury of left lower leg, initial encounter, M25.462: Effusion, left knee, S16.1XXA: Strain of muscle, fascia and tendon at neck level, initial encounter, S39.012A: Strain of muscle, fascia and tendon of lower back, initial encounter

**Visit No.:** 1
**Insurance Name:** Amica

## Subjective

**Current Complaints / Gains:** L knee, LBP, cervicalgia, & R shoulder pain. Knee pain is exacerbated by stairs & squatting. LBP exacerbated by prolonged sitting & lifting. C/S pain exacerbated by end range movements especially extension.
**Current Functional Limitations:**
- **Self Care:**
- **Changing & Maintaining Body Position:**
- **Mobility: Walking & Moving Around:**
- **Carrying, Moving & Handling Objects:**

**Pain Scale: Worst:** 5 **Best: Current:**
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Multiple Treatment Areas (L knee, L/S, C/S and R shoulder)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 15 min.)<br>2 sets of 10 reps of the following: added to HEP<br>- Quad sets in supine<br>- Heel Slides<br>- SLR | 1 |
| GP:97140 | Manual Therapy ( 15 min.)<br>C/S assessment: cervical PIVMs/PAVMs: closing restriction on R C5-7; positive compression but distraction inconclusive<br>G/H assessment: 4/5 for abduction & flexion B<br>L/S assessment: PIVMs/PAVMs inconclusive due to pt reactivity | 1 |
| GP:97530 | Therapeutic Activity/Kinetic ( 15 min.)<br>Pt Education: Overview of POC & HEP. Discussed degree of irritability and influence of anxiety. | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity ( 15 min.) | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 45 |
| Treatment Minutes | 60 |
| Total Direct Treatment Time today | 45 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

Powered by WebPT

**Innova Physical Therapy**
8630 164th Ave NE Ste 203
Redmond, WA 98052-3606
Phone: (425)658-4980
Fax: (425)658-4977

# Daily Note / Billing Sheet

**Patient Name:** Gaekwar, Chandrasi
**Date of Birth:** [redacted]1945
**Document Date:** 02/04/2020

**Assessment/Diagnosis:** Pt is a 74 y.o. male s/p MVA on 1/25/20 referred to physical therapy by Dr Habib with a diagnosis of L LE pain and strain of cervical & lumbar regions. Pt's CC include L knee pain, L/S spasm/pain, neck & R shoulder pain exacerbated by ADLs involving prolonged sitting, walking long distances, squatting, bending & lifting, and sleep on his R side. Signs & symptoms are consistent with the above diagnosis without radiculopathy. Pt will benefit from skilled physical therapy to improve core strength/stability, neuromuscular re-education of posture, therapeutic training for lifting & squatting, gait training, and pt education for pain management & ergonomics.

**Patient Education:** Overview of POC & HEP. Discussed degree of irritability and influence of anxiety.

**Rehab Potential:** Good

**Short Term Goals:**

1: (3 Weeks) | Pt will be independent with a com prehensile HEP |

2: (4 Weeks) | Pt will be able to perform 5xSTS in less that 15 sec without discomfort. |

**Long Term Goals:**

1: (6 Weeks) | Pt will be able to ambulate more than a mile without discomfort. |

2: (5 Weeks) | Pt will be able to ascend 2 flights of stairs without discomfort. |

3: (6 Weeks) | Pt will improve his ODI to below 15% |

4: (6 Weeks) | Pt will improve his NDI to below 15% |

5: (6 Weeks) | Pt will improve his LEFS to above 65/80 |

## Plan

**Instructions:** Progressing Patient Next Visit

Richard K. Bonilla

Kevin Bonilla
License #PT60855302
*Electronically Signed by Kevin Bonilla on February 6, 2020 at 2:26 pm*

# EXHIBIT O

Date: 3/16/2020 01:59 PM
Estimate ID: X00127.4
Estimate Version: 2
Supplement: 1 (P F) 3/10/2020 07:15:38 P
Profile ID: MAA

# Meridian Adjusting & Appraisals

20611e Bothell Everett Hwy, Bothell, WA 98012
(206) 582-9945
Fax: (425) 984-0181
Email: maxadjuster@outlook.com

Damage Assessed By: Max Becker 206-582-9945

Appraised For: Hunter Timothy
(888) 892-6422

Supplemented By: Max Becker 206-582-9945
Classification: None

Condition Code: Good
Date of Loss: 1/25/2020
Deductible: 500.00
File Number: X00127.4
Policy No: 90054621TQ

Type of Loss: Collision
Claim Number: 60003757148-1-1

Insured: Chandrasi Gaekwar
Claimant: Chandrasi Gaekwar
Address: 2825 E Lake Sammamish Pkwy NE, Sammamish, WA 98074
Telephone: Work Phone: (973) 543-9165 Home Phone: (425) 501-6240
Owner: Chandrasi Gaekwar
Address: 2825 E Lake Sammamish Pkwy NE, Sammamish, WA 98074
Telephone: Work Phone: (973) 543-9165 Home Phone: (425) 501-6240

Mitchell Service: 911678

Description: 2015 Toyota Highlander Limited
Body Style: 4D Ut
VIN: 5TDDKRFHXFS139121
Mileage: 44,713
OEM/ALT: A
Color: Tan

Drive Train: 3.5L Inj 6 Cyl AWD
License: [redacted]
Search Code: B840856

Options: PASSENGER AIRBAG, POWER DRIVER SEAT, POWER LOCK, POWER WINDOW, POWER STEERING
REAR WINDOW DEFOGGER, AIR CONDITION, REAR WINDOW WIPER, CRUISE CONTROL
TILT STEERING COLUMN, AM/FM STEREO, DRIVER AIRBAG, HEATED EXTERIOR MIRROR
REAR (DUAL-ZONE) AC, LEATHER SEAT, POWER PASSENGER SEAT
FRONT SIDE AIRBAG WITH HEAD PROTECTION, PREMIUM SOUND SYSTEM
ANTI-LOCK BRAKE SYS., TRACTION CONTROL, FOG LIGHTS, REARVIEW CAMERA
POWER LIFTGATE\TRUNK, TIRE INFLATION/PRESSURE MONITOR, MEMORY SEAT
ANTI-THEFT SYSTEM, NAVIGATION SYSTEM, AUXILIARY INPUT
BLUETOOTH WIRELESS CONNECTIVITY, HD RADIO, LEATHER STEERING WHEEL
SATELLITE RADIO, CD PLAYER, CHROME WHEELS, POWER ADJUSTABLE EXTERIOR MIRROR
4WD OR AWD, SUNROOF/MOONROOF, PRIVACY GLASS, GENUINE WOOD TRIM
AUTO AIR CONDITION, TRIP COMPUTER, FIRST ROW BUCKET SEAT, SECOND ROW BUCKET SEAT
UNIVERSAL GARAGE DOOR OPENER, THIRD ROW SEAT
REAR HEATING, VENTILATION & AIR CONDITIONING, ALL WHEEL DRIVE, SIDE AIRBAGS
AUTOMATIC HEADLIGHTS, SECOND ROW SIDE AIRBAG WITH HEAD PROTECTION
INTERIOR AUTOMATIC DAY/NIGHT OR ELECTROCHROMATIC MIRROR
REMOTE DECKLID OR TAILGATE RELEASE, MP3 PLAYER, DAYTIME RUNNING LIGHTS
DRIVER SEAT WITH POWER LUMBAR SUPPORT, ELECTRONIC PARKING AID
ELECTRONIC STABILITY CONTROL, EXTERIOR MEMORY MIRRORS, FRONT COOLED SEATS
FRONT HEATED SEATS, KEYLESS ENTRY SYSTEM, REAR SPOILER, SIDE BLIND ZONE ALERT
STEERING WHEEL AUDIO CONTROLS

| .ine tem | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| | | | | Wheel | | | |
| 1 | 100547 | BDY | REMOVE/REPLACE | Alloy Wheel | ORDER FROM DEALER | 706.47 | 0.3 |
| | | | | Quarter Panel | | | |


Copyright (C) 1994 - 2020 Mitchell International
All Rights Reserved

Date: 3/16/2020 01:59 PM
Estimate ID: X00127.4
Estimate Version: 2
Supplement: 1 (P F) 3/10/2020 07:15:38 P
Profile ID: MAA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | 101518 | BDY | REMOVE/INSTALL | R Quarter Wheel Opening Mldg | | | | INC |
| 3 | 101519 | BDY | REMOVE/INSTALL | L Quarter Wheel Opening Mldg | | | | INC |
| | | | | Liftgate | | | | |
| 4 | 101436 | BDY | REMOVE/REPLACE | Liftgate Shell | 67005-0E281 | 792.04 | | 6.4 # |
| 5 | | REF | REFINISH | Liftgate Outside | | | C | 2.2 |
| 6 | | REF | REFINISH | Add For Liftgate Inside | | | C | 1.1 |
| 7 | | BDY | REMOVE/REPLACE | Add w/Power Liftgate | | | | 0.8 |
| 8 | | | | Explanation Request | | | | |
| 9 | 102243 | BDY | REMOVE/INSTALL | Liftgate Rear View Camera | Existing | | | INC #r |
| 10 | 101026 | BDY | REMOVE/INSTALL | Liftgate Spoiler | | | | INC # |
| 11 | 102581 | BDY | REMOVE/INSTALL | Liftgate Garnish | | | | INC # |
| 12 | 101212 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75442-0E050 | 45.63 | | 0.1 |
| 13 | 101213 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75444-0E050 | 30.92 | | 0.1 |
| 14 | 101214 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75445-0E010 | 34.42 | | 0.1 |
| 15 | | | | Liftgate didnt open during inspection of vehicle | | | | |
| 16 | 101233 | BDY | REMOVE/INSTALL | Liftgate Speaker | Existing | | | INC #r |
| 17 | | BDY | REMOVE/INSTALL | Lwr Liftgate Trim Panel | | | | INC |
| | | | | Rear Lamps | | | | |
| 18 | 101430 | BDY | REMOVE/REPLACE | R Rear Combination Lamp Assembly | 81550-0E100 | 188.00 | | 0.3 |
| 19 | 101431 | BDY | REMOVE/REPLACE | L Rear Combination Lamp Assembly | 81560-0E100 | 188.00 | | 0.3 |
| 20 | 100029 | BDY | REMOVE/INSTALL | R Rear Combination Lamp | | | | INC # |
| 21 | 100032 | BDY | REMOVE/INSTALL | L Rear Combination Lamp | | | | INC # |
| | | | | Rear Bumper | | | | |
| 22 | 101530 | BDY | REMOVE/INSTALL | R Rear Bumper Mudguard | | | | INC |
| 23 | 101531 | BDY | REMOVE/INSTALL | L Rear Bumper Mudguard | | | | INC |
| 24 | 101532 | BDY | OVERHAUL | Rear Bumper Cover Assy | | | | 2.5 # |
| 25 | 100118 | BDY | REMOVE/REPLACE | Rear Add w/Object Sensor | | | | 0.4 |
| 26 | 101167 | BDY | REMOVE/REPLACE | Rear Upr Bumper Cover | 52159-0E912 | 336.24 | | INC # |
| 27 | | REF | REFINISH | Rear Upr Bumper Cover | | | C | 2.3 |
| 28 | 101169 | BDY | REMOVE/REPLACE | Rear Lwr Bumper Cover | 52169-0E070 | 247.36 | | INC # |
| 29 | | BDY | REMOVE/INSTALL | Rear Bumper Cover | | | | INC # |
| 30 | 100983 | BDY | REMOVE/REPLACE | Rear Bumper Protector | PU060-48214-P1 | 129.00 | | 0.4 # |
| 31 | 100985 | BDY | REMOVE/REPLACE | Rear Trailer Hitch Kit | PT228-48174 | 450.00 | | # |
| 32 | 100986 | BDY | REMOVE/REPLACE | Rear Trailer Harness | PT725-48140 | 220.00 | | # |
| | | | | Additional Costs & Materials | | | | |
| 33 | 936012 | | ADD'L COST | Hazardous Waste Disposal | | 5.00 * | | |
| | | | | Additional Operations | | | | |
| 34 | | REF | ADD'L OPR | Clear Coat | | | | 1.8* |
| | | | | Special/Manual Entry | | | | |
| 35 | 900500 | MCH * | ADD'L LABOR OP | MOUNT & BALANCE | Sublet | 10.00 * | | 0.0* |
| 36 | 900500 | REF * | REMOVE/REPLACE | FLEX ADDITIVE | New | 6.00 * | | 0.0* |
| | | | | Additional Operations | | | | |
| 37 | 933003 | REF * | ADD'L OPR | Tint Color | | | | 0.5* |
| 38 | 933005 | BDY | ADD'L OPR | Restore Corrosion Protection | | 3.50 * | | 0.3* |
| | | | | Special/Manual Entry | | | | |
| 39 | 900500 | REF * | REFINISH/REPAIR | MASK FOR OVERSPRAY | Existing | | | 0.2* |
| 40 | 900500 | MCH * | REMOVE/REPLACE | ALIGNMENT | New | 89.95 * | | 0.0* |
| | | | | Additional Costs & Materials | | | | |
| 41 | | | ADD'L COST | Paint/Materials | | 243.00 * | | |

* - Judgment Item
\# - Labor Note Applies
C - Included in Clear Coat Calc
r - CEG R&R Time Used For This Labor Operation


Copyright (C) 1994 - 2020 Mitchell International
All Rights Reserved

Date: 3/16/2020 01:59 PM
Estimate ID: X00127.4
Estimate Version: 2
Supplement: 1 (P F) 3/10/2020 07:15:38 P
Profile ID: MAA

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | |
|---|---|---|---|---|---|---|
| Body | 12.0 | 54.00 | 3.50 | 0.00 | 651.50 | T |
| Refinish | 8.1 | 54.00 | 0.00 | 0.00 | 437.40 | T |
| Mechanical | 0.0 | 71.00 | 0.00 | 10.00 | 10.00 | T |
| Taxable Labor | | | | | 1,098.90 | |
| Labor Tax | | | @ 10.000 % | | 109.89 | |
| Labor Summary | 20.1 | | | | 1,208.79 | |

| II. Part Replacement Summary | | | Amount |
|---|---|---|---|
| Taxable Parts | | | 3,464.03 |
| Sales Tax | @ | 10.000% | 346.40 |
| Total Replacement Parts Amount | | | 3,810.43 |

| II. Additional Costs | | | Amount |
|---|---|---|---|
| Taxable Costs | | | 248.00 |
| Sales Tax | @ | 10.000% | 24.80 |
| Total Additional Costs | | | 272.80 |

Paint Material Method: Rates
Init Rate = 30.00 , Init Max Hours = 99.0, Addl Rate = 0.00

| IV. Adjustments | Amount |
|---|---|
| Insurance Deductible | 500.00 |
| Customer Responsibility | 500.00 |

| | | |
|---|---|---|
| I. | Total Labor: | 1,208.79 |
| II. | Total Replacement Parts: | 3,810.43 |
| III. | Total Additional Costs: | 272.80 |
| | Gross Total: | 5,292.02 |
| IV. | Total Adjustments: | 500.00 |
| | Net Total: | 4,792.02 |
| | Less Original Net Total: | 3,276.18 |
| | Net Supplement Amount: | 1,515.84 |
| | S1: Max Becker 206-582-9945 | 1,515.84 |

Point(s) of Impact

6 Rear Center (P)

Insurance Co: AMICA MUTUAL INSURANCE COMPANY
Telephone: (000) 000-0000
(000) 000-0000
Fax Phone: (000) 000-0000

Inspection Site: Residence w/ owner
Inspection Date: 1/30/2020

THIS IS NOT A REPAIR AUTHORIZATION. THIS ESTIMATE IS SUBJECT TO THE INSURANCE COMPANY'S GUIDELINES AND THEIR REVIEW.

Please present a copy of this estimate to the shop of your choice. This estimate has been completed based on visible damages only. If any additional damage is discovered, the appraiser must be notified! SUPPLEMENTS CANNOT BE HONORED WITHOUR AUTHORIZATION FROM THEAPPRAISER PRIOR TO THE COMPLETION OF THE ADDITIONAL DAMAGES!!!

ESTIMATE RECALL NUMBER: 01/30/2020 17:30:07 X00127.4
Mitchell Data Version: OEM: JAN_20_V
MAPP:JAN_20_V
Software Version: 7.1.238

Copyright (C) 1994 - 2020 Mitchell International
All Rights Reserved

Copyright (C) 1994 - 2020 Mitchell International
All Rights Reserved

Date: 3/16/2020 01:59 PM
Estimate ID: X00127.4
Estimate Version: 2
Supplement: 1 (P F) 3/10/2020 07:15:38 P
Profile ID: MAA

# Meridian Adjusting & Appraisals

20611e Bothell Everett Hwy, Bothell, WA 98012
(206) 582-9945
Fax: (425) 984-0181
Email: maxadjuster@outlook.com

Supplement Delta Report
Comparison of Estimate X00127.4 Supplement 0 and Supplement 1

Damage Assessed By: Max Becker 206-582-9945
Supplemented By: Max Becker 206-582-9945

Insured: Chandrasi Gaekwar
Owner: Chandrasi Gaekwar
Vehicle Description: 2015 Toyota Highlander Limited
Date of Loss: 1/25/2020

| Line Item | Labor Type | Operation | Line Item Description | Part Type | Dollar Amount | Labor Units | CEG Unit |
|---|---|---|---|---|---|---|---|
| Changed Entries | | | | | | | |
| 4 | BDY | REPAIR | Liftgate Shell | Existing | | 3.0* | 6.4 |
| S1 4 | BDY | REMOVE/REPLACE< | Liftgate Shell | 67005-0E281< | 792.04 < | 6.4 < | 6.4T< |
| 7 | BDY | REMOVE/INSTALL | Liftgate Spoiler | | | 1.1 | 1.1 |
| 10< | BDY | REMOVE/INSTALL | Liftgate Spoiler | | | INC < | 1.1 |
| 8 | BDY | REMOVE/INSTALL | Liftgate Garnish | | | 1.0 | 1.0 |
| 11< | BDY | REMOVE/INSTALL | Liftgate Garnish | | | INC < | 1.0 |
| 9 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75442-0E050 | 45.63 | 0.2 | 0.2T |
| 12< | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75442-0E050 | 45.63 | 0.1 < | 0.2T |
| 10 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75444-0E050 | 30.92 | 0.2 | 0.2T |
| 13< | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75444-0E050 | 30.92 | 0.1 < | 0.2T |
| 11 | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75445-0E010 | 34.42 | 0.2 | 0.2T |
| 14< | BDY | REMOVE/REPLACE | Liftgate Adhesive Nameplate | 75445-0E010 | 34.42 | 0.1 < | 0.2T |
| 27 | REF | ADD'L OPR | Clear Coat | | | 1.3* | |
| 34< | REF | ADD'L OPR | Clear Coat | | | 1.8*< | |
| 34 | | ADD'L COST | Paint/Materials | | 195.00 * | 0.0 | T |
| 41< | | ADD'L COST | Paint/Materials | | 243.00 *< | 0.0 | T |
| S1 17 | BDY | REMOVE/INSTALL | Lwr Liftgate Trim Panel | | | INC | 1.0 |
| 13< | BDY | REMOVE/INSTALL | Lwr Liftgate Trim Panel | | | 1.0 < | 1.0 |
| Added Entries | | | | | | | |
| 6 | REF | REFINISH | Add For Liftgate Inside | | C | 1.1 | 1.1 |
| 7 | BDY | REMOVE/REPLACE | Add w/Power Liftgate | | | 0.8 | 0.8 |
| 8 | | | Explanation Request | | | 0.0 | |
| 15 | | | Liftgate didnt open during inspection of vehicle | | | 0.0 | |
| S1 16 | BDY | REMOVE/INSTALL | Liftgate Speaker | Existing | | INC | 0.2 |
| S1 18 | BDY | REMOVE/REPLACE | R Rear Combination Lamp Assembly | 81550-0E100 | 188.00 | 0.3 | 0.3T |
| S1 19 | BDY | REMOVE/REPLACE | L Rear Combination Lamp Assembly | 81560-0E100 | 188.00 | 0.3 | 0.3T |

Global Changes

No Deductible, Customer Responsibility, Labor Rate, or Part Adjustment changes were made.

ESTIMATE RECALL NUMBER: 1/30/2020 17:30:07 X00127.4

Software Version: 7.1.238

Copyright (C) 1994 - 2020 Mitchell International
All Rights Reserved

| | |
|---|---|
| Date: | 3/16/2020 01:59 PM |
| Estimate ID: | X00127.4 |
| Estimate Version: | 2 |
| Supplement: | 1 (P F) 3/10/2020 07:15:38 P |
| Profile ID: | MAA |

| | | Amount |
|---|---|---|
| Original Estimate: | | 3,276.18 |
| Supplement 1 | 1,515.84 | |
| Orig Total Tax | 343.29 | |
| Supp 1 Total Tax | 481.09 | |
| Net Supplement Amount | | 1,515.84 |
| Net Total | | 4,792.02 |

| | Program Calc Versions | Data Versions |
|---|---|---|
| Supp 0 | 7.1.238 | DEC_19_V |
| Supp 1 | 7.1.238 | JAN_20_V |

ESTIMATE RECALL NUMBER: 1/30/2020 17:30:07 X00127.4



Copyright (C) 1994 - 2020 Mitchell International
All Rights Reserved