The Honorable Barbara J. Rothstein
Trial Date: January 8, 2024
*Without Oral Argument*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR,<br>Plaintiff,<br>v.<br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br>Defendant. | No. 2:22-cv-01551-BJR<br>(Proposed)<br>ORDER DENYING AMICA'S MOTION FOR PARTIAL SUMMARY JUDGEMENT RE: EXTRACONTRACTUAL CLAIMS |

**ORDER**

THIS MATTER having come on duly and regularly before the Honorable Barbara J. Rothstein of the above captioned court pursuant to the Amica's Motion for Partial Summary Judgment Re: Extracontractual Claims, and the court having considered the following:

1. Amica's Motion for Partial Summary Judgement Re: Extracontractual Claims;
2. Declaration of Isabella M. Foxen in Support of Amica's Motion for Partial Summary Judgment and its exhibits;
3. Plaintiff's Response in Regards to Amica's Motion for Partial Summary Judgement Re: Extracontractual Claims;



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE. S., #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

4. Declaration of David Balint in Response to Amica's Motion for Partial Summary Judgement Re: Extracontractual Claims and its exhibits; and
5. ________________________________________________________;
6. ________________________________________________________;
7. ________________________________________________________;

And the court having heard arguments of counsel on ____________________, 2023 and the court being duly advised in the premises, now therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. Amica's Motion for Partial Summary Judgement Re: Extracontractual Claims is DENIED.

Dated this _______ day of _________, 2023.

By: ______________________________
Judge Barbara J. Rothstein

Prepared & Presented by:
BALINT & ASSOCIATES, PLLC

By:_________________________
David J. Balint (WSBA# 5881)

Copy Received, Approved as to Form:
WATHEN, LIED, HALL, RIDER, PC

By:__________________________
Rory Lied (SWBA# 25075)
Lucy Wilhelm (WSBA# 57130)
Isabella Foxen (WSBA# 57353)
Attorney for Defendant



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE. S., #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729