The Honorable Barbara J. Rothstein
Trial Date: January 8, 2024
*Without Oral Argument*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR,<br>Plaintiff,<br>v.<br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br>Defendant. | No. 2:22-cv-01551-BJR<br><br>REVISED DECLARATION OF DAVID BALINT WITHOUT CONFIDENTIAL MATERIALS IN RESPONSE TO AMICA'S MOTION FOR PARTIAL SUMMARY JUDGEMENT RE: EXTRACONTRACTUAL CLAIMS |

**DECLARATION**

I, David J. Balint, hereby state and declare as follows:

1) I am over the age of 18, competent to testify, and make this declaration based on my person knowledge to identify the listed evidence. I am the attorney of record for the plaintiff in the above-entitled action, and make this declaration on behalf of the plaintiff.

2) Exhibit 1 is the most recent Amica claims file, Bate stamps 1 – 3006;

3) Exhibit 2 is the Amica Declaration page for Chandrasi Gaekwar from May 28, 2019 to May 28, 2020;

4) Exhibit 3 is the November 4, 2020 Initial Demand to Nationwide and cc'd to Amica;



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE. S., #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

5) Exhibit 4 is the February 9, 2021 UIM Demand to Amica;

6) Exhibit 5 is the June 30, 2022 Updated UIM Demand with Surgery Records and Bills to Amica;

7) Exhibit 6 is the March 19, 2021 letter from Amica Adjuster Brittany Am offering $1,000 and PIP Waiver;

8) Exhibit 7 is the July 19, 2023 deposition transcript of Brittany Am;

9) Exhibit 8 are Overlake medical record excerpts for dates of service 3/26/20, 2/13/20, and 9/3/19 in regards to Chandu Gaekwar's hiking in the Himalayas;

10) Exhibit 9 is the Innova Physical Therapy date of service 3/26/20 record about "biking";

11) Exhibit 10 is the July 28, 2023 deposition transcript of Thomas Grundy;

12) Exhibit 11 is the June 8, 2021 Medical Records Review report from Dr. Sean Kearney, MD;

13) Exhibit 12 is the July 25, 2023 deposition transcript of Thomas Van Kooten;

14) Exhibit 13 is the May 10, 2022 Declaration of Dr. Robert Goldman, MD;

15) Exhibit 13.1 is the highlighted June 30, 2022 Updated UIM Demand with Surgery Records with highlighting mentioning the Declaration of Dr. Robert Goldman, MD;

16) Exhibit 13.2 is highlighted July 12, 2022 letter from Thomas Grundy acknowledging they had reviewed the June 30, 2022 demand and the provided enclosures;

17) Exhibit 13.3 is the highlighted email of July 18, 2022 from David Balint to Thomas Grundy mentioning the Declaration of Dr. Robert Goldman, MD;

18) Exhibit 14 is the June 11, 2023 expert report of Dr. Robert Goldman, MD;



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE. S., #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

19) Exhibit 15 is the June 8, 2023 expert report of Dr. Brian Wicks, MD;

20) Exhibit 16 are excerpts from Plaintiff's Answers to Amica's Interrogatories and Request for Production, Interrogatory No. 22;

21) Exhibit 17 is the June 12, 2023 expert report of Richard Dykstra;

27) Exhibit 18 is the August 7, 2023 deposition transcript of Richard Dykstra;

28) Exhibit 19 is the July 20, 2023 deposition transcript of Barkley Finsterbush.

I hereby declare under penalty of perjury under the laws of the State of Washington that the above is true to the best of my knowledge and belief.

Dated this 31st day of August, 2023.

BALINT & ASSOCIATES, PLLC

By: s/ David J. Balint

David J. Balint (WSBA #5881)
Of Attorneys for Plaintiff



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE. S., #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729

## CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury under the laws of the State of Washington that I have served a true and correct copy of the foregoing, except where noted, upon the individual(s) listed by the following means:

Rory Leid, III (WSBA# 25075)
Lucy Wilhelm (WSBA# 57130)
Wathen, Lied, Hall, Rider, PC
222 Etruia Street
Seattle, WA 98109 – 1659

[ ] U.S. Postal Service (First Class)
[ ] Facsimile to ________________
[ ] Hand Delivery _______________
[ ] Via Legal Messenger for Service by ABC Legal
[X] E-Service

DATED: 8/31/23

By: Reno Ettienne
Name: Reno Ettienne
Title: Paralegal



BALINT & ASSOCIATES, PLLC
5950 SIXTH AVE. S., #200
SEATTLE, WA 98108
Phone: (206) 728-7799
Fax: (206) 728-2729