The Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Defendant. | No. 2:22-cv-1551-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL** |

**THIS MATTER** having come before the Court on the parties' stipulated motion to seal Dkt. No. 29, 29.1, and 29.2, and the Court having reviewed and considered the stipulated motion and the pleadings and filings herein;

//

//

//

//

THE COURT HEREBY ORDERS, ADJUDGES, and DECREES the motion to seal Dkt. No. 29 is **Granted**.

No. 2:22-cv-1551-BJR
ORDER GRANTING STIPULATED MOTION TO SEAL - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

DATED this 1st day of September 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid*
Rory W. Leid, WSBA #25075

*s/ Lucy B. Wilhelm*
Lucy Blair Wilhelm, WSBA #57130

*s/ Isabella M. Foxen*
Isabella M. Foxen, WSBA #57353
*Attorneys for Defendants*
222 Etruria Street, Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | lwillhelm@cwlhlaw.com | ifoxen@cwlhlaw.com

By: *s/ David Balint*
David Balint, WSBA# 5881
Attorney for Plaintiff Gaekwar
Balint & Associates
5950 – 6th Ave South, Suite 200
Seattle, WA 98108
206-728-7799

No. 2:22-cv-1551-BJR
ORDER GRANTING STIPULATED MOTION TO SEAL - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476