UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:22-cv-1551-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND ADR DEADLINE** |

# I. ORDER

This matter having come before the Court on Parties' **STIPULATED MOTION TO EXTEND THE ADR DEADLINE**, the Court having considered the following:

1. Parties' Stipulated Motion;

2. The pleadings and records on file herein.

This Court has been fully advised and is familiar with the particulars herein, and:

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that Parties' Stipulated Motion is **GRANTED**.

IT IS FURTHER ORDERED AS FOLLOWS:

1. The parties are ordered to complete ADR by November 17, 2023.

No. 2:22-cv-1551-BJR
[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO AMEND CASE SCHEDULE - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476

**IN CONFORMITY** with the foregoing Stipulation, **IT IS SO ORDERED.**

Dated this 12th day of September, 2023.

*Barbara J. Rothstein* (signature)
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C**.

*/s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075

*/s/ Lucy B. Wilhelm*
Lucy B. Wilhelm, WSBA #57130
*Attorneys for Defendant Amica*
222 Etruria Street Seattle, WA  98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | lwilhelm@cwlhlaw.com


Approved for Entry:

**BALINT & ASSOCIATES, PLLC**

 */s/ David Balint (via Email Approval)*
David J. Balint, WSBA #05881
*Attorney for Plaintiff*
5950 Sixth Avenue South, #200
Seattle, WA  98108
T : 206 728 7799
dbalint@balintlaw.com
rettienne@balintlaw.com

No. 2:22-cv-1551-BJR
[PROPOSED] ORDER GRANTING STIPULATED
 MOTION TO AMEND CASE SCHEDULE - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, WA, 98109
(206) 622-0494/Fax (206) 587-2476