The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANDRASI GAEKWAR,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br>a foreign corporation,<br><br>　　　　　　Defendant. | No. 2:22-cv-01551-BJR<br><br>ORDER OF DISMISSAL |

**<u>ORDER</u>**

Having reviewed the parties' joint stipulation of dismissal, the record of the case, and being fully informed, the COURT HEREBY ORDERS that the above-entitled action is dismissed with prejudice and without costs to any party.

　　Dated this 24th day of January 2024

　　　　　　　　　　　　　　　　／s／ Barbara J. Rothstein
　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　U.S. District Court Judge